# UNITED STATES DISTRICT COURT
## IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

AMA MULTIMEDIA, LLC, a Nevada
limited liability company

        Plaintiff,

vs.

ERA TECHNOLOGIES, LTD, a British
Virgin Islands company, individually and
d/b/a DRTUBER.COM and d/b/a
Drtst.com; IGOR KOVALCHUK,
individually and d/b/a DRTUBER.COM
and d/b/a Drtst.com; WEBZILLA INC.;
WZ COMMUNICATIONS INC.; and John
Does 1-20,

        Defendants.

CASE NO. _____

---

## COMPLAINT FOR DAMAGES, INJUNCTIVE RELIEF
## AND DEMAND FOR JURY TRIAL

Plaintiff, AMA Multimedia LLC (hereinafter referred to as "Plaintiff") by and through its counsel, file this complaint against Defendants Era Technologies, Ltd., individually and d/b/a Drtuber.com and d/b/a Drtst.com, Igor Kovalchuk, individually and d/b/a Drtuber.com and d/b/a Drtst.com, Webzilla, Inc, WZ Communications Inc., and the Doe Defendants (collectively hereinafter referred to as "Defendant" or "Defendants").

## JURISDICTION AND VENUE

1.    Plaintiff AMA Multimedia LLC is a Nevada Limited Liability Company with it principal place of business in Las Vegas, Nevada.

BeharBehar • 1840 North Commerce Parkway • Suite One • Weston, Florida 33326
T: 954-688-7642   F: 954-332-9260   W: BeharBehar.com

1 of 26

2.     Defendant Era Technologies, Ltd. is, upon information and belief, a company organized and existing under the laws of the British Virgin Islands. Upon information and belief, in conjunction with the other Defendants, Era Technologies owns and operates Drtuber.com and Drtst.com, Internet web sites that display and distribute adult oriented videos, photographs, content, and services.

3.     Upon information and belief, Defendant Igor Kovalchuk is a resident of the British Virgin Islands.  Upon information and belief, Defendant Kovalchuk directs, controls, and/or assists in determining the content on Drtuber.com and Drtst.com.

4.     Defendant Webzilla, Inc., is a Florida based company that provides hosting and other services for Drtuber.com and Drtst.com.  Webzilla Inc. is hosting Drtuber.com on a server in Aventura, Florida and Drtst.com on a server in Goleta, California. Based on information and belief, Defendant Webzilla Inc., directs, controls, and/or assists in determining content on Drtuber.com and Drtst.com. Specifically, Constantin Luchian serves as the registered agent and separately as the DMCA agent for Defendant Webzilla, Inc., and serves as the DMCA agent for Defendant Era Technologies. Based on information and belief, Constantin Luchian serves as an executive for Defendant Webzilla, Inc.

5.     Defendant WZ Communications Inc. is a Florida based company that provides hosting and other services for Drtuber.com and Drtst.com.  WZ Communications Inc. is hosting Drtuber.com on a server in Aventura, Florida and Drtst.com on a server in Goleta, California. Based on information and belief, Defendant WZ Communications Inc., directs, controls, and/or assists in determining content on Drtuber.com and Drtst.com. Specifically, Constantin Luchian and his Florida based company, Incorporate Now, serves as the registered agent and separately as the DMCA agent for Defendant WZ Communications, Inc. and serves as the DMCA agent for

BeharBehar ◆ 1840 North Commerce Parkway ◆ Suite One ◆ Weston, Florida 33326
T: 954-688-7642     F: 954-332-9260     W: BeharBehar.com

2 of 26

Defendant Era Technologies. Based on information and belief, Constantin Luchian serves as an executive for both Defendants WZ Communications, Inc. and Webzilla, Inc.

6.      Defendants contract directly and through brokers with United States advertisers, which use geotracking to target advertisements directly into districts throughout the entire United States, including Florida.

7.      Defendants utilize an agent in Florida for purposes of receiving cease and desist, or takedown, notices regarding infringement of intellectual property on their web site Drtuber.com.

8.      Defendants, by and/or though subsidiaries, contract with Florida based companies and individuals to deliver content for their web properties.

9.      Defendants specifically target Internet users throughout the entire United States, including Florida.

10.     Defendants Utilize "RTA" (Restricted to Adults), a self-labeling service owned by The Association of Sites Advocating Child Protection (ASACP), located in Los Angeles, California. This United States based service is utilized to assist in promoting Defendants' sites as legitimate lawful adult entertainment web sites.

11.     Upon information and belief, the Defendants all transact business in this Judicial District by way of their interactive websites, offices, business operations, and through their interactivity with subscription based and non-subscription based Florida members who have been offered the infringing and unlawful content at issue herein and who have, themselves, engaged in acts of infringement in this District and State.   The Court has personal jurisdiction over the Defendants, who have engaged in business activities in and directed to this district, and have committed tortious acts within this district or directed at this district.

BeharBehar • 1840 North Commerce Parkway • Suite One • Weston, Florida 33326
T: 954-688-7642   F: 954-332-9260   W: BeharBehar.com

3 of 26

12.     The Court has personal jurisdiction over the Defendants, foreign companies and individuals who have engaged in business activities in and directed to the United States and this district, and have committed tortious acts within the United States and this district or directed at the United States and this district.

13.     Any alien defendant is subject to jurisdiction in any district. See 28 U.S.C. 1391 ("An alien may be sued in any district.") See also Fed. R. Civ. P. 4(k)(2).

14.     This Court has subject matter jurisdiction over Plaintiff's federal claims pursuant to 17 U.S.C. § 101 et seq., Section 32 of the Lanham Act, 15 U.S.C. §1114(1), 15 U.S.C. § 1121, 15 U.S.C. §1125, 28 U.S.C. §1331 and 28 U.S.C. §1338.

15.     Venue is appropriate in this District pursuant to 28 U.S.C. § 1391(b) and/or (c).

16.     This Court has personal jurisdiction pursuant to 28 U.S.C. §§ 1391(b), (c) and/or (d) and 28 U.S.C. § 1400(a).

## PARTIES

17.     The named Plaintiff is the rightful copyright, trademark and intellectual property owners of the respective United States copyrights, trademarks and intellectual property that are the basis for this action.

18.     Plaintiff AMA Multimedia, LLC ("AMA") is a Nevada limited liability company with its principal place of business in Las Vegas, Nevada. AMA produces adult audiovisual material, which it distributes through DVD sales and the World Wide Web via its web sites under its known brands "Passion-HD" and "Porn Pros," among others.

19.     The AMA web sites, a network of twenty plus adult entertainment properties, are paid membership websites featuring over 1000 models in exclusive content.

BeharBehar ◆ 1840 North Commerce Parkway ◆ Suite One ◆ Weston, Florida 33326
T: 954-688-7642     F: 954-332-9260     W: BeharBehar.com

4 of 26

20.     AMA engages in extremely limited licensing of its content to other entities or websites for viewing, in addition to the small sample of promotional materials provided to affiliates for the sole purpose of the affiliates' promoting AMA property. Any licensing is done with the intent for brand exposure and is limited to a small subset of hand-selected content. Predominantly, the AMA business model is simply that a user must be a paid member to an AMA site to view AMA works.

21.     AMA holds over 900 US Copyright Registrations for its audiovisual work and 12 Trademarks for its brands, including for all works listed in this Complaint.

22.     Plaintiff is the respective producer, distributor, and exclusive licensor of its own motion pictures in the United States as well as throughout the world.

23.     Plaintiff has registered with the United States Copyright Office the copyrighted works identified in this Complaint. Plaintiff's videos are watermarked with Plaintiff's readily identifiable logo.

24.     Plaintiff's Pornpros trademark and service mark has been continuously used in commerce since February 2008. U.S. Trademark Registration No. 3566875 was registered on January 27, 2009.

25.     Plaintiff has expended considerable effort and expense in promoting its trademark and the goods sold under the trademark Pornpros. As a result, the purchasing public has come to know, rely upon and recognize the mark Pornpros as an international brand of high quality adult entertainment.

26.     Plaintiff's Passion-HD.com trademark and service mark has been continuously used in commerce since December 2011. U.S. Trademark Registration No. 4190291 was registered on August 14, 2012.

27.     Plaintiff has expended considerable effort and expense in promoting its trademark and the goods sold under the trademark Passion-HD.com.  As a result, the purchasing public has come to know, rely upon and recognize the mark Passion-HD.com as an international brand of high quality adult entertainment.

28.     Plaintiff's Passion-HD trademark and service mark has been continuously used in commerce since December 2011.  U.S. Trademark Registration No. 4251457 was registered on November 27, 2012.

29.     Plaintiff has expended considerable effort and expense in promoting its trademark and the goods sold under the trademark Passion-HD.  As a result, the purchasing public has come to know, rely upon and recognize the mark Passion-HD as an international brand of high quality adult entertainment.

30.     Plaintiff's Castingcouch-x.com trademark and service mark has been continuously used in commerce since October 2012.  U.S. Trademark Registration No. 4575672 was registered on July 29, 2014.

31.     Plaintiff has expended considerable effort and expense in promoting its trademark and the goods sold under the trademark Castingcouch-x.com.  As a result, the purchasing public has come to know, rely upon and recognize the mark Castingcouch-x.com as an international brand of high quality adult entertainment.

32.     Plaintiff's FantasyHD trademark and service mark has been continuously used in commerce since April 2013.  U.S. Trademark Registration No. 4591117 was registered on August 26, 2014.

33.     Plaintiff has expended considerable effort and expense in promoting its trademark and the goods sold under the trademark FantasyHD.  As a result, the purchasing public has come to

BeharBehar ♦ 1840 North Commerce Parkway ♦ Suite One ♦ Weston, Florida 33326
T: 954-688-7642   F: 954-332-9260   W: BeharBehar.com

6 of 26

know, rely upon and recognize the mark FantasyHD as an international brand of high quality adult entertainment.

34.     Plaintiff's Tiny4k.com trademark and service mark has been continuously used in commerce since May 2014.  U.S. Trademark Registration No. 4678642 was registered on January 27, 2015.

35.     Plaintiff has expended considerable effort and expense in promoting its trademark and the goods sold under the trademark Tiny4k.com.  As a result, the purchasing public has come to know, rely upon and recognize the mark Tiny4k.com as an international brand of high quality adult entertainment.

36.     Defendant, Era Technologies Ltd., is an owner and/or operator of Drtuber.com and/or Drtst.com and/or is doing business as Drtuber.com and Drtst.com. Defendant, Igor Kovalchuk, is one of the directors and/or executives of the company and directs, controls, and/or assists in determining the content on Drtuber.com.

37.     Defendants, Webzilla Inc. and/or WZ Communications Inc., are financial beneficiaries and/or operators of Drtuber.com and/or Drtst.com. The Defendants and/or its assigns direct, control, and/or assist in determining the content displayed on Drtuber.com.

38.     Defendants conduct business as Drtuber.com, operate the website, and derive direct financial benefit through the sales of advertising space on Drtuber.com, the value of which is directly attributed to the quality of videos posted on Drtuber.com.

39.     Defendants compete against Plaintiff in the distribution, display, and sale of adults-only audio-visual works through Internet distribution and divert potential customers from Plaintiff.

BeharBehar • 1840 North Commerce Parkway • Suite One • Weston, Florida 33326
T: 954-688-7642     F: 954-332-9260     W: BeharBehar.com

7 of 26

40.     Defendants have registered Drtuber.com as an Internet Service Provider with the United States Copyright Office. Defendants had appointed Constantin Luchian as Agent to receive copyright take down notices, as Defendants notified the U.S. Copyright Office.

41.     Defendants fail to honor take down notices delivered to Constantin Luchian, the then-appointed DMCA Agent.

42.     On Defendants web site Drtuber.com, Defendants fail to advise the site users of an actual agent appointed to receive copyright take down notices, stating only "Copyright Agent."

43.     Defendants fail to implement a reasonable repeat infringer policy.

44.     Defendants fail to qualify for safe harbor protections for copyright infringement liability under the Digital Millennium Copyright Act.

45.     The site Drtst.com has not designated any party to receive DMCA copyright take down notices, posted any information on its site, nor has it notified the U.S. Copyright Office.

46.     Does 1-20 are individuals or entities that own Drtuber.com and drtst.com, and/or act in concert with Drtuber.com and drtst.com, the true names and capacities of which are presently unknown to Plaintiff. It is for that reason Plaintiff sues these Defendants by fictitious names. Plaintiff avers that each of the Doe defendants, along with the named defendants, jointly or severally, is responsible for the damages alleged herein.

## STATEMENT OF FACTS

47.     Congress' implementation of safe harbor provisions in the Digital Millennium Copyright Act ("DMCA") provides true Internet service providers with protection against liability for copyright infringement resulting from the actions and/or postings of their users. As a primary example, the safe harbor protections provide YouTube.com with protection from liability should one of its users post a copyright protected video without authority or license.

BeharBehar • 1840 North Commerce Parkway • Suite One • Weston, Florida 33326
T: 954-688-7642     F: 954-332-9260     W: BeharBehar.com

8 of 26

48.     The DMCA safe harbor provisions have been systematically abused by Internet copyright infringers in an attempt to garner protection for websites displaying copyrighted adult entertainment content without license or authority for free viewing to the public.  Commonly, these websites attracted Internet user attention through the combination of offering free viewing of copyrighted materials and the unauthorized use of trademarks, providing the user a road to the free website through the use of these marks.

49.     Drtuber.com is such a website, displaying copyrighted adult entertainment content without authorization or license and utilizing trademarks without authorization in order to attract users, and distract them from the trademark owners' services.

50.     Defendants host adult entertainment videos and/or host embedded code for adult entertainment videos to permit a user to view the videos on Drtuber.com for free.

51.     Defendants sell advertising space on Drtuber.com in several forms, including advertising banners and links on space in close proximity to free videos, often geocentric. Further, upon information and belief, Defendants receive a revenue share of transactions generated from specific advertising locations including the "DOWNLOAD" and "Live Sex" buttons.

52.     Defendants offer a "download" button that once clicked transports the user to another site (drtuberpremium.pornstarnetwork.com) where they can join a membership site for a fee under the guise that upon completion they can see and download the intended video in different formats including high definition and for mobile use.

53.     Defendants pay third parties known as affiliates for traffic to be sent to drtuber.com. Through its affiliate program, Defendants pay, at the time of the Complaint, $1.75 for every 1,000 unique visitors sent to drtuber.com.

BeharBehar ◆ 1840 North Commerce Parkway ◆ Suite One ◆ Weston, Florida 33326
T: 954-688-7642     F: 954-332-9260     W: BeharBehar.com

9 of 26

54.     Videos on Drtuber.com may be shared on other sites, in addition to the user being provided with direct links for posting on or to any social media site including, but not limited to, Facebook, Twitter, Google or via to Email to anyone regardless of age or location.   Such functionality makes it impossible to know how many times and where an unlicensed copyrighted video has been posted and displayed illegally as a direct result of Defendants unlawful display.

55.     Defendants place their mark, DRTUBER, on the copyrighted works owned by Plaintiff displayed on Defendants' sites.   This mark advertises the Defendants web property to all who view the video on Defendants site or on any shared location, where and when the video is displayed.

56.     Drtuber.com fails to fulfill the requisite conditions precedent to qualify for the safe harbor provisions of the DMCA.   Specifically, while registered with the United States Copyright Office as an Internet Service Provider and appointing a registered DMCA Agent, the Defendants fail to honor the take-down notices sent to the DMCA Agent and fail to implement a reasonable repeat infringer policy.

57.     Drtst.com wholly fails to fulfill any requisite conditions precedent to qualify for the safe harbor provisions of the DMCA.   Specifically, there is NO registration with the United States Copyright Office as an Internet Service Provider or the appointing a registered DMCA Agent.

58.     In or about July 2015, and for an unknown time before and up to and including the present, Defendants' website Drtuber.com displayed 28 of Plaintiff's copyright registered works over 33 separate and distinct URLs - each a part of Drtuber.com.   Defendants have no authority or license to display or distribute any portion of Plaintiffs' copyrighted works.   These works are purported by Defendants to have been uploaded by third party Internet users. These copyrighted works and their corresponding Drtuber.com page are listed in Exhibit A, attached hereto.

BeharBehar ♦ 1840 North Commerce Parkway ♦ Suite One ♦ Weston, Florida 33326
T: 954-688-7642     F: 954-332-9260     W: BeharBehar.com

10 of 26

59.     On or about July 17, 2015 DMCA compliant take-down notices were delivered to the DMCA Agent appointed for ERA Technologies Ltd, Drtuber.com, Webzilla Inc, and WZ Communications for each of the infringements located on Drtuber.com

60.     As of the date of this filing, each of the copyright registered works are actively displayed on the same links that were subject to the July DMCA Notices.

61.     The owner and operators of Drtuber.com ignored the take-down notices.

62.     Webzilla, Inc. ignored the take-down notices.

63.     WZ Communications ignored the take-down notices.

64.     All conditions precedent to the filing of this lawsuit have been met, waived or excused.

**COUNT I**
**Copyright Infringement – 17 U.S.C. §§ 101 *et. seq.***
**Against Igor Kovalchuk And Doe Defendants (Owners/Operators of Dr. Tuber.com)**

65.     Plaintiff repeats, re-alleges, and incorporates by reference paragraphs 1 through 64 above, and further states that:

66.     Plaintiff holds the copyright on each of the infringed works alleged herein.

67.     Plaintiff registered each copyright with the United States Copyright Office.

68.     At all pertinent times, Plaintiff is the producers and registered owner of the audiovisual works illegally and improperly reproduced and distributed by Defendants.

69.     Defendants copied, reproduced, reformatted, and distributed Plaintiff's copyrighted works to Drtuber.com by and through servers and/or hardware owned, operated and/or controlled by Defendants.

BeharBehar • 1840 North Commerce Parkway • Suite One • Weston, Florida 33326
T: 954-688-7642     F: 954-332-9260     W: BeharBehar.com

11 of 26

70.     Defendants did not have authority or license to copy and/or display Plaintiff's original works.

71.     Defendants infringed Plaintiff's copyrighted works by reproducing and distributing works through Defendants' website Drtuber.com without proper approval, authorization, or license of Plaintiff.

72.     Defendants knew or reasonably should have known they did not have permission to exploit Plaintiff's works on Drtuber.com and further knew or should have known their acts constituted copyright infringement.

73.     Defendants made no attempt to discover the copyright owners of the pirated works before exploiting them.  Defendants failed and refused to take any reasonable measure to determine the owner or license holder of the copyrighted works.

74.     Defendants engaged in intentional, knowing, negligent, or willfully blind conduct sufficient to demonstrate they engaged actively in the improper collection and distribution of Plaintiff's copyrighted works.

75.     The quantity and quality of copyright files available to Internet users increased the attractiveness of Defendants' service to its customers, increased its membership base, and increased its ad sales revenue.

76.     Based on information and belief, Defendants actively uploaded and/or distributed pirated copyrighted files and/or embedded code, enabling users of Drtuber.com to view copyrighted videos and images for a fee.

77.     Defendants controlled the files owned by Plaintiff and determined which files remained for display and distribution.

BeharBehar ♦ 1840 North Commerce Parkway ♦ Suite One ♦ Weston, Florida 33326
T: 954-688-7642     F: 954-332-9260     W: BeharBehar.com

12 of 26

78.    Defendants never adopted procedures to ensure that distribution of Plaintiff's copyrighted materials would not occur. Further, Defendants never implemented or enforced a "repeat infringer" policy.

79.    Defendants either were aware, actually or constructively, should have been aware, or were willfully blind that pirated copyrighted materials comprised the most popular videos on the Defendants websites.

80.    Defendants, through Drtuber.com and drtst.com, affirmatively and willfully accommodated Internet traffic generated by the illegal acts.

81.    Defendants' conduct was willful within the meaning of 17 U.S.C. § 101, *et seq.* At a minimum, Defendants acted with willful blindness and reckless disregard of Plaintiff's registered copyrights.

82.    Because of their wrongful conduct, Defendants are liable to Plaintiff for copyright infringement. See 17 U.S.C. §501. Plaintiff suffers and will continue to suffer substantial losses, including, but not limited to, damage to its business reputation and goodwill.

83.    The law permits Plaintiff to recover damages, including readily ascertainable direct losses and all profits Defendants made by their wrongful conduct. 17 U.S.C. §504. Alternatively, Plaintiff is entitled to maximum statutory damages, pursuant to 17 U.S.C. § 504(c), in the amount of $150,000 with respect to each work infringed, or such other amounts as may be proper under 17 U.S.C. § 504(c ).17 U.S.C. §504(c).

84.    Because of Defendants' willful infringement, the law permits enhancement of the allowable statutory damages. 17 U.S.C. §504(c)(2).

85.    The law permits Plaintiff injunctive relief. 17 U.S.C. §502. Further, the law permits a Court Order impounding any and all infringing materials. 17 U.S.C. §503.

BeharBehar ◆ 1840 North Commerce Parkway ◆ Suite One ◆ Weston, Florida 33326
T: 954-688-7642   F: 954-332-9260   W: BeharBehar.com

13 of 26

WHEREFORE, Plaintiff AMA Multimedia LLC requests the following relief:

A.     That Defendants, their agents, servants, officers, directors, employees, attorneys, privies, representatives, successors and assigns and parent and subsidiary corporations or other related entities, and any or all persons in act of concert or participation with any of them, be preliminarily and permanently enjoined from:

(1)     Any and all reproduction, adaptation, public display and/or distribution of copies of Plaintiff's copyrighted works by Defendants on any website, including but not limited to Drtuber.com;

(2)     Permitting any user to upload for reproduction, adaptation, public display and/or distribution of copies of the Plaintiff's copyrighted works by Defendants on any website, including but not limited to Drtuber.com and Drtst.com; and

(3)     Marketing or selling any product containing or utilizing Plaintiff's intellectual property or business values.

B.     That Defendants be ordered to transfer the domain Drtuber.com, Drtst.com, and all similar domains held by Defendants found in discovery, such as misspellings of the enumerated domains, domains held by Defendants linked to www.Drtuber.com or Drtst.com, and the content therein to Plaintiff.

C.     That Defendants be ordered to file with the Court and serve upon Plaintiff, within thirty (30) after the entry of an injunction, a report in writing and under oath, setting forth in detail the manner and form in which Defendants have complied with any ordered injunction;

D.     That Plaintiff be awarded damages in an amount to be determined at trial for all infringing activities, including Plaintiff's damages and lost profits, Defendants' profits, plus any

BeharBehar ♦ 1840 North Commerce Parkway ♦ Suite One ♦ Weston, Florida 33326
T: 954-688-7642     F: 954-332-9260     W: BeharBehar.com

14 of 26

costs incurred in preventing future confusion, mistake or deception, all from the date of first infringement;

E.      That Defendants be ordered to account to Plaintiff for all profits, gains and advantages that they have realized as a consequence of their unauthorized use of Plaintiff's copyrighted works;

F.      That Plaintiff be awarded enhanced damages and attorney's fees;

G.      That Plaintiff be awarded pre-judgment and post-judgment interest;

H.      That Plaintiff be awarded costs and expenses incurred in prosecuting this action, including expert witness fees; and

I.      That such other and further preliminary and permanent relief be awarded to Plaintiff as the Court deems appropriate.

**COUNT II**
**Contributory Copyright Infringement**
**Against All Defendants**

86.     Plaintiff repeats, re-alleges, and incorporates by reference paragraphs 1 through 64 above and further states that:

87.     Unknown individuals, without authorization, reproduced and distributed Plaintiff's works through Defendants' websites, directly infringing Plaintiff's copyrighted works.

88.     Defendants contributed to the infringing acts of those individuals.

89.     Defendants were aware, should have been aware, or were willfully blind to the infringing activity.

90.     Defendants aided, abetted, allowed, and encouraged those individuals to reproduce and distribute Plaintiff's copyrighted works through Defendants' website without regard to copyright ownership.

BeharBehar • 1840 North Commerce Parkway • Suite One • Weston, Florida 33326
T: 954-688-7642     F: 954-332-9260     W: BeharBehar.com

15 of 26

91.     Defendants had the ability and obligation to control and stop the infringements. Defendants failed to do so.

92.     Defendants have engaged in the business of knowingly inducing, causing, and/or materially contributing to unauthorized reproduction, adaptation, public display and/or distribution of copies of the Plaintiff's copyrighted works, and thus to the direct infringement of Plaintiff's copyrighted works.

93.     Defendants received direct financial benefits from the infringements.

94.     On information and belief, Defendants' actions constitute contributory infringement of Plaintiff's copyrights and exclusive rights under copyright in the Plaintiff's copyrighted works in violation of the Copyright Act, 17 U.S.C. §§ 106 and 501.

95.     The unauthorized reproduction, distribution, and public display of Plaintiff's copyrighted works that Defendant enables, causes, materially contributes to and encourages through the acts described above are without Plaintiff's consent and are not otherwise permissible under the Copyright Act.

96.     The acts of infringement by Defendants have been willful, intentional, and purposeful and in reckless disregard of and with indifference to Plaintiff's rights.

97.     As a direct and proximate result of the infringements by Defendants of Plaintiff's copyrights and exclusive rights under copyright in the Plaintiff's copyrighted works, Plaintiff is entitled to its actual damages and Defendants' profits pursuant to 17 U.S.C. § 504(b).

98.     Alternatively, Plaintiff is entitled to maximum statutory damages, pursuant to 17 U.S.C. § 504(c), in the amount of $150,000 with respect to each work infringed, or such other amounts as may be proper under 17 U.S.C. § 504(c).

BeharBehar • 1840 North Commerce Parkway • Suite One • Weston, Florida 33326
T: 954-688-7642   F: 954-332-9260   W: BeharBehar.com

16 of 26

99.     Plaintiff is further entitled to their attorneys' fees and full costs pursuant to 17 U.S.C. § 505.

WHEREFORE, Plaintiff AMA Multimedia LLC requests the following relief:

A.     That Defendants, their agents, servants, officers, directors, employees, attorneys, privies, representatives, successors and assigns and parent and subsidiary corporations or other related entities, and any or all persons in act of concert or participation with any of them, be preliminarily and permanently enjoined from:

(1)     Any and all reproduction, adaptation, public display and/or distribution of copies of Plaintiff's copyrighted works by Defendants on any website, including but not limited to Drtuber.com and Drtst.com;

(2)     Permitting any user to upload for reproduction, adaptation, public display and/or distribution of copies of the Plaintiff's copyrighted works by Defendants on any website, including but not limited to Drtuber.com and Drtst.com; and

(3)     Marketing or selling any product containing or utilizing Plaintiff's intellectual property or business values.

B.     That Defendants be ordered to transfer the domain Drtuber.com, and Drtst.com, and all similar domains held by Defendants found in discovery, such as misspellings of the enumerated domains, domains held by Defendants linked to www.Drtuber.com or Drtst.com, and the content therein to Plaintiff.

C.     That Defendants be ordered to file with the Court and serve upon Plaintiff, within thirty (30) after the entry of an injunction, a report in writing and under oath, setting forth in detail the manner and form in which Defendants have complied with any ordered injunction;

BeharBehar • 1840 North Commerce Parkway • Suite One • Weston, Florida 33326
T: 954-688-7642     F: 954-332-9260     W: BeharBehar.com

17 of 26

D.    That Plaintiff be awarded damages in an amount to be determined at trial for all infringing activities, including Plaintiff's damages and lost profits, Defendants' profits, plus any costs incurred in preventing future confusion, mistake or deception, all from the date of first infringement;

E.    That Defendants be ordered to account to Plaintiff for all profits, gains and advantages that they have realized as a consequence of their unauthorized use of Plaintiff's copyrighted works;

F.    That Plaintiff be awarded enhanced damages and attorney's fees;

G.    That Plaintiff be awarded pre-judgment and post-judgment interest;

H.    That Plaintiff be awarded costs and expenses incurred in prosecuting this action, including expert witness fees; and

I.    That such other and further preliminary and permanent relief be awarded to Plaintiff as the Court deems appropriate.

## COUNT III
### Vicarious Copyright Infringement
### Against All Defendants

100.   Plaintiff repeats, re-alleges, and incorporates by reference paragraphs 1 through 64 above and further states that:

101.   Without authorization, individuals reproduced, distributed, and publicly displayed Plaintiff's works through Defendants' website, directly infringing Plaintiff's copyrighted works.

102.   Defendants were actually or constructively aware or should have been aware or were willfully blind to the infringing activity.

103.   Defendants were able to control or completely end the illegal and improper infringement, but failed to do so.

BeharBehar ♦ 1840 North Commerce Parkway ♦ Suite One ♦ Weston, Florida 33326
T: 954-688-7642     F: 954-332-9260     W: BeharBehar.com

18 of 26

104.    Defendants contributed materially to the infringement.

105.    Defendants received direct financial gain and profit from those infringing activities.

106.    The acts, omissions, and conduct of all Defendants constitute vicarious copyright infringement.

107.    The acts of infringement by Defendants have been willful, intentional, and purposeful and in reckless disregard of and with indifference to Plaintiff's rights. As a direct and proximate result of the infringements by Defendants of Plaintiff's copyrights and exclusive rights under copyright in the Plaintiff's copyrighted works, Plaintiff is entitled to their actual damages and Defendants' profits pursuant to 17 U.S.C. § 504(b).

108.    Alternatively, Plaintiff is entitled to maximum statutory damages, pursuant to 17 U.S.C. § 504(c), in the amount of $150,000 with respect to each work infringed, or such other amounts as may be proper under 17 U.S.C. § 504(c).

109.    Plaintiff is further entitled to their attorneys' fees and full costs pursuant to 17 U.S.C. § 505.

WHEREFORE, Plaintiff AMA Multimedia LLC requests the following relief:

A.    That Defendants, their agents, servants, officers, directors, employees, attorneys, privies, representatives, successors and assigns and parent and subsidiary corporations or other related entities, and any or all persons in act of concert or participation with any of them, be preliminarily and permanently enjoined from:

(1)    Any and all reproduction, adaptation, public display and/or distribution of copies of Plaintiff's copyrighted works by Defendants on any website, including but not limited to Drtuber.com and Drtst.com;

BeharBehar ◆ 1840 North Commerce Parkway ◆ Suite One ◆ Weston, Florida 33326
T: 954-688-7642    F: 954-332-9260    W: BeharBehar.com

19 of 26

(2)    Permitting any user to upload for reproduction, adaptation, public display and/or distribution of copies of the Plaintiff's copyrighted works by Defendants on any website, including but not limited to Drtuber.com and Drtst.com; and

(3)    Marketing or selling any product containing or utilizing Plaintiff's intellectual property or business values.

B.    That Defendants be ordered to transfer the domain Drtuber.com and Drtst.com, and all similar domains held by Defendants found in discovery, such as misspellings of the enumerated domains, domains held by Defendants linked to www.Drtuber.com or Drtst.com, and the content therein to Plaintiff.

C.    That Defendants be ordered to file with the Court and serve upon Plaintiff, within thirty (30) after the entry of an injunction, a report in writing and under oath, setting forth in detail the manner and form in which Defendants have complied with any ordered injunction;

D.    That Plaintiff be awarded damages in an amount to be determined at trial for all infringing activities, including Plaintiff's damages and lost profits, Defendants' profits, plus any costs incurred in preventing future confusion, mistake or deception, all from the date of first infringement;

E.    That Defendants be ordered to account to Plaintiff for all profits, gains and advantages that they have realized as a consequence of their unauthorized use of Plaintiff's copyrighted works;

F.    That Plaintiff be awarded enhanced damages and attorney's fees;

G.    That Plaintiff be awarded pre-judgment and post-judgment interest;

H.    That Plaintiff be awarded costs and expenses incurred in prosecuting this action, including expert witness fees; and

BeharBehar • 1840 North Commerce Parkway • Suite One • Weston, Florida 33326
T: 954-688-7642    F: 954-332-9260    W: BeharBehar.com

20 of 26

I.      That such other and further preliminary and permanent relief be awarded to Plaintiff as the Court deems appropriate.

## COUNT IV
### Inducement of Copyright Infringement
### Against All Defendants

110.    Plaintiff repeats, re-alleges, and incorporates by reference paragraphs 1 through 64 above and further states that:

111.    Defendants designed and/or distributed technology and/or devices and/or induced individuals to use this technology to promote the use of infringed and copyrighted material. As a direct and proximate result of Defendants' inducement, individuals infringed Plaintiff's copyrighted works. These individuals reproduced, distributed and publicly disseminated Plaintiff's copyrighted works through Defendants' website.

112.    On information and belief, Defendants have encouraged the illegal uploading and downloading of Plaintiff's copyrighted works, thus inducing the unauthorized reproduction, adaptation, public display and/or distribution of copies of the Plaintiff's copyrighted works, and thus to the direct infringement of Plaintiff's copyrighted works.

113.    Defendants' actions constitute inducing copyright infringement of Plaintiff's copyrights and exclusive rights under copyright in the Plaintiff's copyrighted works in violation of the Copyright Act, 17 U.S.C. §§ 106 and 501.

114.    The infringement of Plaintiff's rights in and to each of the Plaintiff's copyrighted works constituted a separate and distinct infringement.

115.    The acts of infringement by Defendants have been willful, intentional, purposeful and in reckless disregard of and with indifference to Plaintiff's rights.

BeharBehar ◆ 1840 North Commerce Parkway ◆ Suite One ◆ Weston, Florida 33326
T: 954-688-7642    F: 954-332-9260    W: BeharBehar.com

21 of 26

116.    As a direct and proximate result of the infringements by Defendants of Plaintiff's copyrights and exclusive rights under copyright in the Plaintiff's copyrighted works, Plaintiff is entitled to actual damages and Defendants' profits pursuant to 17 U.S.C. § 504(b).

117.    Alternatively, Plaintiff is entitled to maximum statutory damages, pursuant to 17 U.S.C. § 504(c), in the amount of $150,000 with respect to each work infringed, or such other amounts as may be proper under 17 U.S.C. § 504(c).

118.    Plaintiff is further entitled to their attorneys' fees and full costs pursuant to 17 U.S.C. § 505.

WHEREFORE, Plaintiff AMA Multimedia LLC requests the following relief:

A.    That Defendants, their agents, servants, officers, directors, employees, attorneys, privies, representatives, successors and assigns and parent and subsidiary corporations or other related entities, and any or all persons in act of concert or participation with any of them, be preliminarily and permanently enjoined from:

(1)    Any and all reproduction, adaptation, public display and/or distribution of copies of Plaintiff's copyrighted works by Defendants on any website, including but not limited to Drtuber.com and Drtst.com;

(2)    Permitting any user to upload for reproduction, adaptation, public display and/or distribution of copies of the Plaintiff's copyrighted works by Defendants on any website, including but not limited to Drtuber.com and Drtst.com; and

(3)    Marketing or selling any product containing or utilizing Plaintiff's intellectual property or business values.

B.    That Defendants be ordered to transfer the domain Drtuber.com and Drtst.com, and all similar domains held by Defendants found in discovery, such as misspellings of the enumerated

BeharBehar ◆ 1840 North Commerce Parkway ◆ Suite One ◆ Weston, Florida 33326
T: 954-688-7642    F: 954-332-9260    W: BeharBehar.com

22 of 26

domains, domains held by Defendants linked to www.Drtuber.com or Drtst.com, and the content therein to Plaintiff.

      C.     That Defendants be ordered to file with the Court and serve upon Plaintiff, within thirty (30) after the entry of an injunction, a report in writing and under oath, setting forth in detail the manner and form in which Defendants have complied with any ordered injunction;

      D.     That Plaintiff be awarded damages in an amount to be determined at trial for all infringing activities, including Plaintiff's damages and lost profits, Defendants' profits, plus any costs incurred in preventing future confusion, mistake or deception, all from the date of first infringement;

      E.     That Defendants be ordered to account to Plaintiff for all profits, gains and advantages that they have realized as a consequence of their unauthorized use of Plaintiff's copyrighted works;

      F.     That Plaintiff be awarded enhanced damages and attorney's fees;

      G.     That Plaintiff be awarded pre-judgment and post-judgment interest;

      H.     That Plaintiff be awarded costs and expenses incurred in prosecuting this action, including expert witness fees; and

      I.     That such other and further preliminary and permanent relief be awarded to Plaintiff as the Court deems appropriate.

BeharBehar • 1840 North Commerce Parkway • Suite One • Weston, Florida 33326
T: 954-688-7642    F: 954-332-9260    W: BeharBehar.com

23 of 26

## COUNT V
### Unauthorized Publication of Name and Likeness in Violation
### Of Section 540.08, Florida Statutes
### Against All Defendants

119. Plaintiff repeats, re-alleges, and incorporates by reference paragraphs 1 through 64 above and further states that:

120. Plaintiff's erotic photographs and motion pictures depict models who performed under contract.

121. Said contract contains a release of each model's rights and interest for their appearance in an erotic motion picture, and an assignment in ownership of the same to Plaintiff.

122. Defendants published, printed, displayed or otherwise used publicly images that depict numerous models that signed Plaintiff's release agreement.

123. Defendants' websites commercially exploit Plaintiffs' images without the Plaintiff's knowledge or consent.

124. Defendants gained pecuniary benefit from the unauthorized use of Plaintiff's name, images and likeness.

125. The Defendants use of Plaintiff's name, images and likeness was not part of a bona fide news report, nor did it have a legitimate public interest, but rather, was used by Defendants for their sole commercial benefit.

126. The use of Plaintiff's name, image and likeness for commercial purposes, without express consent, violates Florida Statute §540.08.

WHEREFORE, Plaintiff AMA Multimedia LLC requests the following relief:

A. That Defendants be enjoined from using the name, image, and likeness of any MetArt models for commercial, advertising, or any other unauthorized use on

BeharBehar ♦ 1840 North Commerce Parkway ♦ Suite One ♦ Weston, Florida 33326
T: 954-688-7642    F: 954-332-9260    W: BeharBehar.com

24 of 26

Drtuber.com, and all similar domains held by Defendants found in discovery, such as misspellings of the enumerated domains, and domains held by Defendants linked to www.Drtuber.com and www.drtst.com;

B.      That Defendants be ordered to compensate Plaintiff for damages for any loss or injury resulting from Defendants' unauthorized use of Plaintiff's name and likeness;

C.      That Defendants be ordered, pursuant to Florida Statute § 540.08 to pay Plaintiff a reasonable royalty, plus exemplary and/or punitive damages; and

D.      Such other and further preliminary and permanent relief be awarded to Plaintiff as the Court deems appropriate.

## DEMAND FOR JURY TRIAL

Plaintiff hereby respectfully demands a jury trial as provided by Rule 38(a) of the Federal Rules of Civil Procedure.

DATED:  November 18, 2015

Respectfully submitted,

BeharBehar
1840 North Commerce Parkway
Suite One
Weston, Florida 33326
Telephone: (954) 688-7642
Facsimile: (954) 332-9260
E-mail: AB@BeharBehar.com

By:      */s/Aaron Behar*
         Aaron Behar, Esquire
         Florida Bar No.: 166286
         Jaclyn Behar, Esquire
         Florida Bar No.: 63833
         *Counsel for Plaintiff*

BeharBehar • 1840 North Commerce Parkway • Suite One • Weston, Florida 33326
T: 954-688-7642      F: 954-332-9260      W: BeharBehar.com

25 of 26

And:   Spencer D. Freeman
Freeman Law Firm, Inc.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
Telephone:  (253) 383-4500
Facsimile:  (253) 383-4501
E-mail: sfreeman@freemanlawfirm.org
***Counsel for Plaintiffs***
(Moving for Admission pro hac vice)

BeharBehar ◆ 1840 North Commerce Parkway ◆ Suite One ◆ Weston, Florida 33326
T: 954-688-7642    F: 954-332-9260    W: BeharBehar.com

26 of 26

**EXHIBIT A**

**SITES:** DrTuber.com; Drtst.com

| Registration Number | TITLE | Infringing Link |
|---|---|---|
| 1-2827816626 | | http://www.drtuber.com/video/488928/mom-daugher-and-the-plumber |
| PA0001806303 | Pure Mature video (2012.05) | http://www.drtuber.com/video/2081899/students-in-anal-avec-menotte |
| PA0001816207 | Disgraced 18 video (2012.03) | http://www.drtuber.com/video/1819203/amateur-teen-couple-make-a-sex-tape |
| PA0001816207 | Disgraced 18 video (2012.03) | http://www.drtuber.com/video/2234165/hot-teen-assfuck |
| PA0001820829 | Pure Mature video (2012.07) | http://www.drtuber.com/video/2046558/18-year-old-pornstar-anal-gangbang |
| PA0001827677 | Pure Mature video (2012.09) | http://www.drtuber.com/video/2070290/sexy-pussy-first-sex-teacher |
| PA0001828918 | Pure Mature video (2012.11) | http://www.drtuber.com/video/2040450/exgf-gang-bang |
| PA0001828920 | Passion-HD video 2012.11. | http://www.drtuber.com/video/2085674/nice-teen-clit-sucking |
| PA0001857777 | Pure Mature video (2013.03) | http://www.drtuber.com/video/2032140/young-girlfriend-amazing-orgasm |
| PA0001862812 | Teen BFF video (2013.05) | http://www.drtuber.com/video/2231548/young-pornstar-gang-bang |
| PA0001862818 | Deep Throat Love video (2013.05) | http://www.drtuber.com/video/2083382/wife-creampie-accident |
| PA0001862822 | Fantasy-HD video (2013.05) | http://www.drtuber.com/video/2023454/busty-wife-anal-squirt |
| PA0001865702 | Fantasy-HD video (2013.07) | http://www.drtuber.com/video/2284925/hot-gf-great-sex |
| PA0001892867 | POVD video (2014.02) | http://www.drtuber.com/video/2084820/pornstar-deep-penetration |
| PA0001893394 | Passion-HD video (2013.11) | http://www.drtuber.com/video/2234616/pornstar-hardcore-anal-sex |

| PA0001912983 | Passion-HD video (2014.05) | http://www.drtuber.com/video/2097215/hot-teen-cock-sucking |
|---|---|---|
| PA0001929513 | POVD video (2014.09) | http://www.drtuber.com/video/2119657/tettona-italiana-deepthroat |
| PA0001929519 | Tiny 4K video (2014.09) | http://www.drtuber.com/video/2054096/college-pussy-cumshot-inside |
| PA0001938178 | Tiny 4K video (2014.11) | http://www.drtuber.com/video/2082701/wife-cum-in-throat |
| PA0001954526 | Exotic 4K video (2014.11) | http://www.drtuber.com/video/2095812/harley-dean-island-beauty |
| PA0001954526 | Exotic 4K video (2014.11) | http://www.drtuber.com/video/2012731/busty-daughter-home-sex |
| PA0001954526 | Exotic 4K video (2014.11) | http://www.drtuber.com/video/2085152/hot-housewife-eating-pussy |
| PA0001954528 | Casting Couch X video (2014.11) | http://www.drtuber.com/video/2087067/busty-pussy-sex-cum |
| PA0001954529 | Passion-HD video (2014.11) | http://www.drtuber.com/video/2085067/busty-amateur-pussy-creampie |
| PA0001954529 | Passion-HD video (2014.11) | http://www.drtuber.com/video/2091548/alexis-brill-home-early |
| PA0001954529 | Passion-HD video (2014.11) | http://www.drtuber.com/video/2087103/big-tits-blowjob-tutorial |
| PA0001954529 | Passion-HD video (2014.11) | http://www.drtuber.com/video/2008933/amateur-allure-sex-games |
| PA0001954530 | POVD video (2014.11) | http://www.drtuber.com/video/2037293/sexy-student-brutal-gang-bang |
| PA0001954530 | POVD video (2014.11) | http://www.drtuber.com/video/2037333/wife-close-up-orgasm |
| PA0001954530 | POVD video (2014.11) | http://www.drtuber.com/video/2063713/ava-addams-all-sex |
| PA0001954531 | Pure Mature video (2014.11) | http://www.drtuber.com/video/2098373/capri-cavanni-cock-milking |
| PA0001954531 | Pure Mature video (2014.11) | http://www.drtuber.com/video/2083548/sexy-teen-publicsex |
| PA0001956395 | Passion-HD video 2015.0506. | http://www.drtuber.com/video/2083548/sexy-teen-publicsex |