UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| AMA MULTIMEDIA, LLC, a Nevada limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>ERA TECHNOLOGIES, LTD, a British Virgin Islands company, individually and d/b/a DRTUBER.COM and d/b/a DRTST.COM;<br>IGOR KOVALCHUCK, individually and d/b/a DRTUBER.COM and d/b/a DRTST.COM;<br>WEBZILLA INC.;<br>WZ COMMUNICATIONS, INC.; and John Does 1-20,<br><br>    Defendants. | **Case No.**<br>**1:15-cv-24289-FAM** |

**DECLARATION OF IVAN TIMSHIN, M.A.**
**IN SUPPORT OF ERA TECHNOLOGIES, LTD.'S**
**MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

I, Ivan Timshin, M.A., being duly sworn, do affirm and state as follows:

    1.    I am a business development manager of Defendant ERA Technologies, Ltd. ("ERA"). Unless otherwise stated, this declaration is based on my personal knowledge, my consultation with other personnel of ERA, and/or my review of ERA's business records. All statements contained in this declaration are true and correct to the best of my knowledge. If called as a witness, I could and would testify as to the facts set forth in this declaration.

    2.    ERA owns and operates the website at DrTuber.com. The DrTuber.com website is a "porn tube" website where users can upload and share their own pornographic videos.

1

3. ERA also owns and operates the drtst.com domain name. There has never been a website at drtst.com. drtst.com is used solely as a backend technology for the DrTuber.com website to help deliver content to users of the DrTuber.com website.

4. ERA does not have any ownership interest in Webzilla Inc. or WZ Communications, Inc. (the "ISP Defendants"). The ISP Defendants do not have any ownership interest in ERA.

5. The ISP Defendants do not have any ownership interest in DrTuber.com or Drtst.com.

6. The ISP Defendants do not direct, control or assist in determining the content on the DrTuber.com website or Drtst.com.

7. ERA and the ISP Defendants are completely and entirely separate entities: they do not have common ownership nor do they have common management.

8. The ISP Defendants do not host DrTuber.com or Drtst.com. Webzilla Inc. does not host DrTuber.com or Drtst.com, whether in Florida or California or elsewhere. WZ Communications Inc. does not host DrTuber.com or Drtst.com, whether in Florida or California or elsewhere.

9. ERA has no contractual or other direct relationship with either of the ISP Defendants.

10. ERA does not engage, contract for, or purchase any servers in the United States to host DrTuber.com or Drtst.com.

11. ERA uses Webzilla Ltd., a hosting company based and incorporated in the Republic of Cyprus, for its hosting solutions for DrTuber.com and Drtst.com.

12. ERA derives the vast majority of its revenue from advertising that appears on the DrTuber.com website in one form or another.

13. Almost all of the advertising that appears on the DrTuber.com website is sold through advertising brokers. ERA enters into agreements with advertising brokers, who, in turn, sell the advertising space on the DrTuber.com website to clients around the globe.

14. The overwhelming majority of those brokers are located outside of the United States.

15. Although it is possible for advertisers to contract to have their ads be targeted to viewers in a particular country, this "geolocation" has always been performed (when it's performed at all) by the advertising brokers, and not ERA.

16. To be clear, the advertising at issue is *not promoting the DrTuber.com website*, but rather is promoting the websites and/or products of third-parties. ERA does not select what advertising is displayed on the DrTuber.com website, nor does it decide where in the world that advertising is displayed, instead, those decisions are made by the advertisers who buy advertising.

17. A very small amount of ERA's revenue (less than 1%) is derived from affiliate agreements ERA has with other websites and companies. If a user clicks on an affiliate link on the DrTuber.com website, ERA gets a small payment from the website to which the user was directed.

18. ERA does not charge users a membership fee, does not require users to register or join in order to view photos or videos, and does not sell any products to consumers.

19. ERA does not aim its websites to any particular country, but rather the website is aimed at the entire world of internet users.

20.     Attached hereto as <u>Exhibit 1</u> is a true and correct copy of the Google Analytics for DrTuber.com from March 11, 2014 through April 10, 2016, showing the location of the visitors to the website during that time.  As you can see, approximately 15% of the visitors came from the United States, 10% from Germany, 5.5% from Russian and 5% from France.

21.     ERA has never had a presence or significant contacts with the United States.  ERA does not have (and has never had) any employees in the United States.  ERA does not have (and has never had) a bank account in the United States.  ERA does not own or lease (and has never owned or leased) real estate in the United States.  ERA does not pay (and has never paid) taxes in the United States.  ERA does not have (and has never had) an agent for the service of process in the United States.  ERA does not have (and has never had) a telephone number in the United States.

22.     ERA is managed entirely out of Russia.

23.     ERA is not aware of any company that it has contracted with that is based in Florida or in the United States.

24.     ERA, including its agents and contractors, did not upload any of the files alleged to be infringing in the Complaint.

Signed under the pains and penalties of perjury this 13th day of April, 2016.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Name: Ivan Timshin, M.A.
　　　　　　　　　　　　　　　　　　On behalf of ERA Technologies, Ltd.

# Exhibit 1



# Location

Mar 11, 2014 - Apr 10, 2016

○ All Users
100.00% Sessions

**Map Overlay**

Summary



| Country | Sessions | Sessions | Contribution to total: Sessions |
|---|---|---|---|
| | 1,481,491,715<br>% of Total: 100.00%<br>(1,481,491,715) | 1,481,491,715<br>% of Total: 100.00%<br>(1,481,491,715) | |

| | Country | Sessions | % |
|---|---|---|---|
| 1. | United States | 222,545,184 | 15.02% |
| 2. | Germany | 146,597,516 | 9.90% |
| 3. | Russia | 81,260,438 | 5.49% |
| 4. | France | 73,944,689 | 4.99% |
| 5. | Italy | 68,590,863 | 4.63% |
| 6. | Brazil | 64,135,640 | 4.33% |
| 7. | United Kingdom | 53,466,086 | 3.61% |
| 8. | Spain | 48,117,492 | 3.25% |
| 9. | Japan | 46,413,969 | 3.13% |
| 10. | Poland | 39,887,206 | 2.69% |



Rows 1 - 10 of 243

© 2016 Google