UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| AMA MULTIMEDIA, LLC, a Nevada limited liability company<br><br>    Plaintiff,<br><br>v.<br><br>ERA TECHNOLOGIES, LTD, a British Virgin Islands company, individually and d/b/a DRTUBER.COM and d/b/a DRTST.COM;<br>IGOR KOVALCHUCK, individually and d/b/a DRTUBER.COM and d/b/a DRTST.COM;<br>WEBZILLA INC.;<br>WZ COMMUNICATIONS, INC.; and John Does 1-20,<br><br>    Defendants. | Case No.<br>1:15-cv-24289-FAM |

### DECLARATION OF KOSTYANTYN BEZRUCHENKO

I, Kostyantyn Bezruchenko, being duly sworn, do declare and state as follows:

    1.    I am a Director of both Webzilla, Inc. and WZ Communications Inc. (the "ISP Defendants"). Unless otherwise stated, this declaration is based on my personal knowledge, my consultation with other personnel of the ISP Defendants, and/or my review of the ISP Defendants' business records. All statements contained in this declaration are true and correct to the best of my knowledge. If called as a witness, I could and would testify as to the facts set forth in this declaration.

    2.    The ISP Defendants are both incorporated in Florida.

1

3. The ISP Defendants do not have any ownership interests in ERA Technologies, Ltd. ("ERA").

4. ERA has no ownership interest in the ISP Defendants.

5. The ISP Defendants do not have any ownership interest in DrTuber.com or Drtst.com.

6. The ISP Defendants do not direct, control or assist in determining the content on the DrTuber.com website or Drtst.com.

7. ERA and the ISP Defendants are completely and entirely separate entities: they do not have common ownership nor do they have common management.

8. The ISP Defendants do not host DrTuber.com or Drtst.com. Webzilla Inc. does not host DrTuber.com or Drtst.com, whether in Florida or California or elsewhere. WZ Communications Inc. does not host DrTuber.com or Drtst.com, whether in Florida or California or elsewhere.

9. ERA has no contractual or other direct relationship with either of the ISP Defendants.

10. To my understanding, ERA uses and contracts with Webzilla Ltd., a hosting company based and incorporated in the Republic of Cyprus, which is not the same as either of the ISP Defendants, for its hosting solutions for DrTuber.com and Drtst.com.

Signed under the pains and penalties of perjury, this 13th day of April, 2016.

_____
Kostyantyn Bezruchenko
On behalf of Webzilla Inc. and
WZ Communications Inc.