# EXHIBIT "1"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-24289-FAM

AMA MULTIMEDIA LLC,

      Plaintiff,

vs.

ERA TECHNOLOGIES, LTD., IGOR
KOVALCHUK, WEBZILLA, INC., and WZ
COMMUNICATIONS, INC.

      Defendants.

_____/

## DECLARATION OF BRADLEY MARYMAN

I, Bradley N. Maryman, declare:

1.      I am over the age of 18, a resident of Simi Valley, California, and a citizen of the United States. I make this declaration based upon personal knowledge and, if called to testify could and would testify competently to the facts set forth herein.

2.      From 1972 until 2001, I served as a Special Agent and Supervisory Special Agent with the Federal Bureau of Investigations, during which I conducted and supervised numerous investigations, served as an Information Systems Administrator, Chief Information Security Officer, and Security Programs Manager.

3.      In 1991, I founded the FBI's first Computer Analysis Response Team (C.A.R.T) and served as its team leader. I established the agency's first and much copied state of the art computer forensic laboratory. I introduced modifications to evidence procedures for adaptation to digital evidence collection and maintenance requirements,

1

provided specifications to industry manufacturers and programmers for the development of forensic specific equipment and programs.

4.      During my tenure with the FBI, I devised rigorous training regimens including legal knowledge and testimony skills and technical proficiency enhancements.

5.      I pioneered and helped to foster US Government certification standards for computer examiners.

6.      I have served as Chairman and Member-at-Large of the advisory board to the Director of the FBI on computer and information systems.

7.      I am the developer and author of the FBI's IT Disaster Recovery policy and protocols.

8.      I initiated and acted as project manager for such major projects as desktop software migrations and enterprise architecture transitions.

9.      I am an FBI Certified Instructor and have taught courses in Computer Forensics, Security, Crisis Management, Information Systems Administration, and Leadership.

10.      I serve on the University of Southern California Information Technology Program Advisory Board and am a frequent guest lecturer at U.S.C. on digital forensics.

11.      I have received training from U.S. Government entities, public organizations and commercial providers regarding Information Technology (IT) Management, IT Forensics, IT Security and IT Network Design/Implementation.

12.      I have authored and administered instructional courses and given numerous presentations to organizations on related topics including: *Data Acquisition and Digital Evidence Handling*, High Tech Crime Investigators Association (HTCIA); *Instructor - Computer Forensics, Internet Investigations and Digital Evidence Handling*; Pan-American Institute of Science and Forensic Technology, Chinese Ministry of Public

Security, Federal Bureau of Investigations (FBI); *Instructor - Computer Forensics and Data Acquisition*, Logicube, Inc., K-Logics, Inc., Ciphertex.

13.     I have accreditations including: Computer Investigative Specialist (IACIS); Crisis Management for Executives (FEMA); Disk Operating Systems – Advances (Software Control Intl.); FBI Laboratory Examiner (FBI); Forensic Examiner of Computer Evidence (FBI); Information Systems Administrator (FBI/Microsoft); Internet Basics (American Management Associations); Law Enforcement Instructor (FBI); Network Design and Implementation (Novell/Microsoft); Personal Computer and MS DOS (Software Control Intl.); Post Critical Incident and Peer Support (FBI/Cal State Univ-Long Beach); Security Officer (DOJ/NSA); Special Weapons and Tactics (FBI); Top Secret and above Security Clearances (DOJ/NSA); and WordPerfect Office Administration (FBI).

14.     I am a member of the following associations:  American Society for Industrial Security (ASIS); Federal Bureau of Investigation Agents Association (FBIAA); Information Systems Security Association (ISSA); Institute of Electrical and Electronics Engineers Computer Society (IEEE); International Association of Computer Investigative Specialists (IACIS); and Society of Former Special Agents of the Federal Bureau of Investigation (SFSAFBI).

15.     In 2001 I founded Maryman & Associates Inc., computer forensics consultants.

16.     I have conducted forensic data acquisition, retrieval and analysis on an extensive variety of digital evidence ranging from electronic business records and communications to network logs and encrypted files. I have a wide-range of electronic discovery experience in recovering and processing electronic records produced by a broad variety of computer operating systems and applications. I have testified extensively

in criminal and civil matters and provided depositions and declarations in support of civil litigation efforts.

17.    In April 2016, I was retained by AMA Multimedia LLC to investigate aspects of two domain addresses and determine their IP addresses and geolocation. The domains are Drtuber.com and the associated content distribution network Drtst.com. An IP address, stands for Internet Protocol address. Every machine on a network has a unique identifier. Just as you would address a letter to send in the mail, computers use the unique identifier to send data to specific computers on a network. All computers on the Internet use the TCP/IP protocol as the standard for how to communicate on the network. In the TCP/IP protocol, the unique identifier for a computer is called its IP address.

18.    An Internet Protocol or IP address is different from a domain name. The IP address is an actual set of numerical instructions. It communicates exact information about the address. The domain name functions as a link to the IP address. Links do not contain actual information, but they do point to the place where the IP address information resides. It is convenient to think of IP addresses as the actual code and the domain name as a nickname for that code.

19.    The universal resource locator, or URL, is an entire set of directions, and it contains extremely detailed information. The domain name is one of the pieces inside of a URL. It is also the most easily recognized part of the entire address. When computer users type a web address directly into the field at the top of their browser window, it initiates a process of locating the page requested. To do so, the instructions contained inside the URL, including the domain name, must correctly point to that location. The IP address is a numerical code that makes this possible.

20.    Geolocation is the process or technique of identifying the geographical location of a person or device by means of digital information processed via the Internet.

21.     I initially utilized ICANN in an attempt to determine the IP address and geolocation of the domains.  A privacy service was registered with ICANN for each domain, which hid the IP and location for each domain.

22.     The Internet Corporation for Assigned Names and Numbers (ICANN) is the governing body of the Internet.  ICANN defines policies for how the "names and numbers" of the Internet should run.  ICANN coordinates the Internet Assigned Numbers Authority (IANA) functions, which are key technical services critical to the continued operations of the Internet's underlying address book, including but not limited to IP Address allocation, Internet Protocol identifiers, and the Domain Name System.

23.     I then utilized the "Whois" lookup function on the website DomainTools.com to look up information on both domains.  The "Whois" lookup function is a query and response protocol that is widely used for querying databases that store the registered users or assignees of an Internet resource, such as a domain name, an IP address block, or an autonomous system (AS), but is also used for a wider range of other information. The protocol stores and delivers database content in a human-readable format.

24.     For the DrTuber.com domain, the Whois lookup revealed the documented IP address to be 74.117.179.59. Conducting a Ping command and traceroute command for this domain also resolved to IP address 74.117.179.59.

25.     For the Drtst.com domain, the Whois lookup revealed the documented IP address to be 204.155.145.200. Conducting a Ping command and traceroute command for this domain also resolved to IP address 204.155.145.200.

26.     Ping is a computer network administration software utility used to test the reachability of a host on an Internet Protocol (IP) network. It measures the round-trip time for messages sent from the originating host to a destination computer and echoed back to the source.  Ping operates by sending Internet Control Message Protocol (ICMP)

Echo Request packets to the target host and waiting for an ICMP Echo Reply. Internet Engineering Task Force (IETF) Request For Proposal (RFC) 1122 prescribes that any host must process an echo request and issue an echo reply in return.  Ping will directly query the DNS server and asks DNS to display the IP address.

27.     Traceroute is a computer network diagnostic tool for displaying the route (path) and measuring transit delays of packets across an Internet Protocol (IP) network. Traceroute is specified in IETF RFC 1393.

28.     Both the Ping and Traceroute commands are directed to a domain name which subsequently translates to the corresponding IP address during its process.

29.     After performing the Whois lookup, Ping and traceroute commands, I utilized the following four services to conduct further forensic investigations of ownership and geolocation of DrTuber.com and Drtst.com: (1) DomainTools; (2) Neustar; (3) IP-Tracker and (4) ARIN.

30.     DomainTools.com is a web service specializing in research for cybercrime forensic data for domain name, DNS and Internet OSINT-based cyber intelligence.

31.     Neustar is a cloud-based information service and analytics company, and also provides an IP address and geolocation lookup tool.

32.     IP-Tracker is a website with resources for IP address lookups through IP-Address.org.

33.     American Registry for Internet Numbers (ARIN) is a Regional Internet Registry (RIR) incorporated in the Commonwealth of Virginia, USA. ARIN is one of five (5) RIRs. Like the other RIRs, ARIN provides services related to the technical coordination and management of Internet number resources in its respective service region. The ARIN service region includes Canada, many Caribbean and North Atlantic islands, and the United States. ARIN is an official management component of the internet.

34.     DomainTools identified that the IP address for DrTuber.com is 74.117.179.59.  Attached hereto as Exhibit A are the results I obtained for DrTuber.com.

35.     The Ping command verified that the IP address for DrTuber.com is 74.117.179.59.  Attached hereto as Exhibit B are the results I obtained for DrTuber.com.

36.     The Traceroute command verified that the IP address for DrTuber.com is 74.117.179.59.  Attached hereto as Exhibit C are the results I obtained for DrTuber.com.

37.     The DomainTools, Neustar, IP-Tracker and ARIN web services geolocate IP address 74.117.179.59 to the Miami/Ft. Lauderdale/Aventura area in Florida.

38.     These web services confirmed registration of IP address 74.117.179.59 to ASN/Carrier: WZ Communications Inc., and Organization: Webzilla, Inc.

39.     DomainTools identified that the IP address for Drtst.com is 204.155.145.200.  Attached hereto as Exhibit D are the results I obtained for Drtst.com.

40.     The Ping command verified that the IP address for Drtst.com is 204.155.145.200.  Attached hereto as Exhibit E are the results I obtained for Drtst.com.

41.     The Traceroute command verified that the IP address for Drtst.com is 204.155.145.200.  Attached hereto as Exhibit F are the results I obtained for Drtst.com.

42.     The DomainTools, Neustar, IP-Tracker and ARIN web services geolocates IP address 204.155.145.200 to the Dallas/North Richland Hills, Texas area.

43.     These web services confirmed registration of IP address 204.155.145.200 to ASN/Carrier: WZ Communications Inc., and Organization: Webzilla, Inc.

44.     The DrTuber.com web site is served, or displayed, to the public from the IP address geolocated to Florida.

45.     The Drtst.com domain is a content delivery network, which means that it is delivering some content to DrTuber.com before it is displayed and served to the public.

46.     All content displayed on DrTuber.com is served and displayed to the public from the IP address geolocated to Florida.

47.     I navigated to the webzilla.com web page and note that it indicates it is an enterprise hosting company, providing enterprise-class IT infrastructure solutions to businesses in the most data intensive industries. Webzilla's portfolio includes traditional Dedicated Server Hosting, Colocation options and Content Delivery Network (CDN) services for fast and efficient delivery of information assets. It further states that its North American contact point is WEBZILLA INC., 110 E. Broward Blvd., Suite 1700, Fort Lauderdale, FL 33301, USA, Phone +1.954.237.3587.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 2nd day of May, 2016 at Simi Valley, California.

_____
Bradley N. Maryman

# EXHIBIT "A"

Home > Whois Lookup > 74.117.179.59

# IP Information for 74.117.179.59

**— Quick Stats**

| | |
|---|---|
| **IP Location** | 🇺🇸 United States Aventura Webzilla Inc. |
| **ASN** | 🇺🇸 AS40824 WZCOM-US - WZ Communications Inc., US (registered Apr 24, 2008) |
| **Resolve Host** | c-r080-u2396-59.webazilla.com |
| **Whois Server** | whois.arin.net |
| **IP Address** | 74.117.179.59 |
| **Reverse IP** | 1 website uses this address. |

**Tools**

| Monitor Domain Properties | ▼ |
|---|---|

| Reverse IP Address Lookup | ▼ |
|---|---|

| Network Tools | ▼ |
|---|---|

```
NetRange:       74.117.176.0 - 74.117.183.255
CIDR:           74.117.176.0/21
NetName:        WZCOMM-US
NetHandle:      NET-74-117-176-0-1
Parent:         NET74 (NET-74-0-0-0-0)
NetType:        Direct Allocation
OriginAS:       AS40824
Organization:   WZ Communications Inc. (WZCOM)
RegDate:        2009-09-11
Updated:        2012-03-20
Comment:        Please send abuse complaints to
    abuse@webazilla.com
Ref:            https://whois.arin.net/rest/net
/NET-74-117-176-0-1

OrgName:        WZ Communications Inc.
OrgId:          WZCOM
Address:        110 E.Broward blvd
Address:        Suite 1700
City:           Fort Lauderdale
StateProv:      FL
PostalCode:     33301
Country:        US
RegDate:        2008-03-19
Updated:        2010-04-12
Ref:            https://whois.arin.net/rest/org
/WZCOM

OrgTechHandle: WZCOM-ARIN
OrgTechName:   WZCOMM NOC
OrgTechPhone:  +1-408-404-3912
OrgTechEmail:    bk@webazilla.com
```

```
OrgTechRef:   Sitemap : Bloghttps://whois.arin.net/rest/poc
/WZCOM-ARIN
```

```
OrgAbuseHandle: WZCOM1-ARIN
OrgAbuseName:   WZCOMM Abuse
OrgAbusePhone:  +1-310-943-2439
OrgAbuseEmail:     abuse@webazilla.com
OrgAbuseRef:    https://whois.arin.net/rest/poc
/WZCOM1-ARIN


NetRange:       74.117.179.0 - 74.117.179.255
CIDR:           74.117.179.0/24
NetName:        WEBZILLA-US-74-117-179-0-24
NetHandle:      NET-74-117-179-0-1
Parent:         WZCOMM-US (NET-74-117-176-0-1)
NetType:        Reassigned
OriginAS:       AS40824
Customer:       Webzilla Inc. (C02697222)
RegDate:        2011-02-15
Updated:        2011-02-15
Comment:        Any complaints please send to "
   abuse@webazilla.com "
Ref:            https://whois.arin.net/rest/net
/NET-74-117-179-0-1

CustName:       Webzilla Inc.
Address:        20801 Biscayne Boulevard, Suite 403
City:           Aventura
StateProv:      FL
PostalCode:     33180
Country:        US
RegDate:        2011-02-15
Updated:        2011-03-19
Ref:            https://whois.arin.net/rest/customer
/C02697222


OrgTechHandle: WZCOM-ARIN
OrgTechName:   WZCOMM NOC
OrgTechPhone:  +1-408-404-3912
OrgTechEmail:     bk@webazilla.com
OrgTechRef:    https://whois.arin.net/rest/poc
/WZCOM-ARIN


OrgAbuseHandle: WZCOM1-ARIN
OrgAbuseName:   WZCOMM Abuse
OrgAbusePhone:  +1-310-943-2439
OrgAbuseEmail:     abuse@webazilla.com
OrgAbuseRef:    https://whois.arin.net/rest/poc
/WZCOM1-ARIN
```

# EXHIBIT "B"

```
C:\WINDOWS\system32\CMD.exe

C:\Users\Brad>ping www.drtuber.com

Pinging www.drtuber.com [74.117.179.59] with 32 bytes of data:
Reply from 74.117.179.59: bytes=32 time=55ms TTL=52
Reply from 74.117.179.59: bytes=32 time=56ms TTL=52
Reply from 74.117.179.59: bytes=32 time=57ms TTL=52
Reply from 74.117.179.59: bytes=32 time=56ms TTL=52

Ping statistics for 74.117.179.59:
    Packets: Sent = 4, Received = 4, Lost = 0 (0% loss),
Approximate round trip times in milli-seconds:
    Minimum = 55ms, Maximum = 57ms, Average = 56ms

C:\Users\Brad>
```

# EXHIBIT C

```
Select Command Prompt

C:\Users\Joe>tracert www.drtuber.com

Tracing route to www.drtuber.com [74.117.179.59]
over a maximum of 30 hops:

  1    <1 ms    <1 ms    <1 ms  router.asus.com [192.168.0.1]
  2     8 ms    10 ms     9 ms  142.254.237.93
  3    14 ms    10 ms    10 ms  agg50.lsaicaev01h.socal.rr.com [24.30.168.81]
  4    10 ms    11 ms    10 ms  agg11.lsaicaev01r.socal.rr.com [72.129.18.192]
  5    24 ms    15 ms    14 ms  agg26.lsancarc01r.socal.rr.com [72.129.17.0]
  6    16 ms    14 ms    15 ms  bu-ether26.lsancarc0yw-bcr00.tbone.rr.com [66.109.3.230]
  7    12 ms    11 ms    13 ms  ae2.lsancarc0yw-bpr01.tbone.rr.com [66.109.1.41]
  8    13 ms    11 ms    12 ms  be-203-pe01.losangeles.ca.ibone.comcast.net [50.248.118.177]
  9    15 ms    13 ms    23 ms  hu-0-4-0-1-cr02.losangeles.ca.ibone.comcast.net [68.86.85.29]
 10    44 ms    47 ms    46 ms  be-11524-cr02.dallas.tx.ibone.comcast.net [68.86.87.174]
 11    44 ms    44 ms    44 ms  hu-0-10-0-5-pe01.1950stemmons.tx.ibone.comcast.net [68.86.166.6]
 12    43 ms    45 ms    44 ms  50.248.119.38
 13    58 ms    58 ms    50 ms  208.88.224.10
 14    64 ms    52 ms    60 ms  c-r080-u2396-59.webazilla.com [74.117.179.59]
```

# EXHIBIT D

Home  >  Whois Lookup  >  204.155.145.200

# IP Information for 204.155.145.200

**— Quick Stats**

| | |
|---|---|
| **IP Location** | 🇺🇸 United States Dallas Webzilla Inc. |
| **ASN** | 🇺🇸 AS40824 WZCOM-US - WZ Communications Inc., US (registered Apr 24, 2008) |
| **Resolve Host** | c-q080-u1332-200.webazilla.com |
| **Whois Server** | whois.arin.net |
| **IP Address** | 204.155.145.200 |
| **Reverse IP** | 7 websites use this address. |

**Tools**

| | |
|---|---|
| Monitor Domain Properties | ▼ |
| Reverse IP Address Lookup | ▼ |
| Network Tools | ▼ |

```
NetRange:        204.155.144.0 - 204.155.159.255
CIDR:            204.155.144.0/20
NetName:         NET-DFW1
NetHandle:       NET-204-155-144-0-1
Parent:          NET204 (NET-204-0-0-0-0)
NetType:         Direct Allocation
OriginAS:
Organization:    DFW Internet Services, Inc. (DFW)
RegDate:         1994-11-03
Updated:         2001-05-07
Ref:             https://whois.arin.net/rest/net
/NET-204-155-144-0-1


OrgName:         DFW Internet Services, Inc.
OrgId:           DFW
Address:         8528 Davis Blvd, Suite 340
City:            North Richland Hills
StateProv:       TX
PostalCode:      76182
Country:         US
RegDate:         1994-11-03
Updated:         2012-07-23
Ref:             https://whois.arin.net/rest/org/DFW


OrgTechHandle: ID54-ARIN
OrgTechName:   Network Operations, Inc
OrgTechPhone:  +1-682-214-0434
OrgTechEmail:  root@dfw.net
OrgTechRef:    https://whois.arin.net/rest/poc
/ID54-ARIN


OrgAbuseHandle: ID54-ARIN
```

```
OrgAbuseName:   Network Operations, Inc
OrgAbusePhone:  +1-682-214-0434
OrgAbuseEmail:     root@dfw.net
OrgAbuseRef:    https://whois.arin.net/rest/poc
/ID54-ARIN

RTechHandle: ID54-ARIN
RTechName:   Network Operations, Inc
RTechPhone:  +1-682-214-0434
RTechEmail:    root@dfw.net
RTechRef:    https://whois.arin.net/rest/poc
/ID54-ARIN

NetRange:       204.155.145.0 - 204.155.145.255
CIDR:           204.155.145.0/24
NetName:        WEBZILLA-US-204-155-145-0-24
NetHandle:      NET-204-155-145-0-1
Parent:         NET-DFW1 (NET-204-155-144-0-1)
NetType:        Reassigned
OriginAS:       AS40824
Customer:       Webzilla, Inc. (C05742698)
RegDate:        2015-05-27
Updated:        2015-05-27
Comment:        Any complaints please send to "
  abuse@webzilla.com "
Ref:            https://whois.arin.net/rest/net
/NET-204-155-145-0-1

CustName:       Webzilla, Inc.
Address:        2777 N. Stemmons Fwy, Suite 1655
City:           Dallas
StateProv:      TX
PostalCode:     75207
Country:        US
RegDate:        2015-05-27
Updated:        2015-05-27
Ref:            https://whois.arin.net/rest/customer
/C05742698

OrgTechHandle: ID54-ARIN
OrgTechName:   Network Operations, Inc
OrgTechPhone:  +1-682-214-0434
OrgTechEmail:    root@dfw.net
OrgTechRef:    https://whois.arin.net/rest/poc
/ID54-ARIN

OrgAbuseHandle: ID54-ARIN
OrgAbuseName:   Network Operations, Inc
OrgAbusePhone:  +1-682-214-0434
OrgAbuseEmail:     root@dfw.net
OrgAbuseRef:    https://whois.arin.net/rest/poc
/ID54-ARIN

RTechHandle: ID54-ARIN
RTechName:   Network Operations, Inc
RTechPhone:  +1-682-214-0434
RTechEmail:    root@dfw.net
RTechRef:    https://whois.arin.net/rest/poc
/ID54-ARIN
```

# EXHIBIT E

```
C:\WINDOWS\system32\CMD.exe

Microsoft Windows [Version 10.0.10586]
(c) 2015 Microsoft Corporation. All rights reserved.

C:\Users\Brad>ping 204.155.145.200

Pinging 204.155.145.200 with 32 bytes of data:
Reply from 204.155.145.200: bytes=32 time=56ms TTL=53
Reply from 204.155.145.200: bytes=32 time=57ms TTL=53
Reply from 204.155.145.200: bytes=32 time=58ms TTL=53
Reply from 204.155.145.200: bytes=32 time=58ms TTL=53

Ping statistics for 204.155.145.200:
    Packets: Sent = 4, Received = 4, Lost = 0 (0% loss),
Approximate round trip times in milli-seconds:
    Minimum = 56ms, Maximum = 58ms, Average = 57ms

C:\Users\Brad>
```

# EXHIBIT "F"

```
C:\Users\Joe>tracert www.drtst.com

Tracing route to a9-45.so.clients.cdn13.com [204.155.145.200]
over a maximum of 30 hops:

  1    <1 ms    <1 ms    <1 ms  router.asus.com [192.168.0.1]
  2    10 ms     8 ms    11 ms  142.254.237.93
  3    10 ms     8 ms    10 ms  agg50.lsaicaev01h.socal.rr.com [24.30.168.81]
  4    19 ms    10 ms    10 ms  agg11.lsaicaev01r.socal.rr.com [72.129.18.192]
  5    16 ms    30 ms    22 ms  agg26.lsancarc01r.socal.rr.com [72.129.17.0]
  6    22 ms    14 ms    22 ms  bu-ether16.lsancarc0yw-bcr00.tbone.rr.com [66.109.6.102]
  7     9 ms    10 ms     9 ms  0.ae1.pr1.lax00.tbone.rr.com [107.14.17.250]
  8    18 ms    10 ms    11 ms  be-203-pe01.losangeles.ca.ibone.comcast.net [50.248.118.177]
  9    13 ms    15 ms    12 ms  hu-0-4-0-1-cr02.losangeles.ca.ibone.comcast.net [68.86.85.29]
 10    52 ms    45 ms    44 ms  be-11524-cr02.dallas.tx.ibone.comcast.net [68.86.87.174]
 11    54 ms    44 ms    44 ms  hu-0-12-0-7-pe01.1950stemmons.tx.ibone.comcast.net [68.86.166.50]
 12    52 ms    51 ms    53 ms  50.248.119.34
 13    53 ms    51 ms    53 ms  c-q080-u1332-200.webazilla.com [204.155.145.200]

Trace complete.
```