# EXHIBIT "2"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-24289-FAM

AMA MULTIMEDIA, LLC,

        Plaintiffs,

vs.

ERA TECHNOLOGIES, LTD. d/b/a DRTUBER.COM
d/b/a Drtst.com; IGOR KOVALCHUK d/b/a DRTUBER.COM
d/b/a Drtst.com; and John Does 1-20,

        Defendants.

_____/

## DECLARATION OF FREDERICK S. LANE IN OPPOSITION TO DEFENDANT ERA TECHNOLOGY'S MOTION TO DISMISS

I, Frederick S. Lane, declare:

1.      In April 2016, I was retained by AMA Multimedia LLC to investigate aspects of two domain addresses and determine their IP addresses and geolocation. The domains are Drtuber.com and the associated content distribution network Drtst.com.  Except where otherwise stated, I have direct and personal knowledge of the facts set forth herein, and, if called as a witness, can and will competently testify thereto.

**A.     Educational and Professional Background**

2.      I received a Bachelor of Arts degree in May, 1985 from Amherst College in the fields of American Studies (*magna cum laude*) and Classics (*cum laude*). In May, 1988, I graduated from Boston College School of Law with a Juris Doctorate degree (*cum laude*).

3.      Following graduation from law school, I clerked for two years for the Honorable Frank H. Freedman, former Chief Judge, United States District Court (D. Mass.) (since deceased). In October, 1990, I moved to Burlington, Vermont, where I worked in private practice for approximately four and a half years.

4.      In the fall of 1996, following the passage of the Communications Decency Act, I began researching my first book, *Obscene Profits: The Entrepreneurs of Pornography in the Cyber Age* (Routledge 2000).

5.      I have since written a total of seven books, the most recent of which is *Cybertraps for Educators* (Mathom Press 2015).

6.      Additional information about my professional activities is set forth in my *c.v.*, a copy of which is attached hereto.

**B.      Development of Relevant Expertise**

7.      I have been working with computers in various capacities since 1974. I purchased my first personal computer in the fall of 1984 (an IBM PC) and have used a personal computer continuously since that time.

8.      I have been a consistent user of the Internet since the mid-1980s and have lectured frequently on the practical and legal issues that the Internet presents to the legal profession, college and high school students, civic groups, and parents. My first seminar devoted specifically to the Internet for lawyers was presented at a meeting of the Vermont Bar Association in January 1995. Since that time, I have presented dozens of seminars on a wide variety of computer-related

topics, including electronic discovery, the Y2K bug, computer forensics, personal privacy, and social networking.

9.     My specific interest in the operation and economics of the online adult industry was sparked in 1996 by the passage of the Communications Decency Act ("CDA"), which was part of the Telecommunications Act of 1996. The provisions of the CDA caused a tremendous outcry in various sectors of the Web and became one of the first Internet-related issues to catch the attention of the mainstream media.

10.     As someone with a particular interest in First Amendment, free speech, and computer-related issues, I closely followed the debate over the CDA and the subsequent legal proceedings before the U.S. District Court in Philadelphia and the United States Supreme Court.

11.     Following the U.S. Supreme Court's unanimous rejection of the indecency provisions of the CDA in *Reno v. ACLU*, 521 U.S. 844 (1997), I put together a book proposal to examine the adult entertainment industry's highly successful adoption of the Internet. The proposal was accepted by Routledge and my book, *Obscene Profits: The Entrepreneurs of Pornography in the Cyber Age,* was published in January 2000.

12.     I began researching and writing *Obscene Profits* in January 1998. Over the following two years, I spent approximately 3,000 hours researching the adult entertainment industry in general and online adult businesses in particular. My work included: traditional research, including the review of previously published books and articles; interviews with various individuals working in, for, and against the adult entertainment industry; online research of sexually explicit web sites and examination of various business models; attendance at online

adult industry trade shows; review of legal decisions and on-going prosecutions from around the country; and extensive drafting and redrafting of the manuscript itself.

13.     By the time I finished *Obscene Profits*, I had compiled a database of roughly 3,000 articles, interviews, statutes, legal decisions, legislation, movie reviews, book summaries, and other sources of information about adult entertainment and obscenity. Over the ensuing decade, my personal research archive has grown to approximately 20,000 articles, the bulk of which deal with some aspect of the adult industry. I routinely refer to the contents of that database when researching book ideas, writing articles, consulting on computer forensics cases, or preparing lectures.

14.     Following the publication of *Obscene Profits*, I spent three years helping to organize and present legal seminars at Internext, the leading trade show for the online adult industry. In that capacity, I designed and moderated legal panels on wide variety of topics relevant to the industry, including constitutional law, copyright infringement, and compliance with federal regulations, including those promulgated pursuant to 18 U.S.C. § 2257.

15.     In 2003, I partnered with Greg Piccionelli, Esq., an attorney well-known in the adult industry, to provide legal seminars to adult Web masters and other attorneys working in the field. Together, we wrote a detailed handbook entitled *The Online Adult Entertainment Webmaster Legal Resource*, which covered a wide variety of legal topics affecting the online adult industry, including copyright, compliance with 18 U.S.C. § 2257, obscenity, and child pornography.

16.     Since the publication of *Obscene Profits*, I have continued to research and educate myself about the adult entertainment industry in general and online adult business in particular. I

closely follow social and legal developments related to the industry and regularly read the online

adult industry's two leading trade publications, *Adult Video News* and *Xbiz*. At various times, I

have contributed articles to both publications as a freelance writer. I am also currently working

on a sequel to *Obscene Profits* for the Taylor & Frances, tentatively entitled *The Pornography

Business*.

17.     In the years following the publication of *Obscene Profits*, I frequently have been

interviewed as an expert on the adult entertainment industry, online adult businesses, and

American cultural battles by numerous media outlets, including newspapers, radio, and

television. Sample organizations include Comedy Central's "The Daily Show with Jon Stewart,"

ABC's "Nightline", CBS's "60 Minutes," NBC's "Weekend Today," *The New York Times*, the

*Los Angeles Times*, NPR's "Marketplace Morning Report," Vermont Public Radio's "Vermont

Edition," WCVB (Boston)'s "Chronicle," MSNBC, TechTV, *Wired*, the *Washington Post*, *U.S.

News & World Report*, and the BBC.


18.     For the past seventeen years, I have also worked as an expert witness in the field

of computer forensics and/or as a consultant in a variety of cases involving adult entertainment,

obscenity, and/or the adult entertainment industry. These matters have covered the following

topics: copyright infringement, failure to comply with the provisions of 18 U.S.C. § 2257,

constitutional challenges to local and federal statutes, obscenity, and child pornography. Past

clients include the U.S. Department of Justice; the City of Charlotte, North Carolina; the

University of Vermont; and numerous private individual and corporate plaintiffs and defendants.

19.     As part of my work as a computer forensics expert, I have frequently been

required to research and compile information about specific Web sites, including identifying and

tracing IP addresses, identifying the location of such Web sites, and determining (to the extent possible) the owners and operators of such sites.

### C.    Work Performed in Support of This Declaration

20.    Following my retention as an expert witness in the current litigation, I was asked to research the IP addresses and related information for two domain names: 1) **DrTuber.com** and 2) **drtst.com**.

21.    In preparation for that work, I was provided with the following materials:

   a.    Declaration of Bradley Maryman;

   b.    A one-page sheet summarizing the investigation of Maryman & Associates into the IP addresses and Internet registrations of **DrTuber.com** and **drtst.com**.

   c.    Various printouts of search results connected with the investigation of the IP addresses and Internet registrations of **DrTuber.com** and **drtst.com**

22.    I began my investigation by logging into TCPIPUTILS.com, a well-regarded site that I use for obtaining various types of Internet and network information about specific domain names and URLs. A screenshot of the site's home page is attached hereto as Exhibit A.

23.    I entered the domain name **DrTuber.com** into the search bar and printed out the resulting summary. A copy of that printout is attached hereto as Exhibit B. Among other things, TCPIPUTILS.com revealed the following:

   a.    The IP address associated with **DrTuber.com** is **74.117.179.59**.

b.      The Internet Service Provider to whom that IP address is assigned is **WZ**

**Communications Inc.**

c.      The WhoIs information for the domain name is marked as private.

24.    I then conducted a similar search using the IP address **74.117.179.59** and printed

out the resulting summary. A copy of that printout is attached hereto as Exhibit C. Among other

things, TCPIPUTILS.com revealed the following:

a.      The geolocation of that IP address is Fort Lauderdale, Florida.

b.      WhoIs reports that the owner this specific IP address is **Webzilla, Inc.**,

located at 20801 Biscayne Boulevard, Suite 403, Adventura, FL 33180.

c.      WhoIs also reports that the address for **WZ Communications Inc.**, is 110

E. Broward Blvd., Suite 1700, Fort Lauderdale, FL 33301.

25.    I performed a search in TCPIPUTILS.com for **drtst.com** and printed out the

resulting summary. A copy of that printout is attached hereto as Exhibit D. Among other things,

TCPIPUTILS.com revealed the following:

a.      The IP address currently associated with **drtst.com** is **78.140.166.16**.

b.      The Internet Service Provider to whom that IP address is assigned is

**Webzilla, B.V.**

c.      The WhoIs information for the domain name is marked as private.

26.    I then conducted a similar search using the IP address **78.140.166.16** and printed

out the resulting summary. A copy of that printout is attached hereto as Exhibit E. Among other

things, TCPIPUTILS.com revealed the following:

a.      The geolocation of that IP address is Amsterdam, Netherlands.

b. WhoIs reports that the owner this specific IP address is **Webzilla B.V.**, located at Strawinskylaan 601, 1077 XX Amsterdam, Netherlands.

27. The service DomainTools.com was used on July 17, 2015 to look up the IP address of **drtst.com**. A copy of that printout is attached hereto as Exhibit F. Among other things, the printout indicates the following:

a. The IP address for the domain name on that date was **204.155.145.200.**

b. The location of the IP address on that date was listed as Goleta, CA.

b. The ISP for that IP address on that date was **WZ Communications Inc.**

28 I performed a search in TCPIPUTILS.com for **204.155.145.200** and printed out the resulting summary. A copy of that printout is attached hereto as Exhibit G. Among other things, TCPIPUTILS.com revealed the following:

a. The current location for **204.155.145.200** is North Richland Hills, Texas.

b. The ISP for that IP address is **WZ Communications Inc.**

c. WhoIs reports the owner of this IP address as **Webzilla, Inc.**, 2777 N. Stemmons Freeway, Suite 1655, Dallas, TX 75207.

29. I accessed the **DrTuber.com** Web site and clicked on a video to launch it. I then activated the developer tools built into Google Chrome to view information about the different elements of the Web page. A printout of a portion of the information is attached hereto as Exhibit H.

30. The developer's tools revealed that the video in question is being served from the following URL: **a19-45.clients.cdn13.com.** I launched several other videos at random and they all originated from the same URL.

31.     I installed a command-line tool called BIND (for Berkeley Internet Name Domain), which can be used to identify the IP address for a given domain name or URL. I then entered the URL **a19-45.clients.cdn13.com** and received a listing of three IP addresses associated with that URL:

      a.      206.54.174.11

      b.      206.54.174.9

      c.      204.155.149.242

A printout of the BIND utility's output is attached hereto as Exhibit I.

32.     I performed a search in TCPIPUTILS.com for each of the IP addresses returned by the BIND utility and printed out the resulting summaries. A copy of those printouts are attached hereto as Exhibits J, K, and L. Among other things, TCPIPUTILS.com revealed the following:

      a.      The geolocation for each of the IP addresses serving video to the **DrTuber.com** Web site is in North Richland Hills, TX.

      b.      In all three instances, the ISP for the IP addresses is **WZ Communications Inc.**

      c.      WhoIs reports the owner of each IP address as **Webzilla, Inc.**, 2777 N. Stemmons Freeway, Suite 1655, Dallas, TX 75207.

33.     The IP address identified on July 17, 2015 for **drtst.com** (**204.155.145.200**) is within the range of IP addresses currently assigned to **WZ Communications Inc.**

34.     Based on the above analysis, the **DrTuber.com** Web site is hosted on servers located in the State of Florida in the United States.

35.     However, the video content provided to the public on the **DrTuber.com** Web site is hosted on and delivered from servers located in the State of Texas in the United States.

I declare under the pains and penalties of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the **2nd** day of May 2016 at Brooklyn, New York.

_____

Frederick S. Lane

# EXHIBIT "A"



# EXHIBIT "B"

Home   Research   Tools   Sitemap

Top Level Domain report -> com -> drtuber.com

| type domain, IPv4/IPv6 or provider | Search |
|---|---|

# Summary for drtuber.com

Domain drtuber.com is listed in the top million list of Alexa on number **1,221**. The highest ranking ever is **288** and was reached on **2012-09-03**. drtuber.com is **not** listed in the top million list of Quantcast. It is **not** listed in the DMOZ directory. This domain is hosted by **WZ Communications Inc.** (AS40824). The first DNS server is **ns2.drtuber.com**. The current IPv4 address is **74.117.179.59**. The mail server with the highest priority is **drtuber.com**.

# Domain name information

| Domain name | drtuber.com |
|---|---|
| Domain suffix | com |
| Top-level domain (TLD) | com |

# Ranking

| Current ranking Alexa | 1,221 |
|---|---|
| Highest ranking Alexa | 288 (2012-09-03) |
| Current ranking Quantcast | not in top million |
| Highest ranking Quantcast | 833 (2012-01-22) |
| Google PageRank | 3 |

# DMOZ open directory

| Domain in directory | No, domain not in open directory |
|---|---|

# WOT Reputation

| Trustworthiness | Excellent (82/100) |
|---|---|
| Child safety | Very Poor (11/100) |

# Network information

| DNS server (NS records) | ns2.drtuber.com (<u>78.140.187.210</u>) |
|---|---|
| | ns4.drtuber.com (<u>74.117.179.59</u>) |
| | ns3.drtuber.com (<u>78.140.187.214</u>) |
| | ns1.drtuber.com (<u>78.140.183.138</u>) |
| Mail server (MX records) | drtuber.com (<u>74.117.179.59</u>) |
| IP address (IPv4) | <u>74.117.179.59</u> |
| IP address (IPv6) | |
| ASN number | <u>40824</u> |
| ASN name (ISP) | WZ Communications Inc. |
| IP-range/subnet | <u>74.117.176.0/21</u> |
| | 74.117.176.0 - 74.117.183.255 |
| Network tools (IPv4) | Ping 74.117.179.59 |
| | Traceroute 74.117.179.59 |
| Other tools | Testing info@drtuber.com |

<u>Premium</u> members can use the following tools:

IP/DNS History  Lookup the IP/DNS history for this domain.

Domain Neighbors  Find domains, mail and name servers sharing the same IP.

MX Neighbors  Find domains sharing the same MX record.

NS Neighbors  Find domains sharing the same NS record.

# Sender Policy Framework (SPF)

No SPF records found.

# Network History

| | |
|---|---|
| Number of IP history records | 4 |
| Number of DNS history records | 0 |
| Number of MX history records | 0 |
| Number of SPF history records | 0 |

**Login and create an alert for this domain.**
Alerts are fired when the IP, MX or NS records are changed and sent by email.

# Whois information

```
Domain Name: drtuber.com
Registry Domain ID: D14627807-COM
Registrar WHOIS Server: whois.eurodns.com
Registrar URL: http://www.eurodns.com
Updated Date: 2016-04-14T23:37:31Z
Creation Date: 2009-08-06T00:00:00Z
Registrar Registration Expiration Date: 2023-01-22T00:00:00Z
Registrar: Eurodns S.A.
Registrar IANA ID: 1052
Registrar Abuse Contact Email: legalservices[at]eurodns.com
Registrar Abuse Contact Phone: +352.27220150
Domain Status: clientTransferAllowed
Registry Registrant ID:
Registrant Name: Whois Privacy
Registrant Organization: Whois Privacy (enumDNS dba)
Registrant Street: BPM 333868, Rue Gabriel Lippman 34
Registrant City: Munsbach
Registrant State/Province:
Registrant Postal Code: 5365
Registrant Country: LU
Registrant Phone: +35227720304
Registrant Fax:
Registrant Email: 7e406d87ad30d101_o@whoisprivacy.com
Registry Admin ID:
Admin Name: Whois Privacy
Admin Organization: Whois Privacy (enumDNS dba)
Admin Street: BPM 333868, Rue Gabriel Lippman 34
Admin City: Munsbach
Admin State/Province:
Admin Postal Code: 5365
Admin Country: LU
```

```
Admin Phone: +35227720304
Admin Fax:
Admin Email: 7e406d87ad30d101_a@whoisprivacy.com
Registry Tech ID:
Tech Name: Whois Privacy
Tech Organization: Whois Privacy (enumDNS dba)
Tech Street: BPM 333868, Rue Gabriel Lippman 34
Tech City: Munsbach
Tech State/Province:
Tech Postal Code: 5365
Tech Country: LU
Tech Phone: +35227720304
Tech Fax:
Tech Email: 7e406d87ad30d101_t@whoisprivacy.com
Name Server: ns1.drtuber.com
Name Server: ns2.drtuber.com
Name Server: ns3.drtuber.com
Name Server: ns4.drtuber.com
DNSSEC: unsigned
ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2016-04-17T06:27:29Z <<<

Please email the listed admin email address if you wish to raise a legal issue.

Whois History: 1,417 records have been archived since 2009-08-08
http://www.domaintools.com/research/whois-history/?page=results&Affiliate_ID=1001861&q=dr
tuber.com

The Data in EuroDNS WHOIS database is provided for information purposes only.
The fact that EuroDNS display such information does not provide any guarantee
expressed or implied on the purpose for which the database may be used, its
accuracy or usefulness. By submitting a WHOIS query, you agree that you will
use this Data only for lawful purposes and that, under no circumstances will
you use this Data to:

(1) allow, enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via e-mail (spam); or
(2) enable high volume, automated, electronic processes that apply to EuroDNS
(or its systems). EuroDNS reserves the right to modify these terms at any time.

By submitting this query, you agree to abide by the above policy.

For more information on Whois status codes, please visit: https://www.icann.org/resource
s/pages/epp-status-codes-2014-06-16-en
```

Last updated on 2016-04-17

# Update information

The information on this page is collected from many different sources on the internet. Below is the last update date given from each source.

| | |
|---|---|
| Alexa and Quantcast ranking | 2016-04-24 |
| AS number information | 2016-04-24 |
| DMOZ open directory | 2016-04-24 |
| Network information | Realtime |
| PageRank | 2015-04-09 |
| WOT Reputation Scorecard | 2016-03-03 |

Terms and conditions | Privacy policy | Cookie policy | Credits | © 2016 webdevmedia

# EXHIBIT "C"

Members   Pricing   API   About   Support

Home   Research   Tools   Sitemap

IPv4 root -> 74/8 -> 74.117.176.0/21 -> 74.117.179.59

| type domain, IPv4/IPv6 or provider | Search |

# IP information 74.117.179.59

| IP address | 74.117.179.59 |
| Location | Fort Lauderdale, Florida, United States (US) 🇺🇸 |
| Registry | arin |

# Network information

| IP address | 74.117.179.59 |
| Reverse DNS (PTR record) | c-r080-u2396-59.webazilla.com |
| DNS server (NS record) | ns2.webazilla.com (208.88.224.77)<br>ns3.webazilla.com (78.140.179.13)<br>ns1.webazilla.com (78.140.128.252) |
| ASN number | 40824 |
| ASN name (ISP) | WZ Communications Inc. |
| IP-range/subnet | 74.117.176.0/21<br>74.117.176.0 - 74.117.183.255 |
| Network tools | Ping 74.117.179.59<br>Tracert 74.117.179.59 |

# Hosting information

Summary of domains, mail servers and name servers currently hosted on this IP address.

| Number of domains hosted | 1 |
| Number of mail servers hosted | 1 |

| Number of name servers hosted | 1 |
|---|---|

# Hosting history

Summary of domains, mail servers and name servers hosted in the past on this IP address.

| Number of domains hosted | 0 |
|---|---|
| Number of mail servers hosted | 0 |
| Number of name servers hosted | 0 |

# SPAM database lookup

| db.wpbl.info | not listed ✔ |
|---|---|
| dnsbl-1.uceprotect.net | not listed ✔ |
| psbl.surriel.com | not listed ✔ |
| Number of SPAM hosts on 74.117.176.0/21 | 0 |
| SPAM tools | DNSBL 74.117.179.59 |

# Blocklist lookup

| Adult hosting<br>At least one domain hosted on this IP address is marked as containing adult content. more info | listed ✖ |
|---|---|
| Hackers, Spyware, Botnets etc. | not listed ✔ |
| Open proxy | not listed ✔ |

# Open TCP/UDP ports

Status well known TCP and UDP ports. Note: we do not perform any port scan but use data of the ZMap project.

| Description | Protocol/Port | Status |
|---|---|---|
| HTTP | tcp80 | Open ✖ |
| HTTPS | tcp443 | Closed ✔ |
| DNS | udp53 | Open ✖ |

| | | |
|---|---|---|
| Network Time Protocol (NTP) | udp123 | Closed ✔ |
| NetBIOS Name Service | udp137 | Closed ✔ |
| Session Initiation Protocol (SIP) | udp5060 | Closed ✔ |

# Domains on 74.117.179.59

| Domain | Tools |
|---|---|
| drtuber.com | Whois+ |

Domain Neighbors 74.117.179.59

# Domains around 74.117.179.59

| IP address | #domains |
|---|---|
| 74.117.179.7 | 3 |
| 74.117.179.14 | 1 |
| 74.117.179.15 | 1 |
| 74.117.179.17 | 7 |
| 74.117.179.21 | 3 |
| 74.117.179.22 | 14 |
| 74.117.179.26 | 1 |
| 74.117.179.27 | 2 |
| 74.117.179.29 | 36 |
| 74.117.179.31 | 1 |

See more items

# Mail servers on 74.117.179.59

| Mail server | Tools |
|---|---|
| drtuber.com | Whois |

# Name servers on 74.117.179.59

| Name server | Tools |
| --- | --- |
| ns4.drtuber.com | Whois |

# Whois information

```
#
# ARIN WHOIS data and services are subject to the Terms of Use
# available at: https://www.arin.net/whois_tou.html
#
# If you see inaccuracies in the results, please report at
# http://www.arin.net/public/whoisinaccuracy/index.xhtml
#


#
# The following results may also be obtained via:
# http://whois.arin.net/rest/nets;q=NET-74-117-179-0-1?showDetails=true&showARIN=false&sh
owNonArinTopLevelNet=false&ext=netref2
#

NetRange: 74.117.179.0 - 74.117.179.255
CIDR: 74.117.179.0/24
NetName: WEBZILLA-US-74-117-179-0-24
NetHandle: NET-74-117-179-0-1
Parent: WZCOMM-US (NET-74-117-176-0-1)
NetType: Reassigned
OriginAS: AS40824
Customer: Webzilla Inc. (C02697222)
RegDate: 2011-02-15
Updated: 2011-02-15
Comment: Any complaints please send to "abuse@webazilla.com  "
Ref: http://whois.arin.net/rest/net/NET-74-117-179-0-1


CustName: Webzilla Inc.
Address: 20801 Biscayne Boulevard, Suite 403
City: Aventura
StateProv: FL
PostalCode: 33180
Country: US
RegDate: 2011-02-15
Updated: 2011-03-19
Ref: http://whois.arin.net/rest/customer/C02697222
```

```
OrgAbuseHandle: WZCOM1-ARIN
OrgAbuseName: WZCOMM Abuse
OrgAbusePhone: +1-954-237-3587
OrgAbuseEmail: abuse@webazilla.com
OrgAbuseRef: http://whois.arin.net/rest/poc/WZCOM1-ARIN

OrgTechHandle: WZCOM-ARIN
OrgTechName: WZCOMM NOC
OrgTechPhone: +1-408-404-3912
OrgTechEmail: bk@webazilla.com
OrgTechRef: http://whois.arin.net/rest/poc/WZCOM-ARIN


#
# ARIN WHOIS data and services are subject to the Terms of Use
# available at: https://www.arin.net/whois_tou.html
#
# If you see inaccuracies in the results, please report at
# http://www.arin.net/public/whoisinaccuracy/index.xhtml
#
```

# Parent whois information

```
#
# ARIN WHOIS data and services are subject to the Terms of Use
# available at: https://www.arin.net/whois_tou.html
#
# If you see inaccuracies in the results, please report at
# https://www.arin.net/public/whoisinaccuracy/index.xhtml
#


#
# The following results may also be obtained via:
# https://whois.arin.net/rest/nets;q=NET-74-117-176-0-1?showDetails=true&showARIN=false&showNonArinTopLevelNet=false&ext=netref2
#

NetRange: 74.117.176.0 - 74.117.183.255
CIDR: 74.117.176.0/21
NetName: WZCOMM-US
NetHandle: NET-74-117-176-0-1
Parent: NET74 (NET-74-0-0-0-0)
NetType: Direct Allocation
OriginAS: AS40824
```

```
Organization: WZ Communications Inc. (WZCOM)
RegDate: 2009-09-11
Updated: 2012-03-20
Comment: Please send abuse complaints to abuse@webazilla.com
Ref: https://whois.arin.net/rest/net/NET-74-117-176-0-1


OrgName: WZ Communications Inc.
OrgId: WZCOM
Address: 110 E.Broward blvd
Address: Suite 1700
City: Fort Lauderdale
StateProv: FL
PostalCode: 33301
Country: US
RegDate: 2008-03-19
Updated: 2010-04-12
Ref: https://whois.arin.net/rest/org/WZCOM


OrgAbuseHandle: WZCOM1-ARIN
OrgAbuseName: WZCOMM Abuse
OrgAbusePhone: +1-310-943-2439
OrgAbuseEmail: abuse@webazilla.com
OrgAbuseRef: https://whois.arin.net/rest/poc/WZCOM1-ARIN

OrgTechHandle: WZCOM-ARIN
OrgTechName: WZCOMM NOC
OrgTechPhone: +1-408-404-3912
OrgTechEmail: bk@webazilla.com
OrgTechRef: https://whois.arin.net/rest/poc/WZCOM-ARIN


#
# ARIN WHOIS data and services are subject to the Terms of Use
# available at: https://www.arin.net/whois_tou.html
#
# If you see inaccuracies in the results, please report at
# https://www.arin.net/public/whoisinaccuracy/index.xhtml
#
```

# Geo information

| Location | Fort Lauderdale, Florida, United States (US) |
| --- | --- |
| Latitude and Longitude | 26.12, -80.13 |



# Country information (United States)

| Capital | Washington |
| --- | --- |
| Continent | NA |
| Population | 310,232,863 |
| Area | 9,629,091 km² |
| Currency | USD |
| Top Level Domain | .us |



# Update information

The information on this page is collected from many different sources on the internet. Below is the last update date given from each source.

| | |
|---|---|
| AS number information | 2016-04-24 |
| Parent whois information | 2016-03-18 |
| Port scan data | Cached, max 2 weeks old |
| PTR record and DNS servers | Cached, max 1 week old |
| SPAM and blocklist databases | 2016-04-29 |
| Whois information | 2016-02-22 |

Terms and conditions | Privacy policy | Cookie policy | Credits | © 2016 webdevmedia

# EXHIBIT "D"

Members    Pricing    API    About    Support

Home    Research    Tools    Sitemap

Top Level Domain report -> com -> drtst.com

| type domain, IPv4/IPv6 or provider | Search |
|---|---|

# Summary for drtst.com

Domain drtst.com is listed in the top million list of Alexa on number **940,748**. The highest ranking ever is **502,854** and was reached on **2016-03-19**. drtst.com is listed in the top million list of Quantcast on number **4,959**. The highest ranking ever is **4,951** and was reached on **2015-07-25**. It is **not** listed in the DMOZ directory. This domain is hosted by **Webzilla B.V.** (AS35415). The first DNS server is **ns3.topdns.me**. The current IPv4 address is **78.140.166.16**.

# Domain name information

| Domain name | drtst.com |
|---|---|
| Domain suffix | com |
| Top-level domain (TLD) | com |

# Ranking

| Current ranking Alexa | 940,748 |
|---|---|
| Highest ranking Alexa | 502,854 (2016-03-19) |
| Current ranking Quantcast | 4,959 |
| Highest ranking Quantcast | 4,951 (2015-07-25) |
| Google PageRank | not ranked |

# DMOZ open directory

| Domain in directory | No, domain not in open directory |
|---|---|

# WOT Reputation

| | |
|---|---|
| Trustworthiness | not ranked |
| Child safety | not ranked |

# Network information

| | |
|---|---|
| DNS server (NS records) | ns3.topdns.me (46.229.175.55)<br>ns2.topdns.me (88.208.36.16)<br>ns1.topdns.me (88.208.5.2) |
| Mail server (MX records) | |
| IP address (IPv4) | 78.140.166.16 |
| IP address (IPv6) | |
| ASN number | 35415 |
| ASN name (ISP) | Webzilla B.V. |
| IP-range/subnet | 78.140.166.0/24<br>78.140.166.0 - 78.140.166.255 |
| Network tools (IPv4) | Ping 78.140.166.16 <br> Traceroute 78.140.166.16 |
| Other tools | Testing info@drtst.com |

Premium members can use the following tools:
IP/DNS History Lookup the IP/DNS history for this domain.
Domain Neighbors Find domains, mail and name servers sharing the same IP.
MX Neighbors Find domains sharing the same MX record.
NS Neighbors Find domains sharing the same NS record.

# Sender Policy Framework (SPF)

No SPF records found.

# Network History

| | |
|---|---|
| Number of IP history records | 3 |
| Number of DNS history records | 0 |
| Number of MX history records | 0 |
| Number of SPF history records | 0 |

> **Login and create an alert for this domain.**
> Alerts are fired when the IP, MX or NS records are changed and sent by email.

# Whois information

```
Domain Name: DRTST.COM
Registry Domain ID:
Registrar WHOIS Server: whois.evonames.com
Registrar URL: https://evonames.com/
Updated Date: 2015-11-20 11:29:44.272466
Creation Date: 2014-09-05
Registrar Registration Expiration Date: 2016-09-05
Registrar: EVOPLUS LTD
Registrar IANA ID: 1418
Registrar Abuse Contact Email: abuse@evonames.com
Registrar Abuse Contact Phone: +1.5144959001
Reseller: AHnames.com https://www.AHnames.com/
Domain Status: clientUpdateProhibited
Domain Status: clientDeleteProhibited
Domain Status: clientTransferProhibited
Registry Registrant ID: MR_5998244WP
Registrant Name: WhoisProtectService.net
Registrant Organization: PROTECTSERVICE, LTD.
Registrant Street: 27 Old Gloucester Street
Registrant City: London
Registrant State/Province:
Registrant Postal Code: WC1N 3AX
Registrant Country: United Kingdom
Registrant Phone: +44.02074195061
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: drtst.com@whoisprotectservice.net
Registry Admin ID: MR_5998244WP
Admin Name: WhoisProtectService.net
```

```
Admin Organization: PROTECTSERVICE, LTD.
Admin Street: 27 Old Gloucester Street
Admin City: London
Admin State/Province:
Admin Postal Code: WC1N 3AX
Admin Country: United Kingdom
Admin Phone: +44.02074195061
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: drtst.com@whoisprotectservice.net
Registry Tech ID: MR_5998244WP
Tech Name: WhoisProtectService.net
Tech Organization: PROTECTSERVICE, LTD.
Tech Street: 27 Old Gloucester Street
Tech City: London
Tech State/Province:
Tech Postal Code: WC1N 3AX
Tech Country: United Kingdom
Tech Phone: +44.02074195061
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: drtst.com@whoisprotectservice.net
Registry Billing ID: MR_5998244WP
Billing Name: WhoisProtectService.net
Billing Organization: PROTECTSERVICE, LTD.
Billing Street: 27 Old Gloucester Street
Billing City: London
Billing State/Province:
Billing Postal Code: WC1N 3AX
Billing Country: United Kingdom
Billing Phone: +44.02074195061
Billing Phone Ext:
Billing Fax:
Billing Fax Ext:
Billing Email: drtst.com@whoisprotectservice.net
Name Server: NS1.TOPDNS.ME
Name Server: NS2.TOPDNS.ME
Name Server: NS3.TOPDNS.ME
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2016-04-23 14:50:46 <<<

Abuse email: abuse@ahnames.com
```

Last updated on 2016-04-29

# Update information

The information on this page is collected from many different sources on the internet. Below is the last update date given from each source.

| | |
|---|---|
| Alexa and Quantcast ranking | 2016-04-24 |
| AS number information | 2016-04-24 |
| DMOZ open directory | 2016-04-24 |
| Network information | Realtime |
| PageRank | 2015-01-27 |
| WOT Reputation Scorecard | 2016-01-28 |

Terms and conditions | Privacy policy | Cookie policy | Credits | © 2016 webdevmedia

# EXHIBIT "E"

Members    Pricing    API    About    Support

Home    Research    Tools    Sitemap

IPv4 root -> 78/8 -> 78.140.166.0/24 -> 78.140.166.16

| type domain, IPv4/IPv6 or provider | Search |

# IP information 78.140.166.16

| IP address | 78.140.166.16 |
| --- | --- |
| Location | Netherlands (NL) 🇳🇱 |
| Registry | ripe |

# Network information

| IP address | 78.140.166.16 |
| --- | --- |
| Reverse DNS (PTR record) | v-5-232-d3165-16.webazilla.com |
| DNS server (NS record) | ns1.webazilla.com (78.140.128.252)<br>ns2.webazilla.com (208.88.224.77)<br>ns3.webazilla.com (78.140.179.13) |
| ASN number | 35415 |
| ASN name (ISP) | Webzilla B.V. |
| IP-range/subnet | 78.140.166.0/24<br>78.140.166.0 - 78.140.166.255 |
| Network tools | Ping 78.140.166.16<br>Tracert 78.140.166.16 |

# Hosting information

Summary of domains, mail servers and name servers currently hosted on this IP address.

| Number of domains hosted | 9 |
| --- | --- |
| Number of mail servers hosted | 0 |

| Number of name servers hosted | 0 |
|---|---|

# Hosting history

Summary of domains, mail servers and name servers hosted in the past on this IP address.

| Number of domains hosted | 3 |
|---|---|
| Number of mail servers hosted | 0 |
| Number of name servers hosted | 0 |

# SPAM database lookup

| db.wpbl.info | not listed ✔ |
|---|---|
| dnsbl-1.uceprotect.net | not listed ✔ |
| psbl.surriel.com | not listed ✔ |
| Number of SPAM hosts on 78.140.166.0/24 | 0 |
| SPAM tools | DNSBL 78.140.166.16 |

# Blocklist lookup

| Adult hosting | not listed ✔ |
|---|---|
| Hackers, Spyware, Botnets etc. | not listed ✔ |
| Open proxy | not listed ✔ |

# Open TCP/UDP ports

Status well known TCP and UDP ports. Note: we do not perform any port scan but use data of the ZMap project.

| Description | Protocol/Port | Status |
|---|---|---|
| HTTP | tcp80 | Open ✖ |
| HTTPS | tcp443 | Open ✖ |
| DNS | udp53 | Closed ✔ |
| Network Time Protocol (NTP) | udp123 | Closed ✔ |
| NetBIOS Name Service | udp137 | Closed ✔ |

| Session Initiation Protocol (SIP) | udp5060 | Closed ✔ |

# Domains on 78.140.166.16

| Domain | Tools |
|--------|-------|
| hdst21.com | Whois+ |
| wnpst.com | Whois+ |
| vivst.com | Whois+ |
| vptcdn.com | Whois+ |
| prpst.com | Whois+ |
| tbnst.com | Whois+ |
| drtst.com | Whois+ |
| yptst.com | Whois+ |
| icepst.com | Whois+ |

Domain Neighbors 78.140.166.16

# Domains around 78.140.166.16

| IP address | #domains |
|------------|----------|
| 78.140.166.6 | 6 |
| 78.140.166.7 | 6 |
| 78.140.166.8 | 1 |
| 78.140.166.15 | 6 |
| 78.140.166.16 | 9 |
| 78.140.166.53 | 1 |
| 78.140.166.72 | 2 |
| 78.140.166.77 | 1 |
| 78.140.166.78 | 1 |

<u>78.140.166.83</u>                                    1

<u>See more items</u>

# Whois information

```
% This is the RIPE Database query service.
% The objects are in RPSL format.
%
% The RIPE Database is subject to Terms and Conditions.
% See http://www.ripe.net/db/support/db-terms-conditions.pdf

% Note: this output has been filtered.
% To receive output for a database update, use the "-B" flag.

% Information related to '78.140.166.0 - 78.140.166.255'

% Abuse contact for '78.140.166.0 - 78.140.166.255' is 'abuse@webzilla.com '

inetnum: 78.140.166.0 - 78.140.166.255
netname: WEBAZILLA
descr: WebaZilla
remarks: INFRA-AW
country: NL
admin-c: WZNL1-RIPE
tech-c: WZNL1-RIPE
status: ASSIGNED PA
mnt-by: WZNET-MNT
created: 2010-12-21T13:35:08Z
last-modified: 2010-12-21T13:35:08Z
source: RIPE

role: Webzilla RIPE Manager
address: Webzilla B.V.
address: Strawinskylaan 601
address: 1077 XX Amsterdam
address: Netherlands
phone: +31208932774
fax-no: +31303100299
abuse-mailbox: abuse@webzilla.com
mnt-by: WZNET-MNT
admin-c: BK5536-RIPE
tech-c: BK5536-RIPE
nic-hdl: WZNL1-RIPE
created: 2007-02-09T19:15:08Z
last-modified: 2015-05-22T10:50:56Z
source: RIPE # Filtered
```

```
% Information related to '78.140.128.0/18AS35415'

route: 78.140.128.0/18
descr: WEBZILLA
origin: AS35415
mnt-by: WZNET-MNT
created: 2009-12-09T13:40:02Z
last-modified: 2015-05-22T10:51:48Z
source: RIPE # Filtered

% This query was served by the RIPE Database Query Service version 1.85.1 (DB-4)
```

# Parent whois information

```
% This is the RIPE Database query service.
% The objects are in RPSL format.
%
% The RIPE Database is subject to Terms and Conditions.
% See http://www.ripe.net/db/support/db-terms-conditions.pdf

% Note: this output has been filtered.
% To receive output for a database update, use the "-B" flag.

% Information related to '78.140.128.0 - 78.140.191.255'

% Abuse contact for '78.140.128.0 - 78.140.191.255' is 'abuse@webzilla.com '

inetnum: 78.140.128.0 - 78.140.191.255
netname: NL-WEBZILLA-20070629
descr: Webzilla B.V.
country: NL
org: ORG-WL21-RIPE
admin-c: WZNL1-RIPE
tech-c: WZNL1-RIPE
status: ALLOCATED PA
mnt-by: RIPE-NCC-HM-MNT
mnt-lower: WZNET-MNT
mnt-routes: WZNET-MNT
mnt-domains: WZNET-MNT
created: 2007-06-29T08:30:08Z
last-modified: 2015-05-22T09:38:14Z
source: RIPE # Filtered

organisation: ORG-WL21-RIPE
org-name: Webzilla B.V.
```

```
org-type: LIR
address: Strawinskylaan 601
address: 1077 XX
address: Amsterdam
address: NETHERLANDS
phone: +31208932774
fax-no: +31303100299
admin-c: BK5536-RIPE
mnt-ref: WZNET-MNT
mnt-ref: RIPE-NCC-HM-MNT
mnt-by: RIPE-NCC-HM-MNT
abuse-c: WZNL1-RIPE
created: 2006-01-31T11:11:04Z
last-modified: 2015-05-21T14:52:32Z
source: RIPE # Filtered

role: Webzilla RIPE Manager
address: Webzilla B.V.
address: Strawinskylaan 601
address: 1077 XX Amsterdam
address: Netherlands
phone: +31208932774
fax-no: +31303100299
abuse-mailbox: abuse@webzilla.com
mnt-by: WZNET-MNT
admin-c: BK5536-RIPE
tech-c: BK5536-RIPE
nic-hdl: WZNL1-RIPE
created: 2007-02-09T19:15:08Z
last-modified: 2015-05-22T10:50:56Z
source: RIPE # Filtered

% Information related to '78.140.128.0/18AS35415'

route: 78.140.128.0/18
descr: WEBZILLA
origin: AS35415
mnt-by: WZNET-MNT
created: 2009-12-09T13:40:02Z
last-modified: 2015-05-22T10:51:48Z
source: RIPE

% This query was served by the RIPE Database Query Service version 1.86 (DB-1)
```

# Geo information

| Location | Netherlands (NL) 🇳🇱 |
| Latitude and Longitude | 52.37, 4.9 |



Map data ©2016 GeoBasis-DE/BKG Report a map error

# Country information (Netherlands)

| Capital | Amsterdam |
| Continent | EU |
| Population | 16,645,000 |
| Area | 41,526 km² |
| Currency | EUR |
| Top Level Domain | .nl |



# Update information

The information on this page is collected from many different sources on the internet. Below is the last update date given from each source.

| | |
|---|---|
| AS number information | 2016-04-24 |
| Parent whois information | 2016-03-24 |
| Port scan data | Cached, max 2 weeks old |
| PTR record and DNS servers | Cached, max 1 week old |
| SPAM and blocklist databases | 2016-04-30 |
| Whois information | 2016-02-24 |

Terms and conditions | Privacy policy | Cookie policy | Credits | © 2016 webdevmedia

# EXHIBIT "F"

Home > Whois Lookup > Drtst.com

# Whois Record for Drtst.com

Find out more about Project Whois and DomainTools for Windows.

**DOMAINTOOLS** for Windows    **Download Now**
Access domain ownership records from your desktop

**— Whois & Quick Stats**

| | |
|---|---|
| **Email** | abuse@evonames.com is associated with ~87,924 domains |
| | abuse@ahnames.com is associated with ~58,984 domains |
| | drtst.com@whoisprotectservice.net |
| **Registrant Org** | PROTECTSERVICE, LTD. is associated with ~89,544 other domains |
| **Registrar** | EVOPLUS LTD |
| **Registrar Status** | clientDeleteProhibited, clientTransferProhibited, clientUpdateProhibited |
| **Dates** | Created on 2014-09-05 - Expires on 2016-09-05 - Updated on 2014-09-22 |
| **Name Server(s)** | NS1.TOPDNS.ME (has 10,282 domains) |
| | NS2.TOPDNS.ME (has 10,282 domains) |
| | NS3.TOPDNS.ME (has 10,282 domains) |
| **IP Address** | 204.155.145.200 - 6 other sites hosted on this server |
| **IP Location** | - California - Goleta - Webzilla Inc. |
| **ASN** | AS40824 WZCOM-US - WZ Communications Inc. (registered Apr 24, 2008) |
| **Domain Status** | Registered And Active Website |
| **Whois History** | 14 records have been archived since 2014-09-05 |
| **IP History** | 29 changes on 10 unique IP addresses over 10 years |

| Registrar History | 2 registrars with 1 drop | ↱ |
|---|---|---|

© 2015 DomainTools

| Hosting History | 14 changes on 6 unique name servers over 8 years | ↱ |
|---|---|---|
| Whois Server | whois.evonames.com | |

## ━ Website

| Website Title | 🌐 404 Not Found | ↱ |
|---|---|---|
| Server Type | ucdn | |
| Response Code | 404 | |
| SEO Score | 67% | |
| Terms | 4 (Unique: 4, Linked: 0) | |
| Images | 0 (Alt tags missing: 0) | |
| Links | 0   (Internal: 0, Outbound: 0) | |

**Whois Record ( last updated on 2015-07-17 )**

```
Domain Name: DRTST.COM
Registry Domain ID:
Registrar WHOIS Server: whois.evonames.com
Registrar URL: https://evonames.com/
Updated Date: 2015-03-16 09:13:47.058422
Creation Date: 2014-09-05
Registrar Registration Expiration Date: 2016-09-05
Registrar: EVOPLUS LTD
Registrar IANA ID: 1418
Registrar Abuse Contact Email: abuse@evonames.com
Registrar Abuse Contact Phone: +1.5144959001
Reseller: AHnames.com  http://www.AHnames.com/
Domain Status: ok
Registry Registrant ID: MR_5998244WP
Registrant Name: WhoisProtectService.net
Registrant Organization: PROTECTSERVICE, LTD.
Registrant Street: 27 Old Gloucester Street
Registrant City: London
Registrant State/Province:
Registrant Postal Code: WC1N 3AX
Registrant Country: United Kingdom
Registrant Phone: +44.02074195061
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: drtst.com@whoisprotectservice.net

Registry Admin ID: MR_5998244WP
Admin Name: WhoisProtectService.net
Admin Organization: PROTECTSERVICE, LTD.
Admin Street: 27 Old Gloucester Street
Admin City: London
Admin State/Province:
Admin Postal Code: WC1N 3AX
Admin Country: United Kingdom
Admin Phone: +44.02074195061
```

```
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email:  drtst.com@whoisprotectservice.net

Registry Tech ID: MR_5998244WP
Tech Name: WhoisProtectService.net
Tech Organization: PROTECTSERVICE, LTD.
Tech Street: 27 Old Gloucester Street
Tech City: London
Tech State/Province:
Tech Postal Code: WC1N 3AX
Tech Country: United Kingdom
Tech Phone: +44.02074195061
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email:  drtst.com@whoisprotectservice.net

Registry Billing ID: MR_5998244WP
Billing Name: WhoisProtectService.net
Billing Organization: PROTECTSERVICE, LTD.
Billing Street: 27 Old Gloucester Street
Billing City: London
Billing State/Province:
Billing Postal Code: WC1N 3AX
Billing Country: United Kingdom
Billing Phone: +44.02074195061
Billing Phone Ext:
Billing Fax:
Billing Fax Ext:
Billing Email:  drtst.com@whoisprotectservice.net

Name Server: NS1.TOPDNS.ME
Name Server: NS2.TOPDNS.ME
Name Server: NS3.TOPDNS.ME
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http:
//wdprs.internic.net/

Abuse email:  abuse@ahnames.com
```

**Tools**

| Whois History |
|---|

| Hosting History |
|---|

| Monitor Domain Properties | ▼ |
|---|---|

| Reverse Whois Lookup | ▼ |
|---|---|

| Reverse IP Address Lookup | ▼ |
|---|---|

| Reverse Name Server Lookup | ▼ |
|---|---|

| Network Tools | ▼ |
|---|---|

| Buy This Domain ▼ |
|---|

| Visit Website |
|---|

| ⬇ Preview the Full Domain Report |
|---|

No Screenshot Available

| View Screenshot History |

**Available TLDs**

| General TLDs | Country TLDs |

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| Drtst.com | View Whois |
| Drtst.net | Buy Domain |
| Drtst.org | View Whois |
| Drtst.info | Buy Domain |
| Drtst.biz | Buy Domain |
| Drtst.us | Buy Domain |



# EXHIBIT "G"

Members     Pricing     API     About     Support

Home     Research     Tools     Sitemap

IPv4 root -> 204/8 -> 204.155.144.0/20 -> 204.155.145.200

| type domain, IPv4/IPv6 or provider | Search |
|---|---|

# IP information 204.155.145.200

| IP address | 204.155.145.200 |
|---|---|
| Location | North Richland Hills, Texas, United States (US) 🇺🇸 |
| Registry | arin |

# Network information

| IP address | 204.155.145.200 |
|---|---|
| Reverse DNS (PTR record) | c-q080-u1332-200.webazilla.com |
| DNS server (NS record) | ns2.webazilla.com (208.88.224.77)<br>ns1.webazilla.com (78.140.128.252)<br>ns3.webazilla.com (78.140.179.13) |
| ASN number | 40824 |
| ASN name (ISP) | WZ Communications Inc. |
| IP-range/subnet | 204.155.144.0/20<br>204.155.144.0 - 204.155.159.255 |
| Network tools | Ping 204.155.145.200<br>Tracert 204.155.145.200 |

# Hosting information

Summary of domains, mail servers and name servers currently hosted on this IP address.

| Number of domains hosted | 0 |
|---|---|
| Number of mail servers hosted | 0 |

| Number of name servers hosted | 0 |
|---|---|

# Hosting history

Summary of domains, mail servers and name servers hosted in the past on this IP address.

| Number of domains hosted | 0 |
|---|---|
| Number of mail servers hosted | 0 |
| Number of name servers hosted | 0 |

# SPAM database lookup

| db.wpbl.info | not listed ✅ |
|---|---|
| dnsbl-1.uceprotect.net | not listed ✅ |
| psbl.surriel.com | not listed ✅ |
| Number of SPAM hosts on 204.155.144.0/20 | 0 |
| SPAM tools | DNSBL 204.155.145.200 |

# Blocklist lookup

| Adult hosting | not listed ✅ |
|---|---|
| Hackers, Spyware, Botnets etc. | not listed ✅ |
| Open proxy | not listed ✅ |

# Open TCP/UDP ports

Status well known TCP and UDP ports. Note: we do not perform any port scan but use data of the ZMap project.

| Description | Protocol/Port | Status |
|---|---|---|
| HTTP | tcp80 | Open ❌ |
| HTTPS | tcp443 | Open ❌ |
| DNS | udp53 | Closed ✅ |
| Network Time Protocol (NTP) | udp123 | Closed ✅ |
| NetBIOS Name Service | udp137 | Closed ✅ |

| | | |
|---|---|---|
| Session Initiation Protocol (SIP) | udp5060 | Closed ✔ |

# Domains on 204.155.145.200

No domains found.

# Domains around 204.155.145.200

| IP address | #domains |
|---|---|
| 204.155.145.100 | 1 |
| 204.155.145.105 | 2 |
| 204.155.145.107 | 1 |
| 204.155.145.108 | 6 |
| 204.155.145.110 | 3 |
| 204.155.145.111 | 3 |
| 204.155.145.112 | 1 |
| 204.155.145.113 | 3 |
| 204.155.145.116 | 2 |
| 204.155.145.117 | 4 |

See more items

# Whois information

```
#
# ARIN WHOIS data and services are subject to the Terms of Use
# available at: https://www.arin.net/whois_tou.html
#
# If you see inaccuracies in the results, please report at
# https://www.arin.net/public/whoisinaccuracy/index.xhtml
#


#
# The following results may also be obtained via:
# https://whois.arin.net/rest/nets;q=NET-204-155-145-0-1?showDetails=true&showARIN=false&
```

```
showNonArinTopLevelNet=false&ext=netref2
#


NetRange: 204.155.145.0 - 204.155.145.255
CIDR: 204.155.145.0/24
NetName: WEBZILLA-US-204-155-145-0-24
NetHandle: NET-204-155-145-0-1
Parent: NET-DFW1 (NET-204-155-144-0-1)
NetType: Reassigned
OriginAS: AS40824
Customer: Webzilla, Inc. (C05742698)
RegDate: 2015-05-27
Updated: 2015-05-27
Comment: Any complaints please send to "abuse@webzilla.com "
Ref: https://whois.arin.net/rest/net/NET-204-155-145-0-1


CustName: Webzilla, Inc.
Address: 2777 N. Stemmons Fwy, Suite 1655
City: Dallas
StateProv: TX
PostalCode: 75207
Country: US
RegDate: 2015-05-27
Updated: 2015-05-27
Ref: https://whois.arin.net/rest/customer/C05742698

OrgAbuseHandle: ID54-ARIN
OrgAbuseName: Network Operations, Inc
OrgAbusePhone: +1-682-214-0434
OrgAbuseEmail: root@dfw.net
OrgAbuseRef: https://whois.arin.net/rest/poc/ID54-ARIN

OrgTechHandle: ID54-ARIN
OrgTechName: Network Operations, Inc
OrgTechPhone: +1-682-214-0434
OrgTechEmail: root@dfw.net
OrgTechRef: https://whois.arin.net/rest/poc/ID54-ARIN

RTechHandle: ID54-ARIN
RTechName: Network Operations, Inc
RTechPhone: +1-682-214-0434
RTechEmail: root@dfw.net
RTechRef: https://whois.arin.net/rest/poc/ID54-ARIN


#
# ARIN WHOIS data and services are subject to the Terms of Use
# available at: https://www.arin.net/whois_tou.html
```

```
#
# If you see inaccuracies in the results, please report at
# https://www.arin.net/public/whoisinaccuracy/index.xhtml
#
```

# Parent whois information

```
#
# ARIN WHOIS data and services are subject to the Terms of Use
# available at: https://www.arin.net/whois_tou.html
#
# If you see inaccuracies in the results, please report at
# https://www.arin.net/public/whoisinaccuracy/index.xhtml
#


#
# The following results may also be obtained via:
# https://whois.arin.net/rest/nets;q=NET-204-155-144-0-1?showDetails=true&showARIN=false&
showNonArinTopLevelNet=false&ext=netref2
#

NetRange: 204.155.144.0 - 204.155.159.255
CIDR: 204.155.144.0/20
NetName: NET-DFW1
NetHandle: NET-204-155-144-0-1
Parent: NET204 (NET-204-0-0-0-0)
NetType: Direct Allocation
OriginAS:
Organization: DFW Internet Services, Inc. (DFW)
RegDate: 1994-11-03
Updated: 2001-05-07
Ref: https://whois.arin.net/rest/net/NET-204-155-144-0-1


OrgName: DFW Internet Services, Inc.
OrgId: DFW
Address: 8528 Davis Blvd, Suite 340
City: North Richland Hills
StateProv: TX
PostalCode: 76182
Country: US
RegDate: 1994-11-03
Updated: 2012-07-23
Ref: https://whois.arin.net/rest/org/DFW
```

```
OrgAbuseHandle: ID54-ARIN
OrgAbuseName: Network Operations, Inc
OrgAbusePhone: +1-682-214-0434
OrgAbuseEmail:  root@dfw.net
OrgAbuseRef: https://whois.arin.net/rest/poc/ID54-ARIN

OrgTechHandle: ID54-ARIN
OrgTechName: Network Operations, Inc
OrgTechPhone: +1-682-214-0434
OrgTechEmail:  root@dfw.net
OrgTechRef: https://whois.arin.net/rest/poc/ID54-ARIN

RTechHandle: ID54-ARIN
RTechName: Network Operations, Inc
RTechPhone: +1-682-214-0434
RTechEmail:  root@dfw.net
RTechRef: https://whois.arin.net/rest/poc/ID54-ARIN


#
# ARIN WHOIS data and services are subject to the Terms of Use
# available at: https://www.arin.net/whois_tou.html
#
# If you see inaccuracies in the results, please report at
# https://www.arin.net/public/whoisinaccuracy/index.xhtml
#
```

# Geo information

| Location | North Richland Hills, Texas, United States (US) 🇺🇸 |
| --- | --- |
| Latitude and Longitude | 32.83, -97.23 |





# Country information (United States)

| Capital | Washington |
|---|---|
| Continent | NA |
| Population | 310,232,863 |
| Area | 9,629,091 km² |
| Currency | USD |
| Top Level Domain | .us |



# Update information

The information on this page is collected from many different sources on the internet. Below is the last update date given from each source.

| AS number information | 2016-04-24 |
|---|---|

| | |
|---|---|
| Parent whois information | 2016-04-05 |
| Port scan data | Cached, max 2 weeks old |
| PTR record and DNS servers | Cached, max 1 week old |
| SPAM and blocklist databases | 2016-04-30 |
| Whois information | 2016-03-20 |

Terms and conditions | Privacy policy | Cookie policy | Credits | © 2016 webdevmedia

# EXHIBIT "H"



# EXHIBIT "I"

http://a19-45.clients.cdn13.com/flv/2728497.flv

```
a19-45.clients.cdn13.com

Microsoft Windows [Version 10.0.10586]
(c) 2015 Microsoft Corporation. All rights reserved.

C:\Users\Fred>dig a19-45.clients.cdn13.com

; <<>> DiG 9.9.9 <<>> a19-45.clients.cdn13.com
;; global options: +cmd
;; Got answer:
;; ->>HEADER<<- opcode: QUERY, status: NOERROR, id: 1512
;; flags: qr rd ra; QUERY: 1, ANSWER: 3, AUTHORITY: 0, ADDITIONAL: 1

;; OPT PSEUDOSECTION:
; EDNS: version: 0, flags:; udp: 8192
;; QUESTION SECTION:
;a19-45.clients.cdn13.com.          IN      A

;; ANSWER SECTION:
a19-45.clients.cdn13.com. 57    IN      A       206.54.174.11
a19-45.clients.cdn13.com. 57    IN      A       206.54.174.9
a19-45.clients.cdn13.com. 57    IN      A       204.155.149.242

;; Query time: 31 msec
;; SERVER: 209.18.47.61#53(209.18.47.61)
;; WHEN: Sat Apr 30 18:10:20 Eastern Daylight Time 2016
;; MSG SIZE  rcvd: 101


C:\Users\Fred>
```

# EXHIBIT "J"

IPv4 root -> 206/8 -> 206.54.174.0/24 -> 206.54.174.11

| type domain, IPv4/IPv6 or provider | Search |
|---|---|

# IP information 206.54.174.11

| IP address | 206.54.174.11 |
|---|---|
| Location | North Richland Hills, Texas, United States (US) 🇺🇸 |
| Registry | arin |

# Network information

| IP address | 206.54.174.11 |
|---|---|
| Reverse DNS (PTR record) | c-d040-u1269-11.webazilla.com |
| DNS server (NS record) | ns3.webzilla.com (88.85.94.14)<br>ns2.webzilla.com (74.117.177.228)<br>ns1.webzilla.com (78.140.157.253) |
| ASN number | 40824 |
| ASN name (ISP) | WZ Communications Inc. |
| IP-range/subnet | 206.54.174.0/24<br>206.54.174.0 - 206.54.174.255 |
| Network tools | Ping 206.54.174.11<br>Tracert 206.54.174.11 |

# Hosting information

Summary of domains, mail servers and name servers currently hosted on this IP address.

| Number of domains hosted | 0 |
|---|---|
| Number of mail servers hosted | 0 |

| Number of name servers hosted | 0 |
|---|---|

# Hosting history

Summary of domains, mail servers and name servers hosted in the past on this IP address.

| Number of domains hosted | 0 |
|---|---|
| Number of mail servers hosted | 0 |
| Number of name servers hosted | 0 |

# SPAM database lookup

| db.wpbl.info | not listed ✔ |
|---|---|
| dnsbl-1.uceprotect.net | not listed ✔ |
| psbl.surriel.com | not listed ✔ |
| Number of SPAM hosts on 206.54.174.0/24 | 0 |
| SPAM tools | DNSBL 206.54.174.11 |

# Blocklist lookup

| Adult hosting | not listed ✔ |
|---|---|
| Hackers, Spyware, Botnets etc. | not listed ✔ |
| Open proxy | not listed ✔ |

# Open TCP/UDP ports

Status well known TCP and UDP ports. Note: we do not perform any port scan but use data of the ZMap project.

| Description | Protocol/Port | Status |
|---|---|---|
| HTTP | tcp80 | Open ✖ |
| HTTPS | tcp443 | Open ✖ |
| DNS | udp53 | Closed ✔ |
| Network Time Protocol (NTP) | udp123 | Closed ✔ |
| NetBIOS Name Service | udp137 | Closed ✔ |

| Session Initiation Protocol (SIP) | udp5060 | Closed ✔ |

# Domains on 206.54.174.11

No domains found.

# Domains around 206.54.174.11

| IP address | #domains |
| --- | --- |
| 206.54.174.163 | 1 |
| 206.54.174.165 | 1 |

# Whois information

```
#
# ARIN WHOIS data and services are subject to the Terms of Use
# available at: https://www.arin.net/whois_tou.html
#
# If you see inaccuracies in the results, please report at
# https://www.arin.net/public/whoisinaccuracy/index.xhtml
#


#
# The following results may also be obtained via:
# https://whois.arin.net/rest/nets;q=NET-206-54-160-0-1?showDetails=true&showARIN=false&s
howNonArinTopLevelNet=false&ext=netref2
#

NetRange: 206.54.160.0 - 206.54.191.255
CIDR: 206.54.160.0/19
NetName: NET-DFW2
NetHandle: NET-206-54-160-0-1
Parent: NET206 (NET-206-0-0-0-0)
NetType: Direct Allocation
OriginAS:
Organization: DFW Internet Services, Inc. (DFW)
RegDate: 1995-07-06
Updated: 2001-05-07
Ref: https://whois.arin.net/rest/net/NET-206-54-160-0-1
```

```
OrgName: DFW Internet Services, Inc.
OrgId: DFW
Address: 8528 Davis Blvd, Suite 340
City: North Richland Hills
StateProv: TX
PostalCode: 76182
Country: US
RegDate: 1994-11-03
Updated: 2012-07-23
Ref: https://whois.arin.net/rest/org/DFW


OrgTechHandle: ID54-ARIN
OrgTechName: Network Operations, Inc
OrgTechPhone: +1-682-214-0434
OrgTechEmail: root@dfw.net
OrgTechRef: https://whois.arin.net/rest/poc/ID54-ARIN

OrgAbuseHandle: ID54-ARIN
OrgAbuseName: Network Operations, Inc
OrgAbusePhone: +1-682-214-0434
OrgAbuseEmail: root@dfw.net
OrgAbuseRef: https://whois.arin.net/rest/poc/ID54-ARIN

RTechHandle: ID54-ARIN
RTechName: Network Operations, Inc
RTechPhone: +1-682-214-0434
RTechEmail: root@dfw.net
RTechRef: https://whois.arin.net/rest/poc/ID54-ARIN


#
# ARIN WHOIS data and services are subject to the Terms of Use
# available at: https://www.arin.net/whois_tou.html
#
# If you see inaccuracies in the results, please report at
# https://www.arin.net/public/whoisinaccuracy/index.xhtml
#
```

# Geo information

| Location | North Richland Hills, Texas, United States (US) 🇺🇸 |
|---|---|
| Latitude and Longitude | 32.83, -97.23 |



# Country information (United States)

| Capital | Washington |
|---|---|
| Continent | NA |
| Population | 310,232,863 |
| Area | 9,629,091 km² |
| Currency | USD |
| Top Level Domain | .us |



# Update information

The information on this page is collected from many different sources on the internet. Below is the last update date given from each source.

| | |
|---|---|
| AS number information | 2016-04-24 |
| Port scan data | Cached, max 2 weeks old |
| PTR record and DNS servers | Cached, max 1 week old |
| SPAM and blocklist databases | 2016-05-01 |
| Whois information | 2016-04-04 |

Terms and conditions | Privacy policy | Cookie policy | Credits | © 2016 webdevmedia

# EXHIBIT "K"

Members    Pricing    API    About    Support

Home    Research    Tools    Sitemap

IPv4 root -> 206/8 -> 206.54.174.0/24 -> 206.54.174.9

| type domain, IPv4/IPv6 or provider | Search |
|---|---|

# IP information 206.54.174.9

| IP address | 206.54.174.9 |
|---|---|
| Location | North Richland Hills, Texas, United States (US) 🇺🇸 |
| Registry | arin |

# Network information

| IP address | 206.54.174.9 |
|---|---|
| Reverse DNS (PTR record) | c-d040-u1924-09.webazilla.com |
| DNS server (NS record) | ns1.webzilla.com (78.140.157.253)<br>ns3.webzilla.com (88.85.94.14)<br>ns2.webzilla.com (74.117.177.228) |
| ASN number | 40824 |
| ASN name (ISP) | WZ Communications Inc. |
| IP-range/subnet | 206.54.174.0/24<br>206.54.174.0 - 206.54.174.255 |
| Network tools | Ping 206.54.174.9<br>Tracert 206.54.174.9 |

# Hosting information

Summary of domains, mail servers and name servers currently hosted on this IP address.

| Number of domains hosted | 0 |
|---|---|
| Number of mail servers hosted | 0 |

| Number of name servers hosted | 0 |
|---|---|

# Hosting history

Summary of domains, mail servers and name servers hosted in the past on this IP address.

| Number of domains hosted | 0 |
|---|---|
| Number of mail servers hosted | 0 |
| Number of name servers hosted | 0 |

# SPAM database lookup

| db.wpbl.info | not listed ✅ |
|---|---|
| dnsbl-1.uceprotect.net | not listed ✅ |
| psbl.surriel.com | not listed ✅ |
| Number of SPAM hosts on 206.54.174.0/24 | 0 |
| SPAM tools | DNSBL 206.54.174.9 |

# Blocklist lookup

| Adult hosting | not listed ✅ |
|---|---|
| Hackers, Spyware, Botnets etc. | not listed ✅ |
| Open proxy | not listed ✅ |

# Open TCP/UDP ports

Status well known TCP and UDP ports. Note: we do not perform any port scan but use data of the ZMap project.

| Description | Protocol/Port | Status |
|---|---|---|
| HTTP | tcp80 | Open ❌ |
| HTTPS | tcp443 | Open ❌ |
| DNS | udp53 | Closed ✅ |
| Network Time Protocol (NTP) | udp123 | Closed ✅ |
| NetBIOS Name Service | udp137 | Closed ✅ |

| Session Initiation Protocol (SIP) | udp5060 | Closed ✔ |

# Domains on 206.54.174.9

No domains found.

# Domains around 206.54.174.9

| IP address | #domains |
|---|---|
| 206.54.174.163 | 1 |
| 206.54.174.165 | 1 |

# Whois information

```
#
# ARIN WHOIS data and services are subject to the Terms of Use
# available at: https://www.arin.net/whois_tou.html
#
# If you see inaccuracies in the results, please report at
# https://www.arin.net/public/whoisinaccuracy/index.xhtml
#


#
# The following results may also be obtained via:
# https://whois.arin.net/rest/nets;q=NET-206-54-160-0-1?showDetails=true&showARIN=false&s
howNonArinTopLevelNet=false&ext=netref2
#

NetRange: 206.54.160.0 - 206.54.191.255
CIDR: 206.54.160.0/19
NetName: NET-DFW2
NetHandle: NET-206-54-160-0-1
Parent: NET206 (NET-206-0-0-0-0)
NetType: Direct Allocation
OriginAS:
Organization: DFW Internet Services, Inc. (DFW)
RegDate: 1995-07-06
Updated: 2001-05-07
Ref: https://whois.arin.net/rest/net/NET-206-54-160-0-1
```

```
OrgName: DFW Internet Services, Inc.
OrgId: DFW
Address: 8528 Davis Blvd, Suite 340
City: North Richland Hills
StateProv: TX
PostalCode: 76182
Country: US
RegDate: 1994-11-03
Updated: 2012-07-23
Ref: https://whois.arin.net/rest/org/DFW


OrgTechHandle: ID54-ARIN
OrgTechName: Network Operations, Inc
OrgTechPhone: +1-682-214-0434
OrgTechEmail: root@dfw.net
OrgTechRef: https://whois.arin.net/rest/poc/ID54-ARIN

OrgAbuseHandle: ID54-ARIN
OrgAbuseName: Network Operations, Inc
OrgAbusePhone: +1-682-214-0434
OrgAbuseEmail: root@dfw.net
OrgAbuseRef: https://whois.arin.net/rest/poc/ID54-ARIN

RTechHandle: ID54-ARIN
RTechName: Network Operations, Inc
RTechPhone: +1-682-214-0434
RTechEmail: root@dfw.net
RTechRef: https://whois.arin.net/rest/poc/ID54-ARIN


#
# ARIN WHOIS data and services are subject to the Terms of Use
# available at: https://www.arin.net/whois_tou.html
#
# If you see inaccuracies in the results, please report at
# https://www.arin.net/public/whoisinaccuracy/index.xhtml
#
```

# Geo information

| Location | North Richland Hills, Texas, United States (US) 🇺🇸 |
| --- | --- |
| Latitude and Longitude | 32.83, -97.23 |



# Country information (United States)

| | |
|---|---|
| Capital | Washington |
| Continent | NA |
| Population | 310,232,863 |
| Area | 9,629,091 km² |
| Currency | USD |
| Top Level Domain | .us |



# Update information

The information on this page is collected from many different sources on the internet. Below is the last update date given from each source.

| | |
|---|---|
| AS number information | 2016-04-24 |
| Port scan data | Cached, max 2 weeks old |
| PTR record and DNS servers | Cached, max 1 week old |
| SPAM and blocklist databases | 2016-05-01 |
| Whois information | 2016-04-04 |

Terms and conditions | Privacy policy | Cookie policy | Credits | © 2016 webdevmedia

# EXHIBIT "L"

Members    Pricing    API    About    Support

Home    Research    Tools    Sitemap

IPv4 root -> 204/8 -> 204.155.144.0/20 -> 204.155.149.242

| type domain, IPv4/IPv6 or provider | Search |

# IP information 204.155.149.242

| IP address | 204.155.149.242 |
| --- | --- |
| Location | North Richland Hills, Texas, United States (US) 🇺🇸 |
| Registry | arin |

# Network information

| IP address | 204.155.149.242 |
| --- | --- |
| Reverse DNS (PTR record) | c-q100-u2068-242.webazilla.com |
| DNS server (NS record) | ns1.webazilla.com (78.140.128.252)<br>ns2.webazilla.com (208.88.224.77)<br>ns3.webazilla.com (78.140.179.13) |
| ASN number | 40824 |
| ASN name (ISP) | WZ Communications Inc. |
| IP-range/subnet | 204.155.144.0/20<br>204.155.144.0 - 204.155.159.255 |
| Network tools | Ping 204.155.149.242<br>Tracert 204.155.149.242 |

# Hosting information

Summary of domains, mail servers and name servers currently hosted on this IP address.

| Number of domains hosted | 0 |
| --- | --- |
| Number of mail servers hosted | 0 |

| Number of name servers hosted | 0 |
|---|---|

# Hosting history

Summary of domains, mail servers and name servers hosted in the past on this IP address.

| Number of domains hosted | 0 |
|---|---|
| Number of mail servers hosted | 0 |
| Number of name servers hosted | 0 |

# SPAM database lookup

| db.wpbl.info | not listed ✔ |
|---|---|
| dnsbl-1.uceprotect.net | not listed ✔ |
| psbl.surriel.com | not listed ✔ |
| Number of SPAM hosts on 204.155.144.0/20 | 0 |
| SPAM tools | DNSBL 204.155.149.242 |

# Blocklist lookup

| Adult hosting | not listed ✔ |
|---|---|
| Hackers, Spyware, Botnets etc. | not listed ✔ |
| Open proxy | not listed ✔ |

# Open TCP/UDP ports

Status well known TCP and UDP ports. Note: we do not perform any port scan but use data of the ZMap project.

| Description | Protocol/Port | Status |
|---|---|---|
| HTTP | tcp80 | Open ✖ |
| HTTPS | tcp443 | Open ✖ |
| DNS | udp53 | Closed ✔ |
| Network Time Protocol (NTP) | udp123 | Closed ✔ |
| NetBIOS Name Service | udp137 | Closed ✔ |

| | | |
|---|---|---|
| Session Initiation Protocol (SIP) | udp5060 | Closed ✔ |

# Domains on 204.155.149.242

No domains found.

# Domains around 204.155.149.242

| IP address | #domains |
|---|---|
| 204.155.149.26 | 1 |
| 204.155.149.29 | 5 |
| 204.155.149.31 | 5 |
| 204.155.149.38 | 5 |
| 204.155.149.139 | 5 |
| 204.155.149.148 | 2 |
| 204.155.149.149 | 2 |
| 204.155.149.163 | 1 |
| 204.155.149.164 | 1 |
| 204.155.149.165 | 1 |

See more items

# Whois information

```
#
# ARIN WHOIS data and services are subject to the Terms of Use
# available at: https://www.arin.net/whois_tou.html
#
# If you see inaccuracies in the results, please report at
# http://www.arin.net/public/whoisinaccuracy/index.xhtml
#


#
# The following results may also be obtained via:
# http://whois.arin.net/rest/nets;q=NET-204-155-149-128-1?showDetails=true&showARIN=false
```

```
&showNonArinTopLevelNet=false&ext=netref2
#

NetRange: 204.155.149.128 - 204.155.149.255
CIDR: 204.155.149.128/25
NetName: WEBZILLA-US-204-155-149-128-25
NetHandle: NET-204-155-149-128-1
Parent: NET-DFW1 (NET-204-155-144-0-1)
NetType: Reassigned
OriginAS: AS40824
Customer: Webzilla, Inc. (C05742766)
RegDate: 2015-05-27
Updated: 2015-05-27
Comment: Any complaints please send to "abuse@webzilla.com "
Ref: http://whois.arin.net/rest/net/NET-204-155-149-128-1


CustName: Webzilla, Inc.
Address: 2777 N. Stemmons Fwy, Suite 1655
City: Dallas
StateProv: TX
PostalCode: 75207
Country: US
RegDate: 2015-05-27
Updated: 2015-05-27
Ref: http://whois.arin.net/rest/customer/C05742766

OrgAbuseHandle: ID54-ARIN
OrgAbuseName: Network Operations, Inc
OrgAbusePhone: +1-682-214-0434
OrgAbuseEmail: root@dfw.net
OrgAbuseRef: http://whois.arin.net/rest/poc/ID54-ARIN

OrgTechHandle: ID54-ARIN
OrgTechName: Network Operations, Inc
OrgTechPhone: +1-682-214-0434
OrgTechEmail: root@dfw.net
OrgTechRef: http://whois.arin.net/rest/poc/ID54-ARIN

RTechHandle: ID54-ARIN
RTechName: Network Operations, Inc
RTechPhone: +1-682-214-0434
RTechEmail: root@dfw.net
RTechRef: http://whois.arin.net/rest/poc/ID54-ARIN


#
# ARIN WHOIS data and services are subject to the Terms of Use
# available at: https://www.arin.net/whois_tou.html
```

```
#
# If you see inaccuracies in the results, please report at
# http://www.arin.net/public/whoisinaccuracy/index.xhtml
#
```

# Parent whois information

```
#
# ARIN WHOIS data and services are subject to the Terms of Use
# available at: https://www.arin.net/whois_tou.html
#
# If you see inaccuracies in the results, please report at
# https://www.arin.net/public/whoisinaccuracy/index.xhtml
#


#
# The following results may also be obtained via:
# https://whois.arin.net/rest/nets;q=NET-204-155-144-0-1?showDetails=true&showARIN=false&
showNonArinTopLevelNet=false&ext=netref2
#

NetRange: 204.155.144.0 - 204.155.159.255
CIDR: 204.155.144.0/20
NetName: NET-DFW1
NetHandle: NET-204-155-144-0-1
Parent: NET204 (NET-204-0-0-0-0)
NetType: Direct Allocation
OriginAS:
Organization: DFW Internet Services, Inc. (DFW)
RegDate: 1994-11-03
Updated: 2001-05-07
Ref: https://whois.arin.net/rest/net/NET-204-155-144-0-1


OrgName: DFW Internet Services, Inc.
OrgId: DFW
Address: 8528 Davis Blvd, Suite 340
City: North Richland Hills
StateProv: TX
PostalCode: 76182
Country: US
RegDate: 1994-11-03
Updated: 2012-07-23
Ref: https://whois.arin.net/rest/org/DFW
```

```
OrgAbuseHandle: ID54-ARIN
OrgAbuseName: Network Operations, Inc
OrgAbusePhone: +1-682-214-0434
OrgAbuseEmail: root@dfw.net
OrgAbuseRef: https://whois.arin.net/rest/poc/ID54-ARIN

OrgTechHandle: ID54-ARIN
OrgTechName: Network Operations, Inc
OrgTechPhone: +1-682-214-0434
OrgTechEmail: root@dfw.net
OrgTechRef: https://whois.arin.net/rest/poc/ID54-ARIN

RTechHandle: ID54-ARIN
RTechName: Network Operations, Inc
RTechPhone: +1-682-214-0434
RTechEmail: root@dfw.net
RTechRef: https://whois.arin.net/rest/poc/ID54-ARIN


#
# ARIN WHOIS data and services are subject to the Terms of Use
# available at: https://www.arin.net/whois_tou.html
#
# If you see inaccuracies in the results, please report at
# https://www.arin.net/public/whoisinaccuracy/index.xhtml
#
```

# Geo information

| Location | North Richland Hills, Texas, United States (US) |
| --- | --- |
| Latitude and Longitude | 32.83, -97.23 |





# Country information (United States)

| | |
|---|---|
| Capital | Washington |
| Continent | NA |
| Population | 310,232,863 |
| Area | 9,629,091 km² |
| Currency | USD |
| Top Level Domain | .us |



# Update information

The information on this page is collected from many different sources on the internet. Below is the last update date given from each source.

| | |
|---|---|
| AS number information | 2016-04-24 |

| | |
|---|---|
| Parent whois information | 2016-04-05 |
| Port scan data | Cached, max 2 weeks old |
| PTR record and DNS servers | Cached, max 1 week old |
| SPAM and blocklist databases | 2016-05-01 |
| Whois information | 2016-02-25 |

Terms and conditions | Privacy policy | Cookie policy | Credits | © 2016 webdevmedia