# EXHIBIT "3"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-24289-FAM

AMA MULTIMEDIA, LLC,

       Plaintiff,

vs.

ERA TECHNOLOGIES, LTD. d/b/a DRTUBER.COM
d/b/a Drtst.com; IGOR KOVALCHUK d/b/a DRTUBER.COM
d/b/a Drtst.com; and John Does 1-20,

       Defendants.
_____/

## DECLARATION OF JASON TUCKER IN OPPOSITION TO DEFENDANT ERA TECHNOLOGY'S MOTION TO DISMISS

I, Jason Tucker, declare:

1.    I am a United States Citizen, over the age of 18 years old, make this declaration based upon personal knowledge and, if called to testify could and would testify competently to the facts set forth herein.

2.    I am a director of Battleship Stance LLC, a leading intellectual property management and anti-piracy enforcement company. Our clients include award winning adult entertainment studios.

3.    I have been involved in the industry of legal adult entertainment production, marketing, and management at an executive level for over fifteen (15) years,

serving over six as President of a company that produced, owns, and licenses one of the world's largest erotic libraries of images.

4.      As a direct result of my relationships and understanding of the Internet, I have served as a consultant to Fortune 100 companies including Microsoft Corporation and Akamai Technologies. I assisted Microsoft in the roll out of Windows Media Player into the market and their Digital Rights Management (DRM) Platform.

5.      As an experienced executive within the adult entertainment industry, I have been featured and quoted in publications including Newsweek, BusinessWeek, USA Today, Wired, and the Washington Post and frequently am requested to speak on panels and at seminars at industry events on various industry related topics and trends including the state of the industry, internet piracy, copyright and trademark infringement, content protection, and the costs associated with piracy.

6.      I have created, purchased, managed, and operated paid membership websites, affiliate programs, and sold over US $1 Million Dollars in top-level domain names such as Erotica.com, SexSlaves.com, and Wetdreams.com.

7.      I previously worked in the mainstream Entertainment and Music Industry for over ten years where I was involved in the packaging, financing, production, and licensing of major motion pictures to distributors worldwide including Paramount, HBO, and VH-1 Networks in the US.

8.      I have been involved in more than fifty (50)  federal lawsuits brought against a range of defendants for copyright infringement, and have previously served as an expert witness in similar proceedings.

9.     AMA MultiMedia retained Battleship Stance LLC to investigate copyright and trademark violations and assist in certain litigation to enforce its intellectual property rights.

10.    I was specifically requested to investigate infringement of AMA MultiMedia copyrighted works on DrTuber.com.

11.    As a part of my investigation, I reviewed and documented the infringements of AMA MultiMedia on the site and investigated the site itself, including the owner/operator of the site, hosting companies used by the site, filings with the U.S. Copyright Office, advertisers, and other aspects of the site viewers may interact with.

12.    I determined that DrTuber.com was owned and operated by ERA Technologies Ltd. (ERA)

13.    ERA is registered with the United States Copyright Office as an Internet Service Provider, listing DrTuber.com as a site it operates.  Attached hereto as Exhibit A is a true and correct copy of the filing with the Copyright Office.

14.    ERA lists a DMCA Agent, to receive copyright infringement takedown notices, with the Copyright Office, Constantin Luchian, located in Florida.

15.    ERA also lists Constantin Luchian as its DMCA Agent on DrTuber.com. Attached hereto as Exhibit B is a true and correct copy of this notice from the site.

16.    My initial investigations prior to this lawsuit determined that DrTuber.com was hosted on servers owned and registered to Webzilla, Inc. and WZ Communications, Inc. in Florida.  These companies were registered as Internet Service Providers (ISPs) with the United States Copyright Office.

17.    I have been made aware, through ERA's motion to dismiss, that ERA Technologies claims to have no relationship with Webzilla, Inc. or WZ Communications, but rather have contracted with Webzilla, Ltd., a company incorporated in Cyprus.

18.    As a result of this knowledge, I searched the U.S. Copyright Office (USCO) for any filings on behalf of Webzilla, Ltd.  I found that in February 2016, after this lawsuit was filed but before the motion to dismiss, numerous filings with the USCO were made on behalf of different companies with a "Webzilla" name, including Webzilla, Ltd.  Attached as Exhibit C are true and correct copies of these filings that I obtained from the USCO.

19.    These filings, the first filings on behalf of these "entities," attempt to distinguish each entity as separate and distinct from the other.  However, not only were these filings done at the same time by the same attorney, each filing lists the exact same email address as electronic mail contact for copyright infringements: abuse@webzilla.com. (Exhibit C)

20.    I have investigated Webzilla, Ltd. activities and business on the Internet, as it is listed as an ISP with the USCO.  Other than the corporate filing in Cyprus, the USCO February 2016 filing, and ERA's motion to dismiss, I can find no other business activity of this entity.

21.    I also researched the corporate directors for the Webzilla companies.  I discovered that Konstyantyn Bezruchenko is listed as a director of Webzilla, Inc., WZ Communications Inc., *and* Webzilla, Ltd. in Cyprus.  Attached hereto as Exhibit D is a true and correct copy of the results of my investigations.

4

22.     I investigated the Internet traffic to DrTuber.com, including the allocation of traffic throughout the world and the United States.

23.     I determine that in the six months prior to this lawsuit, DrTuber.com received approximately 23% of their visits from the United States.  Attached hereto as Exhibit E is a true and correct copy of the results of my investigation.

24.     For the last 12 months (prior to the date of this declaration), approximately 200-220 million visits to DrTuber.com were from the United States.  In April 2015, 26.63% of DrTuber.com visitors were from the United States.  Attached hereto as Exhibit F is a true and correct copy of the results of my investigation.

25.     During both of these time periods, and currently, the United States makes up the largest viewing country of DrTuber.com.

26.     ERA represents that, currently, the United States makes up 15% of the viewers of DrTuber.com.  This still represents the largest viewing audience of the site and reaches 11,635,470  per month, or 139,625,640 per year.

27.     It is possible for the operator of a web site to manipulate traffic to a web site from certain geographical locations and lower the viewers from one county while raising viewer levels in another.  One can increase the purchase of internet traffic from non-U.S. countries and decrease the purchase of Internet traffic from the United States – thereby lowering the percentage of sites viewers coming from the United States. US traffic is the most valuable traffic so increasing the traffic of another less valuable country will not affect the bottom line revenue of a website such as Drtuber.com.

28.     From my investigations, DrTuber.com is offered only in English, only specifically references United States law, and only specifically references Unites States currency.

29.     Attached hereto as Exhibit G is a true and correct copy of a page from DrTuber.com referencing 2257 Compliance – specifically referencing a United States federal code, 18 U.S.C. sec. 2257.

30.     Attached hereto as Exhibit H is a true and correct copy of the Terms of Use from DrTuber.com.  ERA specifically states that all materials on the site are subject to copyright and trademark laws of the United States, and references any other jurisdiction as "foreign laws".

31.     Attached hereto as Exhibit I is true and correct copy of the Webmaster page from DrTuber.com, specific to ERA's affiliate program designed to permit third parties to provide links on websites for DrTuber.com and earn money for Internet traffic sent to DrTuber.com.  ERA refers to the United States as a "Good Country," the top rating given, and states at $1.75 is paid for every 1000 users send to DrTuber.com.  All monetary figures stated in the affiliate program are stated in U.S. dollars.  No other national currency is referenced.

32.     DrTuber.com provides live web cams, wherein for a fee a user can watch enhanced live adult streaming video.

33.     For support of its live cams, DrTuber.com provides a U.S. based telephone number, while only providing a link to "foreign" countries.  Attached hereto as Exhibit J is a true and correct copy of the support page for the live web cams.

34.     The Privacy Policy for Drtuber.com live web cams shows only U.S. references and contacts.  The Privacy Policy references Social Security Numbers, the Children's Online Privacy Act of 1998 (COPA) and the Communications Decency Act (DCA), all U.S. concepts and laws.  Attached hereto as Exhibit K is a true and correct copy of the Privacy Policy for the live web cams.

35.     The Privacy Policy also provides the address and telephone number of ICF Technology, Inc., a company based in Seattle, Washington, as an address to send mail. ICF Technology, Inc. is listed as the Custodian of Records for DrTuber Cams, consistent with its obligations under Section 2257.

36.     ERA's live web cams are "white labels."  They are ICF Technology, Inc. live web cams that are represented as DrTuber.com web cams.

37.     All pages of DrTuber.com prominently display an RTA label.  "RTA" (Restricted to Adults) is a self-labeling service. The Association of Sites Advocating Child Protection (ASACP), located in Los Angeles, California, operates RTA. Attached hereto as Exhibit L is a true and correct copy of a web page from DrTuber.com, as an example, showing the RTA label.

38.     All pages on DrTuber.com contain a label stating "Brought to you by WRAAC," which stands for Website Rating and Advisory Council.  WRAAC is a parental control bar that "helps concerned parents prevent their children from accessing adult-oriented web sites".  WRAAC is a recognized 503(c) organization, located in *Miami, Florida*.  Attached hereto as Exhibit M is a corporate filing for WRAAC.

39.     Ad space is sold for different amounts in different countries. United States advertising is one of the most expensive, if not the most expensive advertising to purchase in this industry.

40.     The United States, on average, sells for 300 to 500% more than countries like Russia, Brazil, Spain, Japan, and Poland.  Attached hereto as Exhibit N are true and correct copies of rate sheets for advertisement space in different countries.

41.     The fact that US-based advertising is premium and sells for some of the highest rates in the world coupled with the United States being the Defendant's number one country in terms of audience results in the Defendant making more revenue from the US than any other country, by a lot.  If the US is 15 to 25% of his audience, then that US traffic would be responsible for approximately 25 to 40% of its total revenue.

42.     ERA uses a U.S. based advertising broker Traffic Haus LLC, located in San Diego, California.  Attached hereto as Exhibit O is a true and correct copy of the contact page for TrafficHaus.

43.     ERA advertising webpage www.drtuber.com/static/advertise links directly to DrTuber and provides an email address presumably to support@drtuber.com, not a link to an advertising broker. Attached hereto as Exhibit P is a true and correct copy of the advertising page found on drtuber.com.

44.     ERA     sells     premium     memberships     through     Drtuber.com     to mypornlocker.com.     When     I     went     through     the     join     sequence     for drtuber.mypornlocker.com, it was US$1.24 for a trial promotion that recurred monthly for $38.76 until cancelled. In addition, the premium membership came bundled with two

other subscriptions for $49.81 per month to myporndownloads.com and $28.73 per month to megaporncollection.com. All in a premium membership to drtuber.mypornlocker.com creates a recurring charge of $117.30 until cancelled. Exhibit Q and R are PDF screenshots of the join and credit card join page.

45.     Attached hereto as Exhibit S are corporate filing documents from the State of Florida for Webzilla, Inc.

46.     Attached hereto as Exhibit T are corporate filing documents from the State of Florida for WZ Communications, Inc.

47.     DrTuber.com, through Webzilla Inc., utilizes a CDN with only two nodes, or locations.   The main node is in Dallas.   Attached hereto is Exhibit U with a keycdn.com report showing connect times.  The connect time in Dallas is 1ms, showing that there is a node, or location in this city.


I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Execute on the $2\eta\sigma$ day of May, 2016 at Phoenix, Arizona.


Jason Tucker

# EXHIBIT "A"

## Interim Designation of Agent to Receive Notification
## of Claimed Infringement

**Full Legal Name of Service Provider:** ERA TECHNOLOGIES LTD

**Alternative Name(s) of Service Provider (including all names under which the service provider is doing business):** DrTuber, www.drtuber.com, drtuber.com

**Address of Service Provider:** RG Hodge Plaza Wickhams Cay Road Town, Tortola BVI

**Name of Agent Designated to Receive**
**Notification of Claimed Infringement:** Constantin Luchian

**Full Address of Designated Agent to which Notification Should be Sent** (a P.O. Box or similar designation is not acceptable except where it is the only address that can be used in the geographic location): 1007 N. Federal Hwy., Suite 240, Fort Lauderdale, FL 33304

**Telephone Number of Designated Agent:** (954) 773 8743

**Facsimile Number of Designated Agent:** (954) 414 0865

**Email Address of Designated Agent:** copyright@drtuber.com

Signature of Officer or Representative of the Designating Service Provider: Date: 9/12/2011

Typed or Printed Name and Title: Igor Ducatov, Manager

**Note: This Interim Designation Must be Accompanied by a Filing Fee\***
**Made Payable to the Register of Copyrights.**
**\*Note: Current and adjusted fees are available on the Copyright website at**
**www.copyright.gov/docs/fees.html**

Mail the form to:
**Copyright I&R/Recordation**
**P.O. Box 71537**
**Washington, DC 20024**



16435221



Received

SFP 2 7 2011

Copyright Office

# EXHIBIT "B"

Search     ■     UPLOAD     LOGIN   SIGN UP

VIDEOS      CATEGORIES      PHOTOS      LIVE      COMMUNITY      PORNSTARS      MOBILE      PREMIUM
                                                  SEX

DMCA NOTIFICATIONS

Pursuant to Title 17, Section 512(c)(2) of the United States Code, if you believe that any of your copyrighted material is being infringed on the Website, we have designated an agent to receive notifications of claimed copyright infringement.

Notifications should be e-mailed to copyright@drtuber.com or to:

Copyright Agent

6750 N. Andrews Ave., Suite 200

Fort Lauderdale, FL 33309

United States

Fax: (800) 371-0235

All notifications not relevant to us or ineffective under the law will receive no response or action thereupon. Pursuant to Title 17, Section 512(c)(3) of the United States Code, an effective notification of claimed infringement must be a written communication to our agent that includes substantially the following:

(a) Identification of the copyrighted work that is believed to be infringed. Please describe the work and, where possible, include a copy or the location (e.g., a URL) of an authorized version of the work;

(b) Identification of the material that is believed to be infringing and its location. Please describe the material and provide a URL or any other pertinent information that will allow us to locate the material on the Website;

(c) Information that will allow us to contact you, including your address, telephone number and, if available, your e-mail address;

(d) A statement that you have a good faith belief that the use of the material complained of is not authorized by you, your agent or the law;

(e) A statement that the information in the notification is accurate and that under penalty of perjury that you are the owner or are authorized to act on behalf of the owner of the work that is allegedly infringed; and

(f) A physical or electronic signature from the copyright holder or an authorized representative.



# EXHIBIT C

## Interim Designation of Agent to Receive Notification of Claimed Infringement

| | |
|---|---|
| Full Legal Name of Service Provider | Webzilla BV |
| Alternative Name(s) of Service Provider (including all names under which the service provider is doing business) | webzilla.com |
| Address of Service Provider | Srtawinskylaan 601<br>Amsterdam, 1077XX<br>The Netherlands |
| Name of Agent Designated to Receive Notification of Claimed Infringement | Copyright Agent at Webzilla BV |
| Full Address of Designated Agent to which Notification Should be Sent<br><br>(a P.O. Box or similar designation is not acceptable except where it is the only address that can be used in the geographic location) | Srtawinskylaan 601<br>Amsterdam, 1077XX<br>The Netherlands |
| Telephone Number of Designated Agent | +31208932774 |
| Facsimile Number of Designated Agent | (214) 599-9447 |
| Email Address of Designated Agent | abuse@webzilla.com |
| Signature of Officer or Representative of the Designating Service Provider | |
| Date | 2-4-16 |
| Typed or Printed Name and Title | Matthew Shayefar, Attorney |



**Scanned**

FEB 17 2016

POST CASE FILING

↘ Received
FEB 08 2016
Copyright Office

## Amended Interim Designation of Agent to Receive Notification of Claimed Infringement

| | |
|---|---|
| Full Legal Name of Service Provider | Webzilla Dallas Inc |
| Alternative Name(s) of Service Provider (including all names under which the service provider is doing business) | 1-800-Hositng, 1800hosting.com, webzilladallas.com, instance.com, Instance Cloud Computing, colocateusa.net, colocateusa.com, colousa.net, colousa.com, central-noc.com |
| Address of Service Provider | 2777 N Stemmons Fwy., Suite 1655 Dallas TX 75207 United States |
| Name of Agent Designated to Receive Notification of Claimed Infringement | Copyright Agent at Webzilla Dallas Inc |
| Full Address of Designated Agent to which Notification Should be Sent (a P.O. Box or similar designation is not acceptable except where it is the only address that can be used in the geographic location) | 2777 N Stemmons Fwy., Suite 1655 Dallas TX 75207 United States |
| Telephone Number of Designated Agent | (800) 467-8464 |
| Facsimile Number of Designated Agent | (214) 599-9447 |
| Email Address of Designated Agent | abuse@webzilla.com |
| Identify the Interim Designation to be Amended, by Service Provider Name and Filing Date, so that it may be Readily Located in the Directory Maintained by the Copyright Office | 1-800-Hosting.com, Inc Received: September 1, 1999 |
| Signature of Officer or Representative of the Designating Service Provider | |
| Date | 3-7-16 |
| Typed or Printed Name and Title | Matthew Shayefar, Attorney |

POST CASE FILING

Received
MAR 1 0 2016
Copyright Office

Scanned
MAR 1 8 2016

## Interim Designation of Agent to Receive Notification of Claimed Infringement

| | |
|---|---|
| Full Legal Name of Service Provider | Webzilla Ltd |
| Alternative Name(s) of Service Provider (including all names under which the service provider is doing business) | |
| Address of Service Provider | Kanika Business Center<br>28th October Str. 319<br>2nd floor, Office 201<br>3105 Limassol<br>Cyprus |
| Name of Agent Designated to Receive Notification of Claimed Infringement | Copyright Agent at Webzilla Ltd |
| Full Address of Designated Agent to which Notification Should be Sent<br><br>(a P.O. Box or similar designation is not acceptable except where it is the only address that can be used in the geographic location) | Kanika Business Center<br>28th October Str. 319<br>2nd floor, Office 201<br>3105 Limassol<br>Cyprus |
| Telephone Number of Designated Agent | +35725345346 |
| Facsimile Number of Designated Agent | +35725345349 |
| Email Address of Designated Agent | abuse@webzilla.com |
| Signature of Officer or Representative of the Designating Service Provider | |
| Date | 2-4-16 |
| Typed or Printed Name and Title | Matthew Shayefar, Attorney |

Scanned

APR 1 3 2016

POST CASE FILING

Received

FEB 1 1 2016

Copyright Office



## Interim Designation of Agent to Receive Notification of Claimed Infringement

| | |
|---|---|
| Full Legal Name of Service Provider | Webzilla Singapore Pte Ltd |
| Alternative Name(s) of Service Provider (including all names under which the service provider is doing business) | 8 to Infinity Pte Ltd, 8.to, webzilla.sg |
| Address of Service Provider | 10 Ubi Crescent #07-70 Ubi Techpark Lobby D Singapore 408564 |
| Name of Agent Designated to Receive Notification of Claimed Infringement | Copyright Agent at Webzilla Singapore Pte Ltd |
| Full Address of Designated Agent to which Notification Should be Sent<br><br>(a P.O. Box or similar designation is not acceptable except where it is the only address that can be used in the geographic location) | 10 Ubi Crescent #07-70 Ubi Techpark Lobby D Singapore 408564 |
| Telephone Number of Designated Agent | +6567429698 |
| Facsimile Number of Designated Agent | +6567427864 |
| Email Address of Designated Agent | abuse@webzilla.com |
| Signature of Officer or Representative of the Designating Service Provider | |
| Date | 2-8-16 |
| Typed or Printed Name and Title | Matthew Shayefar, Attorney |

Scanned

APR 1 3 2016

POST CASE FILING

Received

FEB 1 1 2016

Copyright Office



# Interim Designation of Agent to Receive Notification of Claimed Infringement

**Full Legal Name of Service Provider:** Webzilla Inc.

**Alternative Name(s) of Service Provider (including all names under which the service provider is doing business):** www.webzilla.com, Webzilla, WebZilla

Address of Service Provider: 110 E. Broward Blvd., Suite 1700, Fort Lauderdale, FL 33301

**Name of Agent Designated to Receive Notification of Claimed Infringement:** Constantin Luchian

**Full Address of Designated Agent to which Notification Should be Sent** (a P.O. Box or similar designation is not acceptable except where it is the only address that can be used in the geographic location):
1007 N. Federal Hwy., Suite 240, Fort Lauderdale, FL 33304

**Telephone Number of Designated Agent:** (954) 773 8743

**Facsimile Number of Designated Agent:** (954) 414 0865

**Email Address of Designated Agent:** abuse@webzilla.com

Signature of Officer or Representative of the Designating Service Provider:
_____ Date: 6/25/2010

Typed or Printed Name and Title: Custodian of Record

**Scanned**
**AUG 0 6 2010**

**Note: This Interim Designation Must be Accompanied by a Filing Fee\* Made Payable to the Register of Copyrights.**
**\*Note: Current and adjusted fees are available on the Copyright website at www.copyright.gov/docs/fees.html**

**Received**
**JUN 3 0 2010**
**Copyright Office**

Mail the form to:
**Copyright GC/I&R**
**P.O. Box 70400**
**Washington, DC 20024**



163977110

# EXHIBIT D

STOP PRESS! Cayman Islands + 5 other countries now on *OpenGazettes.com*

# OpenCorporates
# The Open Database Of The Corporate World

| Company name or num | Search |

○ Companies   ○ Directors

Share on Twitter   Share on Facebook   Share on Google Plus   Share on LinkedIn
Log in/Sign up

## Found 12 officers

| Kostyantyn Bezruchenk | Search |   ● sort by name   ○ sort by relevance

- **KOSTYANTYN BEZRUCHENKO**, director, 📄 **DATACENTER.COM (CYPRUS) LTD** (Cyprus, 24 May 2012- )
- inactive **KOSTYANTYN BEZRUCHENKO**, 📧 inactive **WEBAZILLA LLC** (Florida (US), 30 Jul 2009- )
- inactive **KOSTYANTYN BEZRUCHENKO**, 📧 inactive **DEDICATED SERVERS LLC** (Florida (US), 16 Feb 2010- )
- **KOSTYANTYN BEZRUCHENKO**, director, 📄 **WEBZILLA LIMITED** (Cyprus, 27 Jul 2005- )
- **KOSTYANTYN BEZRUCHENKO**, director, 📫 **URL SOLUTIONS, INC.** (Panama, 14 Oct 2008- )
- **KOSTYANTYN BEZRUCHENKO**, director, 📄 **XBT HOLDING LTD** (Cyprus, 8 Apr 2010- )
- **KOSTYANTYN BEZRUCHENKO**, secretario, 📫 **URL SOLUTIONS, INC.** (Panama, 14 Oct 2008- )
- **KOSTYANTYN BEZRUCHENKO**, director, 📄 **BN DOMAIN TRUST SERVICES LTD** (Cyprus, 14 Aug 2014- )
- **Kostyantyn Bezruchenko**, director, 📧 **WEBZILLA INC.** (Florida (US), 29 Jul 2009- )
- **Kostyantyn Bezruchenko**, director, 📧 **WZ COMMUNICATIONS INC.** (Florida (US), 19 Nov 2009- )
- **Kostyantyn Bezruchenko**, vice president, 📧 **IP TRANSIT INC** (Florida (US), 30 Jul 2009- )
- **Kostyantyn Bezruchenko**, president, 📧 **IP TRANSIT INC** (Florida (US), 30 Jul 2009- )

Results per page  30   Enterprise users only

## Filter by jurisdiction

- 4 Cyprus
- 6 Florida (US)

- 2 Panama

# About us

- About
- Principles
- Blog
- Team
- Advisory board
- Thanks

# Using our data

- API
- Contributing
- Glossary
- FAQs
- Legal/Licence
- Status

# Enterprise

- Products
- Pricing

# Contact

- Twitter
- Problems with our data?
- Temporary redaction

# Impact

- Impact

Case 1:15-cv-24289-FAM   Document 29-3   Entered on FLSD Docket 05/02/2016   Page 27 of 80

- [Corporate network visualisations](#)
- [Research](#)

# EXHIBIT E



# EXHIBIT "F"





# EXHIBIT "G"

Search     ▪     UPLOAD    LOGIN    SIGN UP

VIDEOS        CATEGORIES        PHOTOS        LIVE        COMMUNITY        PORNSTARS        PREMIL
                                              SEX

For the purposes of 18 U.S.C. § 2257, DrTuber is not a producer of any content found on this website. For § 2257 records for any content found on this website, please direct your request to

the site or user which provided the content.

We allow users to upload, share and generally view various types of adult content; so while we strive for very accurate compliance, we may not be 100% accurate. Therefore, we have

instituted procedures to ensure compliance, including requiring all users to (1) be 18 years of age, (2) verify, when uploading, that the user is 18 years of age, that he keeps records for the

content pursuant to § 2257, and that all models in the content are over 18 years of age, and (3) certify that the content they upload is either owned by them or that they are legally licensed to

upload, publish and share the content.

Pursuant to our Terms of Use, any content that is flagged as inappropriate, illegal, unlawful, harassing, offensive or otherwise objectionable may be removed by us, therefore we ask users to

flag any such content by clicking the appropriate link on the content's webpage.

For any questions or assistance in finding a content provider's information for § 2257 purposes contact copyright@drtuber.com



Terms and Conditions        Privacy Policy        DMCA        2257        RTA VERIFIED    Brought to you by...
                            Feedback    Webmasters Program                                        WRAAC
                        Partner Content Program        Advertise

Copyright © 2009-2016 DrTuber.com, All Rights Reserved.

# EXHIBIT "H"

## TERMS OF USE

Updated October 17, 2011

Please review these terms and conditions of use carefully before using DrTuber.com.

This document states the terms and conditions ("Terms") upon which Era Technologies Ltd., RG Hodge Plaza Wickhams Cay Road Town, Tortola, British Virgin Islands d/b/a "DrTuber.com", ("we" or "us") will provide service to you on DrTuber.com (the "Website"). These Terms constitute a contractual agreement between you and us. By visiting, accessing, using, and/or joining (collectively "using") the Website, you express your understanding and acceptance of these Terms. If you do not agree to be bound by these Terms, navigate away from the Website and cease using it. As used in this document, the terms "you" or "your" refers to you, any entity you represent, your or its representatives, successors, assigns and affiliates, and any of your or their devices.

1. Eligibility

You must be at least eighteen (18) years of age to use the Website, unless the age of majority in your jurisdiction is greater than eighteen (18) years of age, in which case you must be at least the age of majority in your jurisdiction. Use of the Website is not permitted where prohibited by law.

2. Grant of Use

We grant you a non-exclusive, non-transferable and limited right to access, non-publicly display, and use the Website including all content available therein (the "Content") on your computer consistent with these Terms.

This grant is terminable by us at will for any reason and at our sole discretion, with or without prior notice. Upon termination, we may, but shall not be obligated to: (i) delete or deactivate your account, (ii) block your e-mail and/or IP addresses or otherwise terminate your access to or use of the Website, and/or (iii) remove and/or delete any of your User Submissions (defined below). You agree not to use or attempt to use the Website after said termination. Upon termination, the grant of your right to use the Website shall terminate, but all other portions of these Terms shall survive. You acknowledge that we are not responsible to you or any third party for the termination of your grant of use.

3. Intellectual Property

The Content, with the exception of User Submissions and Third Party Content (defined below), including text, graphical images, photographs, music, video, software, scripts and trademarks, service marks and logos contained therein (collectively "Proprietary Materials"), are owned by and/or licensed to us. All Proprietary Materials are subject to copyright, trademark and/or other rights under the laws of applicable jurisdictions, including the United States, foreign laws, and international conventions. We reserve all our rights over our Proprietary Materials.

Except as otherwise explicitly permitted, you agree not to copy, modify, publish, transmit, distribute, participate in the transfer or sale of, create derivative works of, or in any other way exploit, in whole or in part, any Content.

4. User Submissions

You are entirely responsible for any and all materials you submit or otherwise make available via the Website, including videos or any other communications or profile information, (collectively, "User Submissions"). User Submissions cannot always be withdrawn. You acknowledge that any disclosure of personal information in User Submissions may make you personally identifiable and that we do not guarantee any confidentiality with respect to User Submissions.

You shall be solely responsible for any and all of your own User Submissions and any and all consequences of positing, uploading, publishing or otherwise making them available. For any of your User Submissions, you affirm, represent and/or warrant that:

(a) You own or have the necessary licenses, permissions, rights or consents to use and authorize us to use all trademarks, copyrights, trade secrets or other proprietary rights in and to User Submissions for any and all uses contemplated by the Website and these Terms;

(b) You will not post, or allow anyone else to post, any material that depicts any individual under the age of eighteen (18) years and that you have inspected and are maintaining written documentation, pursuant to 18 U.S.C. § 2257

Advertisement



We claim no ownership or control over User Submissions or Third Party Content. You or a third party licensor, as appropriate, retain all copyrights to User Submissions and you are responsible for protecting those rights as appropriate. You irrevocably grant us a world-wide, non-exclusive, royalty-free, perpetual, non-cancelable, sub-licenseable license to reproduce, publicly perform, publicly display, distribute, adapt, modify, publish, translate and create derivative works of User Submissions for any purpose, including without limitation any purpose contemplated by the Website and these Terms. Furthermore, you also grant other users of the Website a right and license to display, stream and download User Submissions in connection with their use of the Website and for other personal use. You also irrevocably waive and cause to be waived against us and any of our users any claims and assertions of moral rights or attribution with respect to User Submissions.

You represent and warrant that you have all the rights, power and authority necessary to grant the rights granted herein to User Submissions. Specifically, you represent and warrant that you own the title to the User Submissions, that you have the right to upload the User Submissions to the Website, and that uploading the User Submissions will not infringe upon any other party's rights or your contractual obligations to other parties.

You acknowledge that we may at our sole discretion refuse to publish, remove, or block access to any User Submission for any reason, or for no reason at all, with or without notice.

You agree to defend us against any claim, demand, suit or proceeding made or brought against us by a third-party alleging that your User Submissions or your use of the Website in violation of these Terms infringes or misappropriates the intellectual property rights of a third-party or violates applicable law and you shall indemnify us for any damages finally awarded against and for reasonable attorney's fees incurred by us in connection with any such claim, demand, suit or proceeding provided that we (a) promptly give you written notice of the claim, demand, suit or proceeding, (b) give you sole control of the defense and settlement of the claim, demand, suit or proceeding (provided that you do not settle unless the settlement unconditionally releases us of all liability), and (c) provide you with all reasonable assistance, at your expense.

5. Third-Party Content on the Website

You understand and acknowledge that, when using the Website, you will be exposed to Content from a variety of sources including content uploaded to the Website by other users (collectively, "Third Party Content") and that we do not control and are not responsible for any Third Party Content or User Submissions. You understand and acknowledge that you may be exposed to Content that is inaccurate, offensive, indecent or otherwise objectionable and you agree to waive, and hereby do waive, any legal or equitable rights or remedies you may have against us with respect thereto.

You understand and acknowledge that we assume no responsibility whatsoever for monitoring the Website for inappropriate Content or conduct. If at any time we choose, in our sole discretion, to monitor such Content, we assume no responsibility for such Content, have no obligation to modify or remove any such Content and assume no responsibility for the conduct of the users submitting any such Content (including User Submissions or Third Party Content).

All Content on the Website is provided to you "AS-IS" for your information and personal use only and you shall not use, copy, reproduce, distribute, transmit, broadcast, display, sell, license or otherwise exploit for any other purpose whatsoever that Content without the prior written consent of the respective owners/licensors of the Content.

6. User Conduct

You represent and warrant that all the information provided by you to us is accurate and current and that you have all necessary rights, power and authority to agree to these Terms and to perform the acts required of you under these Terms.

As a condition of your use of the Website:

(a) You agree not to use the Website for any unlawful purpose or in any way that is prohibited by these Terms;

(b) You agree to abide by all applicable local, state, national and international laws and regulations;

(c) You agree not to use the Website in any way that exposes us to criminal or civil liability;

(d) You agree that you are solely responsible for all acts and omissions that occur as a result of your use of the Website;

(e) You agree that all your User Submissions that you provide to us belongs to you and that you have the right and authority to provide it to us;

(f) You agree to maintain the security of your login password and to be fully responsible for any and all use of your account;

(g) You agree not to use or attempt to use any other party's account on the Website without authorization;

(h) You agree not to use any automated means, including robots, crawlers, data mining tools or the like, to download, monitor or use data or content from the Website;

(i) You agree not to use the Website to collect usernames and/or e-mail addresses for sending unsolicited messages of any kind;

(j) You agree not to take any action that imposes, or may impose, in our sole discretion, an unreasonable or disproportionately large load on our technology infrastructure or otherwise make excessive demands on it;

(k) You agree not to "stalk" or otherwise harass anyone on the Website;

(l) You agree not to post, link to, or otherwise make available on the Website any material that contains software viruses or any computer code, file or program designed to interrupt, destroy, limit or monitor the functionality of any computer software or hardware or any telecommunications equipment;

(m) You agree not to forge headers or otherwise manipulate identifiers in order to disguise the origin of any information you transmit;

(n) You agree not to disable, circumvent, or otherwise interfere with security related features of the Website or features that prevent or restrict use or copying of any Content or which enforce limitations on the use of the Website or the Content therein;

(o) You agree not to license, sublicense, sell, resell, transfer, assign, distribute or otherwise in any way commercially exploit or make available the Website or any of its Contents to any third party;

(p) You agree not to "frame" or "mirror" the Website; and

(q) You agree not to reverse engineer any portion of the Website.

We reserve the right to take appropriate action against any user for any unauthorized use of the Website, including civil, criminal and injunctive redress and the termination of any user's use of the Website. Any use of the Website and our computer systems not authorized by these Terms is a violation of these Terms and certain federal and state laws, including the Computer Fraud and Abuse Act.

7. Embeddable Player

We provide an "Embeddable Player" feature which you may use consistent with these Terms. You may only incorporate the Embeddable Player into your own personal, non-commercial website for use in accessing materials on the

Website. Anytime you use the Embeddable Player, you must include a prominent hyperlink on the page containing the Embeddable Player back to this Website. You may not build upon or alter any portion of the Embeddable Player in any way.

8. Fees

You acknowledge that we reserve the right to charge for any or all of our services and to change our fees from time to time in our sole discretion. If at any time we terminate your rights to use the Website because of a breach of these Terms, you shall not be entitled to a refund of any portion of your fees. In all other respects, such fees shall be governed by additional rules posted on the Website as may be amended from time to time.

9. Privacy Policy

We retain a separate Privacy Policy and your assent to these Terms also signifies your assent to the Privacy Policy. We reserve the right to amend the Privacy Policy at any time by posting such amendments to the Website. The top of the Privacy Policy page will indicate the date that revisions were last made. No other notification may be made to you about any amendments. Your continued use of the Website following such amendments will constitute your acceptance of such amendments, regardless of whether you have actually read them.

10. Modification of These Terms

We reserve the right to amend these Terms at any time by posting such amended Terms to the Website. The top of the Terms will indicate the date that revisions were last made. No other notification may be made to you about any amendments. YOU ACKNOWLEDGE THAT YOUR CONTINUED USE OF THE WEBSITE FOLLOWING SUCH AMENDMENTS WILL CONSTITUTE YOUR ACCEPTANCE OF SUCH AMENDMENTS, REGARDLESS OF WHETHER YOU HAVE ACTUALLY READ THEM.

We reserve the right to take appropriate action against any user for any unauthorized use of the Website, including civil, criminal and injunctive redress and the termination of any user's use of the Website. Any use of the Website and our computer systems not authorized by these Terms is a violation of these Terms and certain federal and state laws, including the Computer Fraud and Abuse Act.

11. Digital Millennium Copyright Act

We respect the intellectual property rights of others. You may not infringe the copyright, trademark or other proprietary informational rights of any party. We may in our sole discretion remove any Content, User Submissions or Third Party Content we have reason to believe violates any of the intellectual property rights of others and may terminate your use of the Website if you repeatedly submit any such Content.
REPEAT INFRINGER POLICY: AS PART OF OUR REPEAT-INFRINGEMENT POLICY, ANY USER FOR WHOSE USER SUBMISSIONS OR THIRD PARTY CONTENT WE RECEIVE THREE GOOD-FAITH AND EFFECTIVE COMPLAINTS WITHIN A MONTH PERIOD WILL BE BARRED FROM USING THE WEBSITE.

Pursuant to Title 17, Section 512(c)(2) of the United States Code, if you believe that any of your copyrighted material is being infringed on the Website, we have designated an agent to receive notifications of claimed copyright infringement. Notifications should be e-mailed to copyright@drtuber.com or to:

Copyright Agent

6750 N. Andrews Ave., Suite 200

Fort Lauderdale, FL 33309

United States

Fax: (800) 371-0235

All notifications not relevant to us or ineffective under the law will receive no response or action thereupon. Pursuant to Title 17, Section 512(c)(3) of the United States Code, an effective notification of claimed infringement must be a written communication to our agent that includes substantially the following:

(a) Identification of the copyrighted work that is believed to be infringed. Please describe the work and, where possible, include a copy or the location (e.g., a URL) of an authorized version of the work;
(b) Identification of the material that is believed to be infringing and its location. Please describe the material and provide a URL or any other pertinent information that will allow us to locate the material on the Website;
(c) Information that will allow us to contact you, including your address, telephone number and, if available, your e-mail address;
(d) A statement that you have a good faith belief that the use of the material complained of is not authorized by you, your agent or the law;
(e) A statement that the information in the notification is accurate and that under penalty of perjury that you are the owner or are authorized to act on behalf of the owner of the work that is allegedly infringed; and
(f) A physical or electronic signature from the copyright holder or an authorized representative.

12. Indemnification and Release

You hereby agree to indemnify us and hold us harmless from any and all third-party claims and expenses, including attorney's fees, arising from your use of the Website or from your breach of these Terms.

In the event that you have a dispute with one or more other users or any third parties, you hereby release us, our officers, employees, agents and successors-in-right from claims, demands and damages (actual and consequential) of every kind or nature, known and unknown, suspected and unsuspected, disclosed and undisclosed, arising out of or in any way related to such disputes and/or the Website.

If you are a California resident, you waive California Civil Code Section 1542, which states: "A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor."

13. Disclaimer of Warranties and Limitations of Liabilities

READ THIS SECTION CAREFULLY AS IT LIMITS OUR LIABILITY TO THE MAXIMUM EXTENT PERMITTED UNDER APPLICABLE LAW.

The Website may contain links to third-party websites which are completely independent of us. We assume no responsibility for the content, privacy policies, or practices of and make no representation or warranty as to the

accuracy, completeness or authenticity of information contained in any third party websites. We have no right or ability to edit the content of any third party websites. You acknowledge that we shall not be liable for any and all liability arising from your use of any third party websites.

The Website is provided "AS-IS" and without any warranty or condition, express, implied or statutory. We specifically disclaim to the fullest extent any implied warranties of merchantability, fitness for a particular purpose, non-infringement, information accuracy, integration, interoperability or quiet enjoyment. We disclaim any warranties for viruses or other harmful components in connection with the Website. Some jurisdictions do not allow the disclaimer of implied warranties. In such jurisdictions, some of the foregoing disclaimers may not apply to you insofar as they relate to implied warranties.

UNDER NO CIRCUMSTANCES SHALL WE BE LIABLE FOR DIRECT, INDIRECT INCIDENTAL, SPECIAL, CONSEQUENTIAL OR EXEMPLARY DAMAGES (EVEN IF WE HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES) RESULTING FROM ANY ASPECT OF YOUR USE OF THE WEBSITE, WHETHER SUCH DAMAGES ARISE FROM YOUR USE, MISURE OR INABILITY TO USE THE WEBSITE, FROM YOUR RELIANCE ON ANY CONTENT ON THE WEBSITE, FROM THE INTERRUPTION SUSPENSION, MODIFICATION, ALTERATION OR COMPLETE DISCONTINUANCE OF THE WEBSITE OR THE TERMINATION OF SERVICE BY US. THESE LIMITATIONS ALSO APPLY WITH RESPECT TO DAMAGES INCURRED BY REASON OF OTHER SERVICES OR PRODUCTS RECEIVED OR ADVERTISED IN CONNECTION WITH THE WEBSITE. SOME JURISDICTIONS DO NOT ALLOW LIMITATIONS OF LIABILITY. IN SUCH JURISDICTIONS, SOME OF THE FOREGOING LIMITATIONS MAY NOT APPLY TO YOU.

YOUR SOLE AND EXCLUSIVE RIGHT AND REMEDY IN CASE OF DISSATISFACTION WITH THE WEBSITE OR ANY OTHER GRIEVANCE SHALL BE THE TERMINATION OF YOUR USE OF THE WEBSITE. IN NO CASE SHALL THE MAXIMUM LIABILITY OF US ARISING FROM OR RELATING TO YOUR USE OF THE SERVICE EXCEED THE AMOUNT PAID BY YOU TO US, OR OWED BY US TO YOU, PURSUANT TO THESE TERMS.

14. Venue

FOR ANY CLAIM BROUGHT BY EITHER PARTY, YOU AGREE TO SUBMIT AND CONSENT TO THE PERSONAL AND EXCLUSIVE JURISDICTION IN, AND THE EXCLUSIVE VENUE OF, THE STATE AND FEDERAL COURTS LOCATED WITHIN BRITTISH VIRGIN ISLANDS.

15. General Terms

(a) These Terms, as amended from time to time, constitute the entire agreement between you and us and supersede all prior agreements between you and us and may not be modified without our written consent.

(b) Our failure to enforce any provision of these Terms will not be construed as a waiver of any provision or right.

(c) If any part of these Terms is determined to be invalid or unenforceable pursuant to applicable law, then the invalid and unenforceable provision will be deemed superseded by a valid, enforceable provision that most closely matches the intent of the original provision and the remainder of the agreement shall continue in effect.

(d) Nothing herein is intended, nor will be deemed to confer rights or remedies upon any third party.

(e) These Terms are not assignable, transferable or sublicensable by you except with our prior written consent, but may be assigned or transferred by us without restriction.

(f) You agree that we may provide you with notices by e-mail, regular mail, or postings to the Website.

(g) The section titles in these Terms are for convenience only and have no legal or contractual effect.

(h) As used in these Terms, the term "including" is illustrative and not limitative.

# EXHIBIT "I"

Username | Password | **Login**

## HOME
partnership program

## FEATURES
what we suggest

## SIGNUP
earn money with us

## FAQ
frequently asked questions

## CONTACT US
ask all your questions

# Quick start for new webmasters!

No more tough conditions for wannabe partners – feel free to start working with us! Send us 1k of qualified unique users in one day and earn $3.00 per 1k of qualified unique hits from that moment on. The offer will last for the whole of the month, so hurry up and try it! It pays!

**SEND YOUR TRAFFIC**          **ENJOY YOUR STATS**          **GET YOUR MONEY**

## DrTuber.com rates

| Uniques | $$$ per 1k |
|---|---|
| 1-20.000: | $1.25 |
| 20.001-50.000: | $1.50 |
| 50.001+: | $1.75 |
| Bad Countries: | $0.25 |
| Ref profit: | 5% |

Please contact us for better rates.

## DrTuber.com countries

We pay up to $1,75 per 1K for this countries traffic:

Australia, Austria, Belgium, Canada, Denmark, Finland, France, Germany, Greece, Iceland, Ireland, Italy, Japan, Luxembourg, Netherlands, New Zealand, Norway, Singapore, Spain, Sweden, Switzerland, USA, United Kingdom

## DrTuber.com payouts

We send payouts twice a month, on the 1st and 15th. If those days happen to fall in a weekend, we pay on the nearest working day which is usually Monday.

The minimum payout is set at $100 but you can always raise it in your payment details. If you didn't reach your minimum payout, your earnings will be carried over to the next period until the minimum payout is reached.

# Click here to register and earn money with DrTuber.com

Copyright © 2009-2015 DrTuber.com. All Rights Reserved.

· FAQ · Terms and Conditions · Privacy Policy · DMCA · 2257 · | Free Parental Control Software |

# EXHIBIT "J"



LOG IN ☰

## Custodian of Records                                    🔍

# CUSTODIAN OF RECORDS

## U.S.C. TITLE 18, SECTION 2257 COMPLIANCE

In compliance with United States Code, Title 18, Section 2257, all models, actors, actresses and other persons who appear in any visual depiction of sexually explicit conduct appearing or otherwise contained in or at www.drtubercams.com were over the age of eighteen years at the time of the creation of such depictions. Records required to be maintained pursuant to U.S.C. Title 18, Section 2257 drtubercams.com is not the primary producer for the content of this site. Records as required by USC 2257 are held with the original producers.

## Custodian of Records:

*V. Brown*
*ICF Technology, Inc.*
*800 Stewart St*
*Seattle, WA 98101*
*Fax: (US) 1-206-441-2794*

## Need Assistance?

💬  LIVE CHAT SUPPORT
✉  EMAIL
📞  PHONE

Home
## Need Assistance?  💬  📞  ✉

*All models appearing on this website are 18 years or older.*
*18 U.S.C. 2257 Record-Keeping Requirements Compliance Statement*
*DMCA Notice of Copyright Infringement | Terms & Conditions | Privacy Policy*

# EXHIBIT "K"

                                                                                    LOG IN  ☰

# Terms and Conditions

## Overview

DrTuberCams assesses NO fees for unlimited and unrestricted access to DrTuberCams picture archives, free live guest chat, profiles, and all other free members-only services. If access to private video chat rooms require an additional fee, the amount of any such fee is prominently disclosed prior to entering the fee-based chat room. Private room fees are solely at the discretion and control of the Performer and will be fully disclosed to you before you enter any private room. There is also a user-controlled way to add an additional amount of money; this is the application of Gold in a chat room. The amount of Gold given will be added to any streaming charges incurred and billed in the same manner. Adding Gold is completely voluntary for the member. Provided that you (i) never enter a single fee-based chat room, and (ii) have not elected to participate in a premium service, you will never see a single charge from DrTuberCams. Moreover, a nominal onetime application of a two dollar ($2 USD) transaction or "authorization" hold may be applied to your credit or debit card upon initial enrollment, which DrTuberCams uses to confirm the integrity of your account information. This is not a Charge and will automatically be released per your card issuers discretion and policy. These nominal charges will not be applied to Direct Debit accounts. No charges will be made to your credit card, debit card, or Direct Debit account without your authorization by accessing the Pay Per Minute Areas on your membership account or authorizing a premium membership. A premium membership is defined as a membership that enables you to access services beyond per minute chat or free members-only services, such as video or Club membership. The amount and possible recurrence of all premium memberships with an associated fee will be clearly disclosed to you.

By entering these clearly delineated Pay Per Minute areas (fee-based chat rooms and premium services) you authorize the credit card, debit card, or Direct Debit account to be charged the posted rate. Credit card users and certain debit card users will be charged for the first full minute upon entering this area. This nominal amount is automatically refunded to you in the form of a credit to your DrTuberCams account, and is credited toward the cost of any premium services you purchase. You will then be charged the rate used over this credit. Gold is defined as a site currency that you can send to the performer that is not tied to their private per minute chat rate or membership fees. 1 GOLD equals 1 unit in the currency for which you are charged, e.g. 1 US Dollar.

## Refund Policy

DrTuberCams does not typically provide cash refunds unless extraordinary circumstances apply; we do, however, grant credits in the form of free time and provide discounts in the event you experience technical difficulties that you demonstrate to have made a sincere effort to resolve. All sales are final. Discount rates posted on the site can be changed without prior notice by DrTuberCams at their sole discretion. Rates posted on the website at the time of purchase will be the prevailing discount applied to the purchase.

Furthermore, DrTuberCams reserves the right to terminate any accounts "at will". We also hold that we have the right to deny service for accounts and users, deemed as fraudulent or otherwise high risk accounts. Processing is at our discretion for refunds for claims of fraud and/or disputes via email, phone calls to our processor and/or requests from issuing banks, banks offering Direct Debit, card holders, and credit card issuers.

We also report at our discretion and/or cooperate with law enforcement in any claims of fraud. Please see our privacy policy for further info on this subject.

## Terms of Service

DrTuberCams provides its service to you as a registered subscriber or authorized user ("Member" or "you"), subject to the terms of this agreement. This document is a binding agreement and we shall refer to it as the "TOS" (Terms of Service). The TOS comprises the entire agreement between DrTuberCams and you, superseding any prior agreements between you and DrTuberCams with respect to its subject matter. Additionally, you may be subject to additional terms and conditions that may apply when you use affiliate services, third-party content, software, or services.

DrTuberCams may change the TOS at any time, subject to timely notice, posted publicly in a visible manner. You agree to review the TOS periodically to be aware of such changes. If any change is unacceptable to you, you may terminate your membership as provided in "Cancellation" below. Your continued use of DrTuberCams following the Effective Date of any such change to the TOS constitutes acceptance of all such changes.

## Your Account Information

You certify that YOU ARE AT LEAST EIGHTEEN (18) YEARS OLD. You agree to provide DrTuberCams with accurate, complete, and current registration information. Failure to do this shall constitute a breach of this agreement and unauthorized access to DrTuberCams. Unauthorized access to DrTuberCams could result in immediate termination of your account and subject you to civil and criminal liability. Unless you have prior written authorization from DrTuberCams, you may not register for additional services after such termination.

Upon registering as a Member, you will choose a display name (to be displayed in chat) and password. You may not select or use a display name of another person (unless it is also your name), a name in violation of a third party's property rights, or a display name that DrTuberCams deems offensive or otherwise inappropriate. DrTuberCams owns all display names and licenses them to you. Additionally, you may not use your display name in violation of the TOS or in ways DrTuberCams deems inappropriate (e.g., sending or causing to be sent mass email solicitations). DrTuberCams reserves the right to delete any such display name or request deletion.

You are entirely liable for all activities conducted through your account. A Member may not permit another individual to use the Member's account without direct supervision by the Member.

Members who have had their DrTuberCams membership terminated may not access DrTuberCams without DrTuberCams's prior express written (including email) permission. Members may not allow a former Member or other agent whose membership has been terminated to use their account. For additional information on re-registration and multiple accounts you can send an email to supportteam@drtubercams.com.

**Cancellation**: Members may cancel their account at any time by logging in and completing the cancellation form or any other reasonable method. If you are unable to log in or use this form, you may contact DrTuberCams by sending email to supportteam@drtubercams.com. To ensure prompt and effective cancellation, please provide your DrTuberCams login name, your full name, or the last 4 digits of the credit or debit card number or the full account number of the Direct Debit account.

If you are paying dollar-based fees in a currency other than U.S. dollars, your bank or financial institution may impose fees for currency exchange and for international transactions. For example, Visa and MasterCard charge a 1% processing fee on international transactions, and most card-issuing banks add their own small additional fees, generally a percentage of your overall purchase price. Similar considerations apply for any other mismatch between the currency in which fees are quoted on the site and the currency in which you make your actual payments.

DrTuberCams can terminate a user membership at will or for cause as covered in Section 3 Rights and Responsibilities.

Premium memberships have a published prevailing rate. These fees are prominently disclosed to you prior to your authorization of the membership charge and its recurrence. Many premium memberships are time based and therefore a recurring charge is incurred by the member. An authorization of a premium membership provides you with the specified timeframe of access to premium services. An example of a specified timeframe is a 30 day recurring premium membership. Upon sign up for this premium membership, you are provided 30 days of access to the premium services. If you choose to cancel the recurrence of the premium membership renewal, your membership will expire at the end of the initial period of 30 days. Premium memberships are listed in your My Account area of the website and cancellation can be facilitated from that page.

DrTuberCams sets a daily spending limit for its customers. This limit is a daily or 24 hour limit of charges. DrTuberCams sets this limit solely at their discretion. A customer can request an increase to their daily limit by contacting supportteam@drtubercams.com.

Rewards are issued to members at the discretion of DrTuberCams. Rewards have no cash value and cannot be traded or used as tender.

## Charges and Billing Practices

There is no fee for basic membership to DrTuberCams. However, you may be subject to internet access charges as required by your local or national Internet Service Carrier/Provider. Certain Performers may set a price and terms that govern and restrict access to their respective chat. Moreover, a nominal onetime application of a two dollar ($2 USD) authorization may be applied to your credit or debit card upon initial enrollment, which DrTuberCams uses to confirm the integrity of your account information. The authorization will expire within 7 days and the entire amount refunded to your credit or debit card. (Also, federal legislation such as the Child Online Protection Act (COPA) and communications Decency Act (CDA) mandates such practices upon certain online publishers like DrTuberCams as documentary evidence of user maturity and majority age). By entering a private chat, exclusive of any applicable discounts/credits or actual time spent in a pay chat area, you expressly understand and agree that an amount greater than or equal to one minute spent in a chat area will be charged against your credit card, debit card, or Direct Debit account. DrTuberCams may apply additional taxes as required in your region. You warrant and represent that you have been made fully aware of, and that you give your express consent willingly and knowingly for such authorization for said such amount(s). Customers may avoid charges entirely by choosing to limit their interactions to the free guest chat interface and to avoid other fee-based areas of the service. However, fee-based chats in which you interact via the text/video chat interface will incur charges to you at the rate set by the Performer as well as any additional taxes that apply. These fees and additional taxes are prominently disclosed to you prior to your willing entrance into the fee-based chat interface. For billing inquiries, or to request a detailed statement of your usage, email supportteam@drtubercams.com.

When using direct prepay payment methods (such as giropay), DrTuberCams will process a minimum deposit transaction and deposit that amount on your account. DrTuberCams will set a minimum deposit amount at its discretion. At the time of purchase, the credit on account will be converted to USD for you to spend on DrTuberCams. The conversion from Euro to USD will be converted at the "current conversion rate" as known by DrTuberCams. Credits on account can be used at any time. Additional credit can be added to the credit balance on account at any time by the user. Deposits left unused for greater than 6 months will expire at the discretion of DrTuberCams.

If DrTuberCams does not receive payment from the credit or debit card issuer or its agents, or the bank authorizing the Direct Debit account, for your usage of DrTuberCams, you agree to pay all amounts due upon demand by DrTuberCams. Each time you use DrTuberCams you agree and reaffirm that DrTuberCams is authorized to charge your designated card or Direct Debit account. Your card issuer agreement or bank account agreement governs your use of your designated card or account in connection with DrTuberCams, and you must refer to that agreement and not this TOS with respect to your rights and liabilities as a card holder or as a holder of a bank account. You agree that DrTuberCams may, at its option, accumulate charges incurred during your billing cycle and submit them as one or more aggregate charges during or at the end of each cycle. This means that accumulated charges may appear on the statement you receive from your bank or card issuer. Further, you agree that DrTuberCams may delay obtaining authorization from your bank or card issuer until submission of the accumulated charges; this delay time is defined by DrTuberCams. You acknowledge that if you want to see the components of accumulated charges you may do so by emailing supportteam@drtubercams.com.

If DrTuberCams does not receive the full amount of your DrTuberCams account balance within thirty (30) days of the invoice date, an additional 1.5% (or the highest amount allowed by law, whichever is lower) per month late charge may be added to your bill and immediately become due and payable, at the sole discretion of DrTuberCams. You shall be liable for all attorney and collection fees arising from DrTuberCams's efforts to collect any unpaid balance of your account(s). You agree to be billed for and to pay any outstanding balance in the event of cancellation or termination of your DrTuberCams account. Unless you notify DrTuberCams of any discrepancies within thirty (30) days after they first appear on your account statement, they will be deemed acceptable by you for all purposes, including resolution of inquiries made by your card issuer or bank. You release DrTuberCams from all liabilities and claims of loss resulting from any error or discrepancy that is not reported to DrTuberCams within thirty (30) days of its publication.

DrTuberCams RESERVES THE RIGHT, AT ANY TIME, TO CHANGE ITS FEES AND BILLING METHODS, INCLUDING THE ADDITION OF SUPPLEMENTAL FEES OR SEPARATE CHARGES FOR ONLINE AREAS, CONTENT, PREMIUM MEMBERSHIPS, OR SERVICES PROVIDED BY DrTuberCams OR ITS AFFILIATES. DrTuberCams MAY ALSO ELECT, AT ITS DISCRETION, TO SUPPLEMENT SUCH NOTICE OF BILLING CHARGES THROUGH POP-UPS, EMAIL, MEMBER INBOX ON SITE, THROUGH THE U.S. MAIL TO THE ACCOUNT HOLDER, OR BY ANY OTHER MEANS DEEMED REASONABLE BY DrTuberCams. If any such change is unacceptable to you, you may terminate your membership as provided below. Your continued use of DrTuberCams following the effective date shall constitute your acceptance of such change.

You are responsible for all charges associated with connecting to DrTuberCams. You agree that any charges incurred to access the Internet, including but not necessarily limited to telephone charges and access fees billed by your Internet Service Provider, are entirely your responsibility. Depending on your particular location and chosen Internet Service Provider, you may be subject to long distance charges and/or other communication surcharges, which are your responsibility. You acknowledge that if you want to see the detailed components of accumulated charges, you may do so by sending

email to supportteam@drtubercams.com

If you are paying dollar-based fees in a currency other than U.S. dollars, your bank or financial institution may impose fees for currency exchange and for international transactions. For example, Visa and MasterCard charge a 1% processing fee on international transactions, and most card-issuing banks add their own small additional fees, generally a percentage of your overall purchase price. Similar considerations apply for any other mismatch between the currency in which fees are quoted on the site and the currency in which you make your actual payments.

The Washington State sales tax on video and club membership purchases is included in all published prices. No sales tax will be added to published prices on these purchases.

Funds transferred to your DrTuberCams account, as well as discounts and promotional pricing associated with your account, will expire as applicable, except where prohibited by state or regional laws. DrTuberCams reserves the right to set the expiration date of these items at their discretion.

Billing is provided by:

| | |
|---|---|
| ICF Technology, Inc. | ICF Tech EU BV |
| PO Box 21508 | Kabelweg 37 |
| Seattle, WA 98111 | 1014 BA Amsterdam |
| USA | Netherlands |

## Rights and Responsibilities

CONTENT.

You acknowledge that: (i) DrTuberCams contains information, communications, software, photos, videos, graphics, music, sounds, and other material and services (collectively "Content"); (ii) Such Content is provided under license by Independent Content Providers ("ICPs"), other Members, DrTuberCams and its affiliates; and (iii) At minimum, DrTuberCams owns a copyright in the selection, coordination, arrangement, and enhancement of such Content. Each Member and any user of Member's account must evaluate, and bear the risk associated with any reliance on the accuracy, completeness or usefulness of any Content. DrTuberCams does not pre-screen Content as a matter of policy: however DrTuberCams, its affiliates,and ICPs shall have the right, but not the responsibility, to remove Content that they deem harmful, offensive or otherwise in violation of the TOS. Accordingly, you acknowledge that neither DrTuberCams, its affiliates, nor any ICP shall assume or have any liability for any action or inaction by DrTuberCams or its affiliates, or any ICP, with respect to Content, or Content changes within, DrTuberCams.

PROPRIETARY RIGHTS.

You acknowledge the following: (i) DrTuberCams permits access to Content that is protected by copyrights, trademarks, and other intellectual and proprietary rights ("Rights"); (ii) These Rights are valid and protected in all media and technologies existing now or later developed; and (iii) Except as explicitly provided otherwise, the TOS, applicable copyright and other laws govern your use of Content.

You agree that you may transmit on or through DrTuberCams only Content that (1) is not subject to any Rights, or (2) any holder of Rights has given express authorization for distribution on DrTuberCams. You represent that if you upload any files, you have the legal authorization to do so. You agree that DrTuberCams may employ virus-checking technology to protect its system and its members from viruses. By submitting Content to any "public area" of DrTuberCams, you grant DrTuberCams and its affiliates the royalty-free, perpetual, irrevocable, non-exclusive right (including any moral rights) and license to use, reproduce, modify, adapt, publish, translate, create derivative works from, distribute, communicate to the public, perform and display the Content (in whole or in part) worldwide and/or to incorporate it in other works in any form, media or technology now known or later developed, for the full term of any rights that may exist in such Content. You also warrant that the holder of any Rights, including moral rights in such Content, has completely and effectively waived all such Rights and validly and irrevocably granted to you the right to grant the license stated above. You also permit any Member and authorized user to access, display, view, store and reproduce the Content for personal use. Subject to the foregoing, the owner of Content placed on DrTuberCams retains any and all Rights that may exist in such Content.

CONDUCT AND COMMUNICATION

You acknowledge that DrTuberCams may contain material that may be inappropriate for minors. You recognize that communication over DrTuberCams often occurs in real time or is posted on one of DrTuberCams's chat rooms. You acknowledge that DrTuberCams cannot, and does not intend to, screen communication in advance for accuracy or conformance to the TOS or any laws. However, DrTuberCams may elect, at its sole discretion, to monitor some, all, or none of DrTuberCams public areas for adherence to the TOS. Accordingly, you acknowledge that neither DrTuberCams, its affiliates, nor any ICP shall assume or have any liability for any action or inaction by DrTuberCams, its affiliates, or any ICP with respect to Content on DrTuberCams. Any conduct by a Member that in DrTuberCams's sole discretion restricts or inhibits any other Member, person or entity from using or enjoying DrTuberCams or another service shall entitle DrTuberCams to immediately terminate membership without notice. You agree to use DrTuberCams only for lawful purposes. You may not use, or allow others to use, your DrTuberCams account, either directly or indirectly, to:

(1) post, transmit, or promote any unlawful, harmful, threatening, abusive, harassing, defamatory, obscene, hateful, racially, ethnically or otherwise objectionable Content; (2) harass, threaten, embarrass, or cause distress, unwanted attention or discomfort upon another Member or user of DrTuberCams or other person or entity; (3) post, transmit, promote, link, or facilitate the distribution of content that may generally be considered obscene, including, but not necessarily limited to, bestiality, urination/defecation, fisting, incest, extreme sado-masochism or bondage presented in a sexual context, or any presentation of minors engaged in intimate physical contact or sexual situations, acted or depicted. (4) disrupt the normal flow of dialogue in a chat room or on a message board or otherwise act in a manner that negatively affects other Members, users, individuals or entities, such as causing the screen to "scroll" faster than other Members or users are able to type to it or any action to a similar disruptive effect; (5) impersonate any person or entity, including, but not limited to, a DrTuberCams official, an ICP, forum leader, guide or host, or communicate under a false name or a name that you are not entitled or authorized to use, or impersonate a minor; (6) post or transmit, or cause to be posted or transmitted, chain letters or pyramid schemes; (7) post or transmit, or cause to be posted or transmitted, any unsolicited advertising, promotional materials, or other forms of solicitation to other Members, individuals or entities, or collect or harvest screen names of other Members, without permission; (8) post or transmit, or cause to be posted or transmitted, any communication or solicitation designed or intended to obtain password, account, or private financial information from any Member; (9) violate any operating rules, policies or guidelines of any other interactive service, including, but not limited to, the operating policies of the International Areas; or (10) intentionally or unintentionally violate any applicable local, state, national, international or foreign law, including, but not limited to, any rules or regulations having the force of law.

DrTuberCams reserves the right to protect its Members and DrTuberCams from offensive email communication, including, but not limited to, the right to block mass email solicitations, or "junk email."

You also agree and accept that as new products become available on or through DrTuberCams, your use of these products is subject to the TOS. In

addition to Content and services provided by ICPs, DrTuberCams, and its affiliates, others may offer Content, software or other services to Members with their own terms and conditions relating to your use. Failure to abide by these terms and conditions may result in termination of membership. Furthermore, other such networks, including Internet areas, may subject Members to their own usage policies.

## Privacy Policy

INTRODUCTION

General. The following presents important information relating to DrTuberCams's comprehensive Privacy Policy. Because protecting your privacy is very important to DrTuberCams, we have established a privacy policy that safeguards your personal information, and are committed to protecting its confidentiality. We will limit the collection and use of personal information, or Individual Information (as defined below), to what is necessary to administer our business, provide you with the highest quality service, and offer you opportunities we think will be of interest. We will NOT disclose any Individual Information, unless by order of subpoena, or if the disclosure of Individual Information to your credit or debit card bank or the bank with which you hold a Direct Debit account may help us prove the legitimacy of your credit card or debit charge or bill. We actively participate in industry associations and community groups to support strong and effective privacy guidelines and practices in the interactive environment.
Types of Individual Information. Individual Information is any information, data or records that relate to your DrTuberCams membership or use of DrTuberCams and identifies you or your individual Member account. The three types of Individual Information are; (1) "identity and billing information," such as your name, street address, telephone number, billing information, and any screen names associated with your account; (2) "navigational and transactional information," such as information about where you go or what you buy through DrTuberCams; (3) "private communications," such as the contents of email, or private chat room communications.
MEMBER IDENTITY AND BILLING INFORMATION

Collection and Storage. We may maintain the following types of identity and billing information: your name, street address, telephone number(s), length of membership, and payment information. We may also keep information on your communications with our Customer Service department and Performers, and general account history, such as accumulated usage credits or written complaints relating to your account. We safeguard Individual Information from unauthorized access and only authorized employees or agents who need to carry out legitimate business functions are permitted access to Members' Individual Information. Employees who violate DrTuberCams privacy policies are subject to disciplinary actions, including termination when appropriate. We may use agents, who are bound by strict confidentiality guidelines, to perform storage, processing, and other limited functions on DrTuberCams's behalf.
Use. We use identity and billing information to administer our business, ensure that you are properly billed and offer you opportunities (e.g. pop-ups or email) that may be of interest.
Disclosure. We do not release Members' telephone numbers, credit or debit card numbers, or checking account or other bank account numbers (or other Individual Information, such as navigational or transactional information or private communications content). Our policy is not to disclose identity information to third parties that would link a Members screen name(s) with a Members actual name, unless required to do so by law or legal process served on DrTuberCams (e.g. a subpoena). DrTuberCams, at its sole discretion, reserves the right to make exceptions to this policy in extraordinary circumstances on a case-by-case basis. When feasible, we do allow our Members to access and verify their Member Identity and Billing Information. We also allow our Members to request corrections to this Information. DrTuberCams intends to abide by applicable laws governing the disclosure to governmental entities of Individual Information and other records. If we are under a legal obligation to disclose Individual Information to a private citizen or entity, we may make efforts under the circumstances to notify the affected Member(s) in advance of releasing it in order to provide the Member(s) an opportunity to pursue any available legal protection.
Compelling Obligation.
Although DrTuberCams will take reasonable measures not to disclose information about you or the contents of your communications, we may be compelled to do so in the good faith belief that such action is reasonably necessary (a) to comply with the law; (b) to comply with legal process; (c) to enforce these terms and conditions; (d) to respond to claims that any content violates the rights of third parties; or (e) to protect the interests of DrTuberCams or others.
NAVIGATIONAL AND TRANSACTIONAL INFORMATION

Collection. We may collect and store certain navigational and transactional information, such as data on the choices you make from the range of available services, and the times and ways you use DrTuberCams.
Use. DrTuberCams uses navigational and transactional information to personalize DrTuberCams and for programming and editorial research. For example, we may use this information to understand our Members' reactions to menu items, Content, and services offered through DrTuberCams and to customize DrTuberCams based on our Members' interests.
Disclosure. DrTuberCams will not disclose to third parties navigational or transactional information (e.g. what you view through DrTuberCams), except to comply with applicable law or valid legal process (e.g. search warrant or court order).
PRIVATE COMMUNICATIONS

Collection and Storage. The DrTuberCams computer system does record and retain all chat room communications. However, to keep copies of any communications, you should store them on your personal computer hard drive or in print form. You agree that DrTuberCams may employ email virus-checking technology to protect its system and its members from viruses.
Use. DrTuberCams treats private communications on or through DrTuberCams as strictly confidential. DrTuberCams does not access, use or disclose the contents of private communications, except in limited circumstances as specifically provided below. You acknowledge that private communications directed at a person or entity, including DrTuberCams, may be used or disclosed by the intended recipient(s) without restrictions relating to privacy or confidentiality.
Disclosure. DrTuberCams does not access or disclose the contents of private communications (e.g. email, private rooms, online communications), unless it in good faith believes that such action is necessary (1) to comply with applicable law or valid legal process (e.g. search warrant or court order); (2) to protect the rights or property of DrTuberCams; or (3) in emergencies when DrTuberCams believes that physical safety is at risk. DrTuberCams reserves the right to treat as public any private chat room whose directory or room name is published or becomes generally known or available.

## DrTuberCams Software Licenses

If you are a Performer, DrTuberCams grants to you a non-exclusive, limited license to use DrTuberCams software to transmit your personal video signal to DrTuberCams from authorized locations in accordance with this agreement. This license is subject to the restriction that, except where expressly

permitted by law, you may not translate, reverse-engineer or re-compile or decompile, disassemble or make derivative works from, DrTuberCams software. You may not modify DrTuberCams software or use it in any way not expressly authorized in these Rules. You agree and accept that DrTuberCams introduction of various technologies may not be consistent across all platforms.

## Warranty

MEMBER EXPRESSLY AGREES THAT THE USE OF DrTuberCams AND DrTuberCams SOFTWARE ARE AT MEMBERS' SOLE RISK. DrTuberCams, DrTuberCams SOFTWARE, AND DrTuberCams PRODUCTS ARE PROVIDED "AS IS" AND "AS AVAILABLE" FOR YOUR PERSONAL USE, WITHOUT WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, UNLESS SUCH WARRANTIES ARE LEGALLY INCAPABLE OF EXCLUSION. DrTuberCams PROVIDES THE DrTuberCams SERVICE ON A COMMERCIALLY REASONABLE BASIS AND DOES NOT GUARANTEE THAT MEMBERS WILL BE ABLE TO ACCESS THE SERVICE AT A TIME OR LOCATION OF THEIR CHOOSING, OR THAT IT WILL HAVE ADEQUATE CAPACITY FOR THE SERVICE AS A WHOLE OR FOR PARTICULAR PRODUCTS. DrTuberCams ENTIRE LIABILITY AND YOUR EXCLUSIVE REMEDY WITH RESPECT TO USE OF DrTuberCams, DrTuberCams SOFTWARE, AND THE INTERNET SHALL BE THE REPLACEMENT OF ANY DrTuberCams SOFTWARE FOUND TO BE DEFECTIVE. BECAUSE SOME STATES OR JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR THE LIMITATION OF LIABILITY FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES, IN SUCH STATES OR JURISDICTIONS, DrTuberCams'S LIABILITY SHALL BE LIMITED TO THE EXTENT PERMITTED BY LAW. DrTuberCams DOES NOT ENDORSE, WARRANT OR GUARANTEE ANY PRODUCT OR SERVICE OFFERED THROUGH DrTuberCams, EXCEPT AS EXPRESSLY PROVIDED ELSEWHERE, AND WILL NOT BE A PARTY TO OR IN ANY WAY MONITOR ANY TRANSACTION BETWEEN YOU AND THIRD-PARTY PROVIDERS OF PRODUCTS OR SERVICES.

## Indemnification

Upon DrTuberCams's request, Member agrees to defend, indemnify and hold harmless DrTuberCams, its affiliated companies, partners, its employees, contractors, officers, directors, telecommunications providers, ICPs from all liabilities, claims and expenses, including attorneys fees, that arise from breach of the TOS by use of, or in connection with, the transmission of any Content on DrTuberCams or the Internet by or through Members accounts. DrTuberCams reserves the right, at its own expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by Member hereunder. In such event, Member shall have no further obligation to provide indemnification for such matter.

## Termination

Either you or DrTuberCams may terminate your membership at any time. This is your sole right and remedy with respect to any dissatisfaction with DrTuberCams, including, but not limited to, (1) any TOS term, policy or practice of DrTuberCams in operating DrTuberCams, (2) Content available through DrTuberCams or change therein, or (3) any amount or type of fees, surcharges, billing methods, or change therein. You can terminate your membership by delivering notice to DrTuberCams's Customer Service Department by any reasonable method, including email to supportteam@drtubercams.com. To ensure effective cancellation, please provide your DrTuberCams login name, your full name, or the last 4 digits of the credit card number used to establish your account, or the country and full account number of your Direct Debit account. Your termination will take effect immediately upon DrTuberCams's receipt of your adequate notice as described above.

In the event that your account is terminated or canceled, no refund, including any membership fees, will be granted; no online time or other credits will be credited to you or can be converted to cash or other form of reimbursement. Active DrTuberCams Members may not allow former Members or other agents whose memberships have been terminated to use their accounts. Any delinquent or unpaid accounts or accounts with unresolved issues with the Customer Service department or other DrTuberCams departments must be concluded before you may re-register with DrTuberCams. Members using multiple accounts without prior express written permission from DrTuberCams shall have their membership terminated.

## Law

To the extent any conflict between this agreement and other rules exists, this agreement shall take precedence. If any part of the TOS is held invalid or unenforceable, that portion shall be construed consistent with applicable law to reflect, as nearly as possible, the original intentions of the parties, and the remaining portions remain in full force and effect. The laws of the State of Washington govern the TOS and your membership. As noted above, Member conduct may be subject to other local, state, and national laws. Member expressly agrees that exclusive jurisdiction for any claim or dispute resides in the courts of the State of Washington. Member further agrees and expressly consents to the exercise of personal jurisdiction in the State of Washington in connection with any dispute or claim involving DrTuberCams.

You agree to abide by U.S. and other applicable export control laws and not to transfer, by electronic transmission or otherwise, any Content or software subject to restrictions under such laws to a national destination prohibited under such laws, without first obtaining, and then complying with, any requisite government authorization. You further agree not to upload to DrTuberCams any data or software that cannot be exported without prior written government authorization, including, but not limited to, certain types of encryption software. This assurance and commitment shall survive termination of this agreement.

## Legal Notices

Under California Civil Code Section 1789.3, California Members are entitled to the following specific consumer rights information: (consumers residing in other states may also be entitled by statute to the following information)

Pricing Information. There is no fee for basic membership to DrTuberCams. However, you may be subject to internet access charges as required by your local or national Internet Service Carrier/Provider. Certain fee-only Performers may set a price and terms that govern and restrict access to their respective chat. Moreover, a nominal onetime application of a two dollar ($2 USD) authorization may be applied to your credit or debit card upon initial enrollment, which DrTuberCams uses to confirm the integrity of your account information. The authorization will expire within 7 days and the entire amount refunded to your credit or debit card. (Also, federal legislation such as the Child Online Protection Act (COPA) and communications Decency Act (CDA) mandates such practices upon certain online publishers like DrTuberCams as documentary evidence of user maturity and majority age). Customers may avoid charges entirely by choosing to limit their interactions with Performers to a free guest-only chat interface and to avoid other fee-based areas of the service. However, fee-based chats in which you interact via the text/video chat interface will incur charges to you at the rate set by the Performer. These fees are prominently disclosed to you prior to your willing entrance into the fee-based video chat interface. For billing inquiries, or to request a detailed statement of your usage, email supportteam@drtubercams.com. DrTuberCams reserves the right to change fees, surcharges, membership fees or to institute new fees at any time upon with prior written notice, as posted in highly-visible public areas of the DrTuberCams

website, as provided for in the Terms of Service.

## Need Assistance?

💬 LIVE CHAT SUPPORT

✉ EMAIL

📞 PHONE

Home
Need Assistance? 

*All models appearing on this website are 18 years or older.*
*18 U.S.C. 2257 and 2257A Record-Keeping Requirements Compliance Statement*
*DMCA Notice of Copyright Infringement | Terms & Conditions | Privacy Policy*

# EXHIBIT "L"



5/2/2016 12:34:01 PM

# EXHIBIT "M"

IRS Department of the Treasury
Internal Revenue Service

OGDEN  UT  84201-0038

In reply refer to:  0441645756
June 12, 2009  LTR 4168C  EO
20-4355533   000000 00 000   R
                    00032866
BODC: TE

WEBSITE RATING AND ADVISORY COUNCIL
 INC
10840 SW 113TH PL
MIAMI  FL  33176-3227

006526

          Employer Identification Number:  20-4355533
                    Person to Contact:  Kellie Hess
          Toll Free Telephone Number:  1-877-829-5500

Dear Taxpayer:

This is in response to your request of June 03, 2009, regarding your
tax-exempt status.

Our records indicate that a determination letter was issued in
Auguest 2007, that recognized you as exempt from Federal income tax,
and discloses that you are currently exempt under section 501(c)(3)
of the Internal Revenue Code.

Our records also indicate you are not a private foundation within the
meaning of section 509(a) of the Code because you are described in
section(s) 509(a)(1) and 170(b)(1)(A)(vi).

Donors may deduct contributions to you as provided in section 170 of
the Code. Bequests, legacies, devises, transfers, or gifts to you or
for your use are deductible for Federal estate and gift tax purposes
if they meet the applicable provisions of sections 2055, 2106, and
2522 of the Code.

If you have any questions, please call us at the telephone number
shown in the heading of this letter.

                         Sincerely yours,

                         Rita A. Leete

                         Rita A. Leete
                         Accounts Management II

ZR  00  000000  2009ZZ      ZG
R33463                                    TE3              204355533
Department of the Treasury
Internal Revenue Service                        Date of this notice: **June 15, 2009**
EO RULINGS AND AGREEMENTS                        Notice Number: CP-158
PO BOX 2508                                      Taxpayer Identification Number:
CINCINNATI  OH      45201                           **20-4355533**

050934.615784.0157.004 1 AT 0.357 535            Advance Ruling Period Ending Date:
|..ll..ll....lll..l.ll....ll...l.l.l.ll...l.l.ll...l.ll            **December 31, 2010**

WEBSITE RATING & ADVISORY COUNSEL               For assistance, call:
INC                                              **1-877-829-5500**
10840 SW 113TH PL
MIAMI   FL    33176-3227402

050934

Our records indicate that you were issued an advance ruling letter that treated you as
a public charity, rather than a private foundation, during an advance ruling period that
ends on the date indicated above.  That letter required you to file IRS Form 8734 at the
end of your advance ruling period to establish that you qualify as a public charity.

New IRS regulations changed the procedures governing your public charity status. You
are no longer required to file Form 8734 at the end of the ruling period. The regulations
also provide that donors can rely on your advance ruling letter with respect to your public
charity status unless the IRS changes that status, based on the organization no longer
meeting an applicable public support test, and publishes notice of the change.

If you have received Form 8734 from the IRS, please do not file it.  Please keep your
advance ruling letter along with this letter for your permanent records.

The regulations also changed the rules for computing public support, consistent with the
redesigned Form 990, Return of Organization Exempt from Income Tax. For more
information regarding those rules and the redesigned Form 990, please see the IRS
website at www.irs.gov/eo.

(Rev. 07/2008)

# EXHIBIT "N"

(/member/advertiser/myaccount)

ADVERTISER

My Profile (/member/editprofile) | Help Center (/help-center/account-management) | Notifications  **1**  (/announcement/) | Sign Out (/member/logout)

Account Balance: █████  **+ Add Funds (/member/payment/step1/)**

**DASHBOARD (/MEMBER/ADVERTISER/MYACCOUNT)**     **CAMPAIGNS (/CAMPAIGN/)**     **FINANCE (/REPORT/FUNDPAYMENTS)**

**TOOLS (/SPOT/PRICING)**     **REPORTS (/REPORT/DAILYREPORT)**     **AFFILIATES (/AFFILIATES)**     **REFERRAL PROGRAM (/REFERRAL-PROGRAM/)**

**Pricing & Inventory (/spot/pricing)**     GEO Opportunities (/member/opportunities)     Conversion Trackers (/tracker)     Image Bank (/creative/)

Manage Labels (/labels/)     Bids List (/spot/bidslist)     Spot Preview (/advertisers/sites-and-spots)     TJ Analytics (/analytics)

## DAILY AVERAGE PRICING & INVENTORY

| DAILY IMPRESSIONS | DAILY AVG. CPM |
|---|---|
| **162,880,000** | **$0.220** |

| Target Device | Target Group | Keyword Targeting | Country | | |
|---|---|---|---|---|---|
| PC | Straight | All | United Sta... | Apply Filters | Clear Filters |

Export ▾



| Target Device | Target Group | Spot | Dimensions | Min. Bid | CPM Bid | Impressions | Action |
|---|---|---|---|---|---|---|---|
| PC | Straight | Pornhub PC - Video A | 315 x 300 | $0.080 | $0.282 | 20,000,000 | Buy Traffic (/campaign/add/47/US) |
| PC | Straight | Pornhub PC - Video B | 315 x 300 | $0.080 | $0.272 | 20,000,000 | Buy Traffic (/campaign/add/48/US) |
| PC | Straight | Pornhub PC - Top Right Square | 315 x 300 | $0.060 | $0.558 | 9,000,000 | Buy Traffic (/campaign/add/49/US) |
| PC | Straight | Pornhub PC - Footer | 950 x 250 | $0.040 | $0.083 | 4,000,000 | Buy Traffic (/campaign/add/50/US) |
| PC | Straight | Pornhub PC - Footer Squares | 300 x 250 | $0.030 | $0.039 | 50,000,000 | Buy Traffic (/campaign/add/51/US) |
| PC | Straight | Pornhub PC - Inplayer 300x250 | 300 x 250 | $0.070 | $0.609 | 7,000,000 | Buy Traffic (/campaign/add/30981/US) |



| Target Device | Target Group | Spot | Dimensions | Min. Bid | CPM Bid | Impressions | Action |
|---|---|---|---|---|---|---|---|
| PC | Straight | KeezMovies PC - Video A | 315 x 300 | $0.080 | $0.476 | 200,000 | Buy Traffic (/campaign/add/52/US) |
| PC | Straight | KeezMovies PC - Video B | 315 x 300 | $0.080 | $0.281 | 200,000 | Buy Traffic (/campaign/add/53/US) |
| PC | Straight | KeezMovies PC - Top Right Square | 315 x 300 | $0.060 | $0.319 | 60,000 | Buy Traffic (/campaign/add/54/US) |
| PC | Straight | KeezMovies PC - Footer | 950 x 250 | $0.040 | $0.060 | 20,000 | Buy Traffic (/campaign/add/55/US) |
| PC | Straight | KeezMovies PC - Footer Squares | 300 x 250 | $0.010 | $0.035 | 300,000 | Buy Traffic (/campaign/add/56/US) |


EXTREMETUBE
VIEWER DISCRETION ADVISED

| Target Device | Target Group | Spot | Dimensions | Min. Bid | CPM Bid | Impressions | Action |
|---|---|---|---|---|---|---|---|

Inline Manual



(/member/advertiser/myaccount)

ADVERTISER

My Profile (/member/editprofile) | Help Center (/help-center/account-management) | Notifications **1** (/announcement/) | Sign Out (/member/logout)

Account Balance: ▮ **+ Add Funds (/member/payment/step1/)**

## DASHBOARD (/MEMBER/ADVERTISER/MYACCOUNT)    CAMPAIGNS (/CAMPAIGN/)    FINANCE (/REPORT/FUNDPAYMENTS)

## TOOLS (/SPOT/PRICING)    REPORTS (/REPORT/DAILYREPORT)    AFFILIATES (/AFFILIATES)    REFERRAL PROGRAM (/REFERRAL-PROGRAM/)

**Pricing & Inventory (/spot/pricing)**    GEO Opportunities (/member/opportunities)    Conversion Trackers (/tracker)    Image Bank (/creative/)

Manage Labels (/labels/)    Bids List (/spot/bidslist)    Spot Preview (/advertisers/sites-and-spots)    TJ Analytics (/analytics)

## DAILY AVERAGE PRICING & INVENTORY

| DAILY IMPRESSIONS | DAILY AVG. CPM |
|---|---|
| 25,621,000 | $0.064 |

| Target Device | Target Group | Keyword Targeting | Country | | | |
|---|---|---|---|---|---|---|
| PC | Straight | All | Brazil | Apply Filters | Clear Filters | Export ▼ |



| Target Device | Target Group | Spot | Dimensions | Min. Bid | CPM Bid | Impressions | Action |
|---|---|---|---|---|---|---|---|
| PC | Straight | Pornhub PC - Video A | 315 x 300 | $0.080 | $0.086 | 2,000,000 | Buy Traffic (/campaign/add/47/BR) |
| PC | Straight | Pornhub PC - Video B | 315 x 300 | $0.053 | $0.058 | 2,000,000 | Buy Traffic (/campaign/add/48/BR) |
| PC | Straight | Pornhub PC - Top Right Square | 315 x 300 | $0.060 | $0.060 | 500,000 | Buy Traffic (/campaign/add/49/BR) |
| PC | Straight | Pornhub PC - Footer | 950 x 250 | $0.040 | $0.040 | 300,000 | Buy Traffic (/campaign/add/50/BR) |
| PC | Straight | Pornhub PC - Footer Squares | 300 x 250 | $0.030 | $0.032 | 4,000,000 | Buy Traffic (/campaign/add/51/BR) |
| PC | Straight | Pornhub PC - Inplayer 300x250 | 300 x 250 | $0.070 | $0.072 | 500,000 | Buy Traffic (/campaign/add/30981/BR) |



| Target Device | Target Group | Spot | Dimensions | Min. Bid | CPM Bid | Impressions | Action |
|---|---|---|---|---|---|---|---|
| PC | Straight | KeezMovies PC - Video A | 315 x 300 | $0.080 | $0.085 | 50,000 | Buy Traffic (/campaign/add/52/BR) |
| PC | Straight | KeezMovies PC - Video B | 315 x 300 | $0.080 | $0.090 | 30,000 | Buy Traffic (/campaign/add/53/BR) |
| PC | Straight | KeezMovies PC - Top Right Square | 315 x 300 | $0.060 | $0.060 | 3,000 | Buy Traffic (/campaign/add/54/BR) |
| PC | Straight | KeezMovies PC - Footer | 950 x 250 | $0.040 | $0.040 | 4,000 | Buy Traffic (/campaign/add/55/BR) |
| PC | Straight | KeezMovies PC - Footer Squares | 300 x 250 | $0.010 | $0.010 | 50,000 | Buy Traffic (/campaign/add/56/BR) |


EXTREMETUBE
VIEWER DISCRETION ADVISED

| Target Device | Target Group | Spot | Dimensions | Min. Bid | CPM Bid | Impressions | Action |
|---|---|---|---|---|---|---|---|

Inline Manual



(/member/advertiser/myaccount)

ADVERTISER

Account Balance: ███ **+ Add Funds (/member/payment/step1/)**

███ My Profile (/member/editprofile) | Help Center (/help-center/account-management) | Notifications **1** (/announcement/) | Sign Out (/member/logout)

**DASHBOARD (/MEMBER/ADVERTISER/MYACCOUNT)**    **CAMPAIGNS (/CAMPAIGN/)**    **FINANCE (/REPORT/FUNDPAYMENTS)**

**TOOLS (/SPOT/PRICING)**    **REPORTS (/REPORT/DAILYREPORT)**    **AFFILIATES (/AFFILIATES)**    **REFERRAL PROGRAM (/REFERRAL-PROGRAM/)**

**Pricing & Inventory (/spot/pricing)**    GEO Opportunities (/member/opportunities)    Conversion Trackers (/tracker)    Image Bank (/creative/)

Manage Labels (/labels/)    Bids List (/spot/bidslist)    Spot Preview (/advertisers/sites-and-spots)    TJ Analytics (/analytics)

## DAILY AVERAGE PRICING & INVENTORY

**DAILY IMPRESSIONS**
50,578,000

**DAILY AVG. CPM**
$0.134

| Target Device | Target Group | Keyword Targeting | Country | | | |
|---|---|---|---|---|---|---|
| PC | Straight | All | Germany | Apply Filters | Clear Filters | Export |



| Target Device | Target Group | Spot | Dimensions | Min. Bid | CPM Bid | Impressions | Action |
|---|---|---|---|---|---|---|---|
| PC | Straight | Pornhub PC - Video A | 315 x 300 | $0.080 | $0.215 | 3,000,000 | Buy Traffic (/campaign/add/47/DE) |
| PC | Straight | Pornhub PC - Video B | 315 x 300 | $0.080 | $0.194 | 4,000,000 | Buy Traffic (/campaign/add/48/DE) |
| PC | Straight | Pornhub PC - Top Right Square | 315 x 300 | $0.060 | $0.193 | 2,000,000 | Buy Traffic (/campaign/add/49/DE) |
| PC | Straight | Pornhub PC - Footer | 950 x 250 | $0.040 | $0.058 | 600,000 | Buy Traffic (/campaign/add/50/DE) |
| PC | Straight | Pornhub PC - Footer Squares | 300 x 250 | $0.030 | $0.038 | 8,000,000 | Buy Traffic (/campaign/add/51/DE) |
| PC | Straight | Pornhub PC - Inplayer 300x250 | 300 x 250 | $0.070 | $0.185 | 1,000,000 | Buy Traffic (/campaign/add/30981/DE) |

| Target Device | Target Group | Spot | Dimensions | Min. Bid | CPM Bid | Impressions | Action |
|---|---|---|---|---|---|---|---|
| PC | Straight | KeezMovies PC - Video A | 315 x 300 | $0.080 | $0.197 | 80,000 | Buy Traffic (/campaign/add/52/DE) |
| PC | Straight | KeezMovies PC - Video B | 315 x 300 | $0.080 | $0.178 | 50,000 | Buy Traffic (/campaign/add/53/DE) |
| PC | Straight | KeezMovies PC - Top Right Square | 315 x 300 | $0.060 | $0.090 | 9,000 | Buy Traffic (/campaign/add/54/DE) |
| PC | Straight | KeezMovies PC - Footer | 950 x 250 | $0.040 | $0.040 | 7,000 | Buy Traffic (/campaign/add/55/DE) |
| PC | Straight | KeezMovies PC - Footer Squares | 300 x 250 | $0.010 | $0.027 | 80,000 | Buy Traffic (/campaign/add/56/DE) |



| Target Device | Target Group | Spot | Dimensions | Min. Bid | CPM Bid | Impressions | Action |
|---|---|---|---|---|---|---|---|

Inline Manual

(/member/advertiser/myaccount)

ADVERTISER

My Profile (/member/editprofile) | Help Center (/help-center/account-management) | Notifications  **1**  (/announcement/) | Sign Out (/member/logout)

Account Balance: ▮ + Add Funds (/member/payment/step1/)

**DASHBOARD (/MEMBER/ADVERTISER/MYACCOUNT)**      **CAMPAIGNS (/CAMPAIGN/)**      **FINANCE (/REPORT/FUNDPAYMENTS)**

**TOOLS (/SPOT/PRICING)**      **REPORTS (/REPORT/DAILYREPORT)**      **AFFILIATES (/AFFILIATES)**      **REFERRAL PROGRAM (/REFERRAL-PROGRAM/)**

**Pricing & Inventory (/spot/pricing)**      GEO Opportunities (/member/opportunities)      Conversion Trackers (/tracker)      Image Bank (/creative/)

Manage Labels (/labels/)      Bids List (/spot/bidslist)      Spot Preview (/advertisers/sites-and-spots)      TJ Analytics (/analytics)

## DAILY AVERAGE PRICING & INVENTORY

| DAILY IMPRESSIONS | DAILY AVG. CPM |
|---|---|
| **31,853,000** | **$0.068** |

| Target Device | Target Group | Keyword Targeting | Country | | | |
|---|---|---|---|---|---|---|
| PC | Straight | All | Japan | Apply Filters | Clear Filters | Export ▾ |



| Target Device | Target Group | Spot | Dimensions | Min. Bid | CPM Bid | Impressions | Action |
|---|---|---|---|---|---|---|---|
| PC | Straight | Pornhub PC - Video A | 315 x 300 | $0.040 | $0.066 | 3,000,000 | Buy Traffic (/campaign/add/47/JP) |
| PC | Straight | Pornhub PC - Video B | 315 x 300 | $0.040 | $0.057 | 3,000,000 | Buy Traffic (/campaign/add/48/JP) |
| PC | Straight | Pornhub PC - Top Right Square | 315 x 300 | $0.060 | $0.064 | 600,000 | Buy Traffic (/campaign/add/49/JP) |
| PC | Straight | Pornhub PC - Footer | 950 x 250 | $0.040 | $0.040 | 400,000 | Buy Traffic (/campaign/add/50/JP) |
| PC | Straight | Pornhub PC - Footer Squares | 300 x 250 | $0.030 | $0.030 | 5,000,000 | Buy Traffic (/campaign/add/51/JP) |
| PC | Straight | Pornhub PC - Inplayer 300x250 | 300 x 250 | $0.070 | $0.070 | 600,000 | Buy Traffic (/campaign/add/30981/JP) |



| Target Device | Target Group | Spot | Dimensions | Min. Bid | CPM Bid | Impressions | Action |
|---|---|---|---|---|---|---|---|
| PC | Straight | KeezMovies PC - Video A | 315 x 300 | $0.080 | $0.080 | 20,000 | Buy Traffic (/campaign/add/52/JP) |
| PC | Straight | KeezMovies PC - Video B | 315 x 300 | $0.080 | $0.080 | 10,000 | Buy Traffic (/campaign/add/53/JP) |
| PC | Straight | KeezMovies PC - Top Right Square | 315 x 300 | $0.060 | $0.060 | 3,000 | Buy Traffic (/campaign/add/54/JP) |
| PC | Straight | KeezMovies PC - Footer | 950 x 250 | $0.040 | $0.040 | 2,000 | Buy Traffic (/campaign/add/55/JP) |
| PC | Straight | KeezMovies PC - Footer Squares | 300 x 250 | $0.010 | $0.010 | 20,000 | Buy Traffic (/campaign/add/56/JP) |

EXTREMETUBE
VIEWER DISCRETION ADVISED

| Target Device | Target Group | Spot | Dimensions | Min. Bid | CPM Bid | Impressions | Action |
|---|---|---|---|---|---|---|---|



ADVERTISER

Account Balance: ███  **+ Add Funds (/member/payment/step1/)**

███ My Profile (/member/editprofile) | Help Center (/help-center/account-management) | Notifications **1** (/announcement/) | Sign Out (/member/logout)

**DASHBOARD (/MEMBER/ADVERTISER/MYACCOUNT)**     **CAMPAIGNS (/CAMPAIGN/)**     **FINANCE (/REPORT/FUNDPAYMENTS)**

**TOOLS (/SPOT/PRICING)**     **REPORTS (/REPORT/DAILYREPORT)**     **AFFILIATES (/AFFILIATES)**     **REFERRAL PROGRAM (/REFERRAL-PROGRAM/)**

**Pricing & Inventory (/spot/pricing)**     GEO Opportunities (/member/opportunities)     Conversion Trackers (/tracker)     Image Bank (/creative/)

Manage Labels (/labels/)     Bids List (/spot/bidslist)     Spot Preview (/advertisers/sites-and-spots)     TJ Analytics (/analytics)

## DAILY AVERAGE PRICING & INVENTORY

| DAILY IMPRESSIONS | DAILY AVG. CPM |
|---|---|
| 22,502,000 | $0.079 |

| Target Device | Target Group | Keyword Targeting | Country | | | |
|---|---|---|---|---|---|---|
| PC | Straight | All | Poland | Apply Filters | Clear Filters | Export ▾ |



| Target Device | Target Group | Spot | Dimensions | Min. Bid | CPM Bid | Impressions | Action |
|---|---|---|---|---|---|---|---|
| PC | Straight | Pornhub PC - Video A | 315 x 300 | $0.080 | $0.100 | 2,000,000 | Buy Traffic (/campaign/add/47/PL) |
| PC | Straight | Pornhub PC - Video B | 315 x 300 | $0.080 | $0.151 | 2,000,000 | Buy Traffic (/campaign/add/48/PL) |
| PC | Straight | Pornhub PC - Top Right Square | 315 x 300 | $0.060 | $0.077 | 600,000 | Buy Traffic (/campaign/add/49/PL) |
| PC | Straight | Pornhub PC - Footer | 950 x 250 | $0.040 | $0.040 | 300,000 | Buy Traffic (/campaign/add/50/PL) |
| PC | Straight | Pornhub PC - Footer Squares | 300 x 250 | $0.030 | $0.030 | 4,000,000 | Buy Traffic (/campaign/add/51/PL) |
| PC | Straight | Pornhub PC - Inplayer 300x250 | 300 x 250 | $0.070 | $0.081 | 500,000 | Buy Traffic (/campaign/add/30981/PL) |



| Target Device | Target Group | Spot | Dimensions | Min. Bid | CPM Bid | Impressions | Action |
|---|---|---|---|---|---|---|---|
| PC | Straight | KeezMovies PC - Video A | 315 x 300 | $0.080 | $0.080 | 30,000 | Buy Traffic (/campaign/add/52/PL) |
| PC | Straight | KeezMovies PC - Video B | 315 x 300 | $0.080 | $0.090 | 20,000 | Buy Traffic (/campaign/add/53/PL) |
| PC | Straight | KeezMovies PC - Top Right Square | 315 x 300 | $0.060 | $0.060 | 3,000 | Buy Traffic (/campaign/add/54/PL) |
| PC | Straight | KeezMovies PC - Footer | 950 x 250 | $0.040 | $0.040 | 3,000 | Buy Traffic (/campaign/add/55/PL) |
| PC | Straight | KeezMovies PC - Footer Squares | 300 x 250 | $0.010 | $0.010 | 30,000 | Buy Traffic (/campaign/add/56/PL) |



| Target Device | Target Group | Spot | Dimensions | Min. Bid | CPM Bid | Impressions | Action |
|---|---|---|---|---|---|---|---|

Inline Manual



ADVERTISER

Account Balance: ██ + Add Funds (/member/payment/step1/)

██ My Profile (/member/editprofile) | Help Center (/help-center/account-management) | Notifications **1** (/announcement/) | Sign Out (/member/logout)

**DASHBOARD (/MEMBER/ADVERTISER/MYACCOUNT)**    **CAMPAIGNS (/CAMPAIGN/)**    **FINANCE (/REPORT/FUNDPAYMENTS)**

**TOOLS (/SPOT/PRICING)**    **REPORTS (/REPORT/DAILYREPORT)**    **AFFILIATES (/AFFILIATES)**    **REFERRAL PROGRAM (/REFERRAL-PROGRAM/)**

**Pricing & Inventory (/spot/pricing)**    GEO Opportunities (/member/opportunities)    Conversion Trackers (/tracker)    Image Bank (/creative/)

Manage Labels (/labels/)    Bids List (/spot/bidslist)    Spot Preview (/advertisers/sites-and-spots)    TJ Analytics (/analytics)

## DAILY AVERAGE PRICING & INVENTORY

**DAILY IMPRESSIONS**         **DAILY AVG. CPM**   
28,071,000

$0.078

| Target Device | Target Group | Keyword Targeting | Country | | |
|---|---|---|---|---|---|
| PC | Straight | All | Russian F...  | Apply Filters | Clear Filters |

Export ▾



| Target Device | Target Group | Spot | Dimensions | Min. Bid | CPM Bid | Impressions | Action |
|---|---|---|---|---|---|---|---|
| PC | Straight | Pornhub PC - Video A | 315 x 300 | $0.080 | $0.102 | 3,000,000 | Buy Traffic (/campaign/add/47/RU) |
| PC | Straight | Pornhub PC - Video B | 315 x 300 | $0.080 | $0.083 | 3,000,000 | Buy Traffic (/campaign/add/48/RU) |
| PC | Straight | Pornhub PC - Top Right Square | 315 x 300 | $0.060 | $0.129 | 800,000 | Buy Traffic (/campaign/add/49/RU) |
| PC | Straight | Pornhub PC - Footer | 950 x 250 | $0.040 | $0.040 | 400,000 | Buy Traffic (/campaign/add/50/RU) |
| PC | Straight | Pornhub PC - Footer Squares | 300 x 250 | $0.030 | $0.030 | 6,000,000 | Buy Traffic (/campaign/add/51/RU) |
| PC | Straight | Pornhub PC - Inplayer 300x250 | 300 x 250 | $0.070 | $0.075 | 700,000 | Buy Traffic (/campaign/add/30981/RU) |



| Target Device | Target Group | Spot | Dimensions | Min. Bid | CPM Bid | Impressions | Action |
|---|---|---|---|---|---|---|---|
| PC | Straight | KeezMovies PC - Video A | 315 x 300 | $0.080 | $0.114 | 30,000 | Buy Traffic (/campaign/add/52/RU) |
| PC | Straight | KeezMovies PC - Video B | 315 x 300 | $0.080 | $0.118 | 20,000 | Buy Traffic (/campaign/add/53/RU) |
| PC | Straight | KeezMovies PC - Top Right Square | 315 x 300 | $0.060 | $0.165 | 5,000 | Buy Traffic (/campaign/add/54/RU) |
| PC | Straight | KeezMovies PC - Footer | 950 x 250 | $0.040 | $0.040 | 3,000 | Buy Traffic (/campaign/add/55/RU) |
| PC | Straight | KeezMovies PC - Footer Squares | 300 x 250 | $0.010 | $0.010 | 40,000 | Buy Traffic (/campaign/add/56/RU) |

**EXTREMETUBE**
VIEWER DISCRETION ADVISED

| Target Device | Target Group | Spot | Dimensions | Min. Bid | CPM Bid | Impressions | Action |
|---|---|---|---|---|---|---|---|

Inline Manual

(/member/advertiser/myaccount)

ADVERTISER

 My Profile (/member/editprofile) | Help Center (/help-center/account-management) | Notifications **1** (/announcement/) | Sign Out (/member/logout)

Account Balance: █████ **+ Add Funds (/member/payment/step1/)**

## DASHBOARD (/MEMBER/ADVERTISER/MYACCOUNT)   CAMPAIGNS (/CAMPAIGN/)   FINANCE (/REPORT/FUNDPAYMENTS)

## TOOLS (/SPOT/PRICING)   REPORTS (/REPORT/DAILYREPORT)   AFFILIATES (/AFFILIATES)   REFERRAL PROGRAM (/REFERRAL-PROGRAM/)

**Pricing & Inventory (/spot/pricing)**   GEO Opportunities (/member/opportunities)   Conversion Trackers (/tracker)   Image Bank (/creative/)

Manage Labels (/labels/)   Bids List (/spot/bidslist)   Spot Preview (/advertisers/sites-and-spots)   TJ Analytics (/analytics)

## DAILY AVERAGE PRICING & INVENTORY

| DAILY IMPRESSIONS | DAILY AVG. CPM |
|---|---|
| **21,919,000** | **$0.094** |

| Target Device | Target Group | Keyword Targeting | Country | | | |
|---|---|---|---|---|---|---|
| PC | Straight | All | Spain | Apply Filters | Clear Filters | Export |



| Target Device | Target Group | Spot | Dimensions | Min. Bid | CPM Bid | Impressions | Action |
|---|---|---|---|---|---|---|---|
| PC | Straight | Pornhub PC - Video A | 315 x 300 | $0.080 | $0.153 | 2,000,000 | Buy Traffic (/campaign/add/47/ES) |
| PC | Straight | Pornhub PC - Video B | 315 x 300 | $0.080 | $0.185 | 2,000,000 | Buy Traffic (/campaign/add/48/ES) |
| PC | Straight | Pornhub PC - Top Right Square | 315 x 300 | $0.060 | $0.176 | 500,000 | Buy Traffic (/campaign/add/49/ES) |
| PC | Straight | Pornhub PC - Footer | 950 x 250 | $0.040 | $0.040 | 300,000 | Buy Traffic (/campaign/add/50/ES) |
| PC | Straight | Pornhub PC - Footer Squares | 300 x 250 | $0.030 | $0.031 | 4,000,000 | Buy Traffic (/campaign/add/51/ES) |
| PC | Straight | Pornhub PC - Inplayer 300x250 | 300 x 250 | $0.070 | $0.117 | 400,000 | Buy Traffic (/campaign/add/30981/ES) |



| Target Device | Target Group | Spot | Dimensions | Min. Bid | CPM Bid | Impressions | Action |
|---|---|---|---|---|---|---|---|
| PC | Straight | KeezMovies PC - Video A | 315 x 300 | $0.080 | $0.121 | 40,000 | Buy Traffic (/campaign/add/52/ES) |
| PC | Straight | KeezMovies PC - Video B | 315 x 300 | $0.080 | $0.084 | 20,000 | Buy Traffic (/campaign/add/53/ES) |
| PC | Straight | KeezMovies PC - Top Right Square | 315 x 300 | $0.060 | $0.060 | 3,000 | Buy Traffic (/campaign/add/54/ES) |
| PC | Straight | KeezMovies PC - Footer | 950 x 250 | $0.040 | $0.040 | 3,000 | Buy Traffic (/campaign/add/55/ES) |
| PC | Straight | KeezMovies PC - Footer Squares | 300 x 250 | $0.010 | $0.010 | 40,000 | Buy Traffic (/campaign/add/56/ES) |

EXTREMETUBE
VIEWER DISCRETION ADVISED

| Target Device | Target Group | Spot | Dimensions | Min. Bid | CPM Bid | Impressions | Action |
|---|---|---|---|---|---|---|---|

Inline Manual

# EXHIBIT "O"



Home     What We Do     Who We Are     Contact     Login / Signup

NEW SMS-NOTIFICATIONS AND SECURITY FEATURES - LOG IN AND TAKE
ADVANTAGE OF OUR 1OF A KIND NOTIFICATIONS AND SECURITY
HTTP://WWW.TRAFFICHAUS.COM/ANNOUNCEMENT/2015-06-02/ …

Follow @TrafficHaus on Twitter

# CONTACT US

WE'LL BE HAPPY TO HEAR FROM YOU

# info@traffichaus.com

**Ways to reach us**

+1 (619) 795 6400
info@traffichaus.com

**Our location**

United States

3785 6th Ave. Suite 101-004
San Diego, CA 92103

**Follow us**

Follow @TrafficHaus



© 2013 Traffic Haus. All Rights Reserved.

# EXHIBIT "P"



# EXHIBIT "Q"

 

## Please register to become a Premium member.

- Unlimited access to a huge video collection
- Daily updates
- Streaming and downloadable videos
- No DRM protection
- 100% secure and confidential

## Create your Free account!

First Name

Last Name

Your Email Address

Zip Code        United States

### Create an Account

**Members Login**

---

All girls appearing on this website are 18 years or older. Click here for 18 U.S.C. 2257 Record-Keeping Requirements Compliance Statement. By entering this site you swear that you are of legal age in your area to view adult material and that you wish to view such material.

© Copyright 2016, Drtuber.mypornlocker.com     Terms & Conditions     Privacy Policy

# EXHIBIT "R"



5/2/2016 12:02:37 PM

# EXHIBIT "S"



# Detail by Entity Name

### Florida Profit Corporation

WEBZILLA INC.

### Filing Information

| | |
|---|---|
| **Document Number** | P09000064327 |
| **FEI/EIN Number** | N/A |
| **Date Filed** | 07/29/2009 |
| **Effective Date** | 07/29/2009 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | AMENDMENT |
| **Event Date Filed** | 07/16/2012 |
| **Event Effective Date** | NONE |

### Principal Address

2777 Stemmons Fwy.
Suite 1655
Dallas, TX 75207

Changed: 01/17/2014

### Mailing Address

2777 Stemmons Fwy.
Suite 1655
Dallas, TX 75207

Changed: 01/17/2014

### Registered Agent Name & Address

INCORPORATE NOW
6750 N. Andrews Ave.
Suite 200
Fort Lauderdale, FL 33309

Name Changed: 03/01/2010

Address Changed: 03/31/2013

**Officer/Director Detail**

**Name & Address**

Title D

Mishara, Rajesh Kumar
2777 Stemmons Fwy.
Suite 1655
Dallas, TX 75207

Title D

Bezruchenko, Kostyantyn
2777 Stemmons Fwy.
Suite 1655
Dallas, TX 75207

**Annual Reports**

| Report Year | Filed Date |
|-------------|------------|
| 2014 | 01/17/2014 |
| 2015 | 02/04/2015 |
| 2016 | 02/23/2016 |

**Document Images**

| | |
|---|---|
| 02/23/2016 -- ANNUAL REPORT | View image in PDF format |
| 02/04/2015 -- ANNUAL REPORT | View image in PDF format |
| 01/17/2014 -- ANNUAL REPORT | View image in PDF format |
| 03/31/2013 -- ANNUAL REPORT | View image in PDF format |
| 07/16/2012 -- Amendment | View image in PDF format |
| 02/20/2012 -- ANNUAL REPORT | View image in PDF format |
| 04/19/2011 -- ANNUAL REPORT | View image in PDF format |
| 11/08/2010 -- Amendment | View image in PDF format |
| 04/05/2010 -- Amendment | View image in PDF format |
| 03/01/2010 -- ANNUAL REPORT | View image in PDF format |
| 07/29/2009 -- Domestic Profit | View image in PDF format |

Copyright © and  Privacy Policies

State of Florida, Department of State

# EXHIBIT "T"



# Detail by Entity Name

### Florida Profit Corporation

WZ COMMUNICATIONS INC.

### Filing Information

| | |
|---|---|
| **Document Number** | P09000095109 |
| **FEI/EIN Number** | N/A |
| **Date Filed** | 11/19/2009 |
| **Effective Date** | 03/05/2008 |
| **State** | FL |
| **Status** | ACTIVE |

### Principal Address

2777 Stemmons Fwy.
Suite 1655
Dallas, TX 75207

Changed: 01/17/2014

### Mailing Address

2777 Stemmons Fwy.
Suite 1655
Dallas, TX 75207

Changed: 01/17/2014

### Registered Agent Name & Address

INCORPORATE NOW INC.
6750 N. Andrews Ave.
Suite 200
Fort Lauderdale, FL 33309

Address Changed: 03/31/2013

### Officer/Director Detail

**Name & Address**

Title D

Bezruchenko, Kostyantyn
2777 Stemmons Fwy.
Suite 1655
Dallas, TX 75207

### Annual Reports

| Report Year | Filed Date |
|---|---|
| 2014 | 01/17/2014 |
| 2015 | 01/30/2015 |
| 2016 | 03/24/2016 |

### Document Images

| | |
|---|---|
| 03/24/2016 -- ANNUAL REPORT | View image in PDF format |
| 01/30/2015 -- ANNUAL REPORT | View image in PDF format |
| 01/17/2014 -- ANNUAL REPORT | View image in PDF format |
| 03/31/2013 -- ANNUAL REPORT | View image in PDF format |
| 02/20/2012 -- ANNUAL REPORT | View image in PDF format |
| 04/25/2011 -- ANNUAL REPORT | View image in PDF format |
| 03/01/2010 -- ANNUAL REPORT | View image in PDF format |
| 11/19/2009 -- Domestic Profit | View image in PDF format |

Copyright © and  Privacy Policies
State of Florida, Department of State

# EXHIBIT "U"



5/2/2016 5:31:10 PM