# EXHIBIT "4"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-24289-FAM

AMA MULTIMEDIA, LLC,

    Plaintiff,

vs.

ERA TECHNOLOGIES, LTD. d/b/a DRTUBER.COM
d/b/a Drtst.com; IGOR KOVALCHUK d/b/a DRTUBER.COM
d/b/a Drtst.com; and John Does 1-20,

    Defendants.

_____/

## DECLARATION OF MARK LIDIKAY

I, Mark Lidikay, declare:

    1. I am over the age of 18, a resident of Torrance, California, and citizen of the United States. I make this declaration based upon personal knowledge and, if called to testify could and would testify competently to the facts set forth herein.

    2. For the past 21 years, I have served as chief engineer for Holden-Andrew Corporation, a computer/network systems integrator. I oversee computer network design, development, support and compliance for various clients, including CPAs, Attorneys, Manufacturers, Network/Software Developers, and Defense Systems Contractors.

    3. My career began in 1978 as a software developer for the Los Angeles Unified School District. As my mastery of computer hardware, software, and digital communications deepened, I have led the development and implementation of hundreds of network design projects, and has consulted for dozens of firms, and their respective CTOs, IT leaders, and project managers.

4. I now designs computer networks across the world, with a focus on optimization and performance, often utilizing wireless transmission (Radio bands, WiFi, Satellite, Laser, etc).

5. I am often sought for consulting to both advise and validate novel network designs — from needs analysis to technical design; from proof-of-concept to wide-scale implementation and optimization.

6. I have served as a contracted project specific analyst for the Federal Bureau of Investigations.

7. I have decades of experience with network analysis, network infrastructure, operations, routing, switching, and Quality of Service design, including packet delays, latency, jitter, and packet loss.

8. I am regularly solicited by technology-based upstarts who are seeking technical design validations to withstand the scrutiny of investors, attorneys, regulators, and competitors.

9. I am also dedicated to assisting local and federal law enforcement, and am a key contributor, with long-term commitments, to the Boy Scouts of America, the Special Olympics, the Los Angeles County Emergency Operations Bureau, and the Los Angeles County Sheriff Department. Specifically, for over 10 years I was District Communications Officer for the Los Angeles County Sheriff Departments Emergency Operations Bureau and a member of their Rapid Deployment Team. My volunteer role was to establish and maintain secondary communications via amateur, packet and commercial radio during emergencies including fires, earthquakes, terrorist threats, and outages.

10. I was retained by AMA MultiMedia for purposes of analyzing the routing and location of the web site drtuber.com. The question presented to me was whether I could determine the location that the site drtuber.com was hosted and/or displayed.

11. The web site www.drtuber.com is being hosted at Webzilla Inc. on a server listed as in Fort Lauderdale.

12. This is not the sole server involved in delivering content. At least one other server, located in Dallas, Texas, is being utilized to assist in delivering video content to drtuber.com.

13. Determination of the servers delivering the content was done by capturing packets during a live playback.

14. The servers are located in other geographic locations to provide load distribution and reliability.

15. All of the servers observed returning content for this site are located in the United States.

16. Many of the domain names associated with the IP addresses are under cdn13.com indicating that it is part of a Content Distribution Network, which Webzilla has a CDN service listed on their web page.

17. I also reviewed the Alexa statistics for drtuber.com. Alexa statistics, located at www.alexa.com, are commonly used and relied upon industry experts to determine and analyze Internet traffic to Internet web sites. This is an important tool for business operating Internet web sites to determine where users of the web sites are located.

18. The Alexa rating for this site is 1672, which is indicating a very high traffic site.

19. It would not be reasonable for the owners/operators of this site put together the site without consideration for the amount of traffic, failover requirements and load distribution. While many low end sites may be uploaded to a hosted server without the user being aware of the location, a site of this size would require more planning, consideration as to the targeted geographic area and which distribution networks it will be hosted on.

20. I reached out to Webzilla and inquired about their content delivery network. In their response, Webzilla inquired about, among other things, the geographical location of anticipated Internet traffic, specifically referencing the United States.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Execute on the 2 day of May, 2016 at TORRANCE, California.

_____
Mark Lidikay